Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Glenn Kovary
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-09497-HSG |
| Plaintiff, | **DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF GLENN KOVARY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| v. | |
| BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT, and KURT WOOD, | |
| Defendant. | |

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:21-cv-09497-HSG

I, Charles H. Linehan, declare as follows:

1.     I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Glenn Kovary ("Kovary") and proposed lead counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Glenn Kovary for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit A: | Notice published in *Business Wire* on December 8, 2021, announcing the pendency of the action against the defendants herein; |
| Exhibit B: | Signed PSLRA Certification of Kovary; |
| Exhibit C: | Analysis of Kovary's financial interest as a result of his transactions in Berkeley Lights, Inc. common stock; and |
| Exhibit D: | Firm résumé of Glancy Prongay & Murray LLP. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of February 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:21-cv-09497-HSG                                                                                      1

### <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On February 7, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 7, 2022, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 4:21-cv-09497-HSG