# EXHIBIT C

## Loss Chart

**Company Name:** Berkeley Lights, Inc.
**Ticker:** BLI
**Class Period:** July 17, 2020 to September 14, 2021
**Name:** Glenn H Kovary

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/7/2021 | 550 | $89.6200 | -$49,291.0000 | | $0.0000 | -$49,291.00 |
| 1/13/2021 | 250 | $79.6400 | -$19,910.0000 | | $0.0000 | -$19,910.00 |
| 1/22/2021 | 100 | $80.2200 | -$8,022.0000 | | $0.0000 | -$8,022.00 |
| 6/23/2021 | -100 | | $0.0000 | $49.6500 | $4,965.0000 | $4,965.00 |
| 6/23/2021 | -100 | | $0.0000 | $49.7300 | $4,973.0000 | $4,973.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **700** | | | | **Subtotal:** | **-$67,285.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $15,697.78 |
| | | | $22.4254 | 700 | **Total:** | **-$51,587.22** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between September 15, 2021 and December 13, 2021.