ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
         – and –
ROBBINS GELLER RUDMAN
   & DOWD LLP
DANIELLE S. MYERS (259916)
BRIAN E. COCHRAN (286202)
JENNIFER N. CARINGAL (286197)
MICHAEL ALBERT (301120)
JUAN CARLOS SANCHEZ (301834)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BERKELEY LIGHTS, INC., et al., <br><br> Defendants. | Case No. 4:21-cv-09497-HSG <br><br> CLASS ACTION <br><br> POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM'S REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION <br><br> DATE: May 26, 2022 <br> TIME: 2:00 p.m. <br> CTRM: 2, 4th Floor <br> JUDGE: Hon. Haywood S. Gilliam, Jr. |

4865-7275-2914.v1

Pompano Beach Police & Firefighters' Retirement System (the "Retirement System") and two other movants filed responses to the six movants that timely filed motions in this case seeking appointment as lead plaintiff: (i) Michael Damelio; and (ii) Connectra Technologies, Inc., Sookham Singh, and Taiki Yamaguchi.[1]  Based on the remaining submissions, Michael Damelio claims the largest financial interest in the relief sought by the class:

| Movant | Financial Interest |
|---|---|
| Michael Damelio | $124,348.14 |
| The Retirement System | $97,396.61 |
| Connectra | $76,361.58 |
| Taiki Yamaguchi | $33,479.97 |
| Sookham Singh | $7,540.11 |

*See* ECF Nos. 25-3, 26-4, 38-3.

Importantly, the Court's Civil Local Rules required all lead plaintiff movants to file their oppositions by February 22, 2022.  *See* Civil L.R. 7-3(a).  Here, the remaining movants' opposition briefs made no "argument against [the Retirement System] other than pointing out its relatively low[er] financial stake in the litigation." *Tsirekidze v. Syntax-Brillian Corp.*, 2008 WL 942273, at *5 (D. Ariz. Apr. 7, 2008) (appointing movant that lacked the largest financial interest as lead plaintiff because it was the first movant "that satisfie[d] both prongs of Rule 23"); *see generally* ECF Nos. 52, 54 (failing to make any arguments against the Retirement System).  The lack of any substantive opposition to the Retirement System's motion is unsurprising considering the Retirement System's satisfaction of the typicality and adequacy requirements.  Accordingly, should the Court find that Mr. Damelio is incapable or inadequate to represent the class in this litigation, the Retirement System satisfies the Rule 23 requirements and stands ready and willing to serve as lead plaintiff in this case.

---

[1]    Dong Liu, Glenn H. Kovary, and Jubie Cho Pei Chan filed notices of non-oppositions. *See* ECF Nos. 49, 50, 51.

POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM'S REPLY TO COMPETING LEAD PLAINTIFF MOTIONS - 4:21-cv-09497-HSG                                              - 1 -
4865-7275-2914.v1

DATED:  March 1, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
BRIAN E. COCHRAN
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ


                    s/ Jennifer N. Caringal
               JENNIFER N. CARINGAL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead
Plaintiff

SUGARMAN & SUSSKIND, P.A.
ROBERT A. SUGARMAN
PEDRO A. HERRERA
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)
sugarman@sugarmansusskind.com
herrera@sugarmansusskind.com

Additional Counsel for Proposed Lead Plaintiff

POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM'S REPLY TO
COMPETING LEAD PLAINTIFF MOTIONS - 4:21-cv-09497-HSG                             - 2 -
4865-7275-2914.v1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  jcaringal@rgrdlaw.com

4865-7275-2914.v1

## Mailing Information for a Case 4:21-cv-09497-HSG Ng v. Berkeley Lights, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Albert**
  malbert@rgrdlaw.com,MAlbert@ecf.courtdrive.com

- **Adam Marc Apton**
  aapton@zlk.com,Files@zlk.com

- **Lauren Claire Barnett**
  lauren.barnett@mto.com

- **Jennifer N. Caringal**
  JCaringal@rgrdlaw.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Robert Leo Dell Angelo**
  robert.dellangelo@mto.com,camille.parker@mto.com,denise.olguin@mto.com

- **Melissa Ann Fortunato**
  fortunato@bespc.com,ecf@bespc.com

- **Daniel Robert Gherardi**
  daniel.gherardi@lw.com,daniel-gherardi-6013@ecf.pacerpro.com,#SVLITIGATIONSERVICES@lw.com

- **Lucas E. Gilmore**
  lucasg@hbsslaw.com,lisan@hbsslaw.com,sf_filings@hbsslaw.com

- **Michele D. Johnson**
  Michele.Johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,khadijah-fields-2405@ecf.pacerpro.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,sf_filings@hbsslaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,lobas@pomlaw.com,abarbosa@pomlaw.co

- **Marion Curry Passmore**
  passmore@bespc.com,ecf@bespc.com

- **Matthew Rawlinson**
  matt.rawlinson@lw.com,zoila.aurora@lw.com,matthew-rawlinson-3894@ecf.pacerpro.com,#SVLitigationServices@lw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **John W. Spiegel**
  john.spiegel@mto.com,stonelc@mto.com,finchac@mto.com,berryjm@mto.com,voigtsam@mto.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Wesley Aaron Wong**
  wesleyw@hbsslaw.com,sf_filings@hbsslaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
John            Willson Spiegel
Munger Tolles & Olson
355 S Grand Ave 35FL
Los Angeles, CA 90071
```