Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for [Proposed] Lead Plaintiff*
*Michael Damelio*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. NG, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT, and KURT WOOD,<br><br>Defendants. | No.  4:21-cv-09497-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MICHAEL DAMELIO'S REPLY IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: Thursday, May 26, 2022<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>ORAL ARGUMENT REQUESTED |

011048-11/1813047 V1

I, Lucas E. Gilmore, declare as follows:

1.    I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Michael Damelio ("Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Reply in Support of Motion for Appointment as Lead Plaintiff and Approval of Movant's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Declaration of Michael Damelio in Connection with Reply in Support of his Motion for Appointment as Lead Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March 2022, at San Diego, California.

_/s/ Lucas E. Gilmore_____
LUCAS E. GILMORE

GILMORE DECL. ISO DAMELIO'S REPLY MOT. TO APPOINT LEAD PL. AND APPROVE COUNSEL - 1
Case No.: 4:21-cv-09497-HSG
011048-11/1813047 V1