# Exhibit A

**DECLARATION OF MICHAEL DAMELIO IN CONNECTION WITH REPLY IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Michael Damelio, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I respectfully submit this Declaration in connection with my reply in support of my motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") on behalf of investors in Berkeley Lights, Inc. ("Berkeley Lights" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2. I am 51 years old. I presently reside in Castle Rock, Colorado. I presently work as a pharmacist. I received a Doctor of Pharmacy degree from The University of Florida. I also earned a Bachelor of Arts degree from University of South Florida, graduating *magna cum laude*. I have approximately 8 years of experience in actively making my own investments. Before becoming a pharmacist and investor, I served in the United State Navy. During my service, I was a recipient of the Navy Achievement Medal in 1993, Commanding Officer Letter of Commendation in 1992, Good Conduct and Combat Service Medal in 1992, and Junior Sailor of the Month and Quarter for Engineering and Shipwide (USS Enterprise) in 1990. In July 1994, after six years of active service, including deployment in Operation Desert Storm, I received my honorable discharge, leaving the Navy at the rank of Nuclear Machinist Mate, Station Office Assistant, E-5.

3. As set forth in my certification, during the Class Period, I made purchases of shares in Berkeley Lights from both my individual account and a joint account I jointly own and share with my wife, Hoa Pham, who I have been married to since 2012. I personally made the investment decision and placed all trades from the joint account. I am authorized to bring an action on behalf of the joint account and I have a direct ownership interest in the joint account. In addition, my wife Hoa fully supports my active participation in the litigation to recover losses from the joint account.

4. At the time of signing my certification on October 1, 2021, I understood my attorneys at Hagens Berman Sobol Shapiro LLP were conducting an investigation of investors' claims in contemplation of a complaint to be filed. Approximately two months after signing my certification, I understand that another firm filed a complaint in this Action. Prior to seeking appointment as lead plaintiff in the Action, I spoke via phone and email with my attorneys at Hagens Berman Sobol Shapiro LLP about that complaint and the claims asserted therein. I have reviewed that complaint, am familiar with its allegations, and adopt them as my own.

5. Prior to seeking appointment as lead plaintiff in the Action, I also spoke with attorneys at Hagens Berman Sobol Shapiro LLP about the lead plaintiff process, the

responsibilities of a lead plaintiff under the PSLRA, and how the case would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and that I would owe duties to the Class to act in its best interest. If appointed as lead plaintiff, I will be responsible for conferring with counsel, reviewing and authorizing the filing of important litigation documents, and being deposed or attending important court hearings and trial, if necessary. I further understand that I am not required to seek appointment as lead plaintiff in order to recover. Rather, based on my financial interest, I decided to seek lead plaintiff appointment rather than remain an absent class member. After these discussions, I authorized the firm to file a lead plaintiff motion on my behalf.

6. I understand that the complaint asserts claims on behalf of putative class of all purchasers of Berkeley Lights common stock between July 17, 2020 and September 14, 2021. I further understand that after the appointment of lead plaintiff and lead counsel, the Court-appointed lead plaintiff and lead counsel will likely have the opportunity to file an amended complaint, which incorporates the results of their investigation including potentially asserting claims on behalf of a broader putative class of Berkeley Lights investors, including those who invested in Berkely Lights securities other than common stock.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed on this 28th day of February, 2022.



DocuSigned by:

Michael Damelio

707D8468C80D47E...

MICHAEL DAMELIO