Melissa A. Fortunato (SBN #319767)
Marion C. Passmore (SBN #228474)
**BRAGAR EAGEL & SQUIRE, P.C.**
580 California Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 568-2124
Facsimile: (212) 214-0506
Email: fortunato@bespc.com
          passmore@bespc.com

*Counsel for the Berkeley Lights Investor Group*
*and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,<br><br>Defendants. | Case No. 4:21-cv-09497-HSG<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE BERKELEY LIGHTS INVESTOR GROUP FOR LEAVE TO FILE SUR-REPLY**<br><br>Date:        May 26, 2022<br>Time:        2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:       Honorable Haywood S. Gilliam, Jr. |

Case No. 4:21-cv-09497-HSG
DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE
BERKELEY LIGHTS INVESTOR GROUP FOR LEAVE TO FILE SUR-REPLY

I, Melissa A. Fortunato, hereby declare as follows:

1.    I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for movants Connectra Technologies, Inc., Sookham Singh, and Taiki Yamaguchi (collectively, the "BLI Investors" or "Movant"), and a member in good standing of the bar of the State of California.  I respectfully submit this declaration in support of Movant's Motion for Leave to file a Sur-Reply in the above-captioned action.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the BLI Investors' proposed Sur-Reply Memorandum of Points and Authorities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 3rd day of March 2022, at San Francisco, CA.


*/s/ Melissa A. Fortunato*
Melissa A. Fortunato

DECLARATION OF MELISSA A. FORTUNATO IN SUPPORT OF MOTION OF THE
BERKELEY LIGHTS INVESTOR GROUP FOR LEAVE TO FILE SUR-REPLY