| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Matthew Rawlinson (SBN 231890)<br>Daniel R. Gherardi (SBN 317771) |
| 3 | 140 Scott Drive<br>Menlo Park, CA  94025 |
| 4 | Telephone:  (650) 328-4600<br>Email: matt.rawlinson@lw.com |
| 5 | Email: daniel.gherardi@lw.com |
| 6 | Michele D. Johnson (SBN 198298)<br>650 Town Center Drive, 20th Floor |
| 7 | Costa Mesa, CA 92626<br>Telephone:  (714) 540-1235 |
| 8 | Email: michele.johnson@lw.com |
| 9 | *Attorneys for Defendants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,<br><br>Defendants. | CASE NO.  4:21-cv-09497-HSG<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |

# ORDER

Having considered the Motion to Withdraw as Counsel for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, and Kurt Wood (collectively, "Defendants") and good cause appearing therefor:

IT IS HEREBY ORDERED that Latham & Watkins LLP's Motion is GRANTED and Latham & Watkins LLP is hereby terminated as counsel of record for Defendants in the above-captioned matter, and that Munger, Tolles & Olson LLP will continue as counsel for Defendants.

**IT IS SO ORDERED.**

Dated: 3/4/2022

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

ORDER GRANTING MOTION
TO WITHDRAW
CASE NO. 4:21-CV-09497-HSG