MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; STIPULATION TO RELATE CASES; [PROPOSED] ORDER**<br><br>(Civil L.R. 3-12, 7-11) |

In accordance with Civil Local Rules 3-12 and 7-11, Defendants Berkeley Lights, Inc. ("Berkeley Lights"), Eric D. Hobbs, Shaun M. Holt, and Kurt Wood (the "Individual Securities Defendants," and with Berkeley Lights, "Defendants"), notify the Court that the above-captioned action (*Ng v. Berkeley Lights, Inc., et al.*, No. 4:21-cv-09497-HSG) is related to the following action filed in the United States District Court for the Northern District of California, the Honorable Maxine M. Chesney presiding:

**Nguyen v. Hobbs, et al., No. 3:22-cv-01693-MMC**

Pursuant to the attached stipulation, Defendants, Additional Non-Party Derivative Defendants Sarah Boyce, John Chiminski, Igor Khandros, Gregory Lucier, Michael Marks, Michael Moritz, Elizabeth Nelson, and James Rothman, Plaintiff Victor J. Ng, and Non-Party Derivative Plaintiff Trung Nguyen (collectively, the "Parties") have stipulated that the *Ng* and *Nguyen* cases should be related. The Parties respectfully suggest that the *Nguyen* case should be reassigned to the Honorable Haywood S. Gilliam, Jr.

The *Ng* and *Nguyen* cases meet the definition of "Related Cases" under Civil Local Rule 3-12.[1]

First, the two cases "concern substantially the same parties, property, transaction, or event." Civil Local Rule 3-12(a)(1).

- The *Ng* complaint alleges that Defendants made false and misleading statements during the period July 17, 2020 to September 14, 2021 (the "Class Period") concerning, among other things, Berkeley Lights' platform and financial results. Putative stockholder Victor J. Ng asserts claims under the Securities Exchange Act of 1934, on behalf of a putative class of purchasers of Berkeley Lights common stock (Dkt. No. 1).

- The *Nguyen* complaint alleges that the same three Individual Securities Defendants, as well as members of the Berkeley Lights Board of Directors, "Caused the Company to Issue Materially Misleading Statements" during the Class Period, referring to the

[1] Derivative Plaintiff Nguyen listed the *Ng* action as a "related case" on his civil cover sheet (No. 3:22-cv-01693-MMC, Dkt. No. 1-1).

1

same statements at issue in the *Ng* action.  Putative stockholder Trung Nguyen asserts claims for alleged breach of fiduciary duty, insider trading, and for contribution for violations of the Securities Exchange Act, derivatively on behalf of Nominal Defendant Berkeley Lights (No. 3:22-cv-01693-MMC, Dkt. No. 1).

Second, it is likely that there would be "an unduly burdensome duplication of labor and expense or conflicting results" if the *Ng* case remains pending before this Court and the *Nguyen* case remains pending before Judge Chesney.  Civil Local Rule 3-12(a)(2).  Because of the overlapping factual allegations, parties, and claims, the *Ng* and *Nguyen* actions will require determination of substantially similar legal issues.

For the foregoing reasons, and pursuant to the attached stipulation, the Parties respectfully suggest that the case *Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC, should be related to the lower-numbered *Ng v. Berkeley Lights, Inc., et al.*, No. 4:21-cv-09497-HSG, and that the *Nguyen* case should be reassigned to the Hon. Haywood S. Gilliam, Jr.

Dated:  May 6, 2022

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By /s/ *Lauren C. Barnett*

John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants

2