MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>**STIPULATION TO RELATE CASES**<br><br>(Civil L.R. 3-12, 7-11) |

Plaintiff Victor J. Ng ("Securities Plaintiff"), Defendants Berkeley Lights, Inc. ("Berkeley Lights"), Eric D. Hobbs, Shaun M. Holt, and Kurt Wood (the "Individual Securities Defendants," and with Berkeley Lights, "Defendants"), Non-Party Derivative Plaintiff Trung Nguyen ("Derivative Plaintiff"), and Additional Non-Party Derivative Defendants Sarah Boyce, John Chiminski, Igor Khandros, Gregory Lucier, Michael Marks, Michael Moritz, Elizabeth Nelson, and James Rothman (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the Order accompanying the concurrently filed Administrative Motion.

**WHEREAS**, on December 8, 2021, Securities Plaintiff filed the above-captioned securities fraud class action (the "Securities Action") asserting claims under the Securities Exchange Act of 1934 against Defendants, on behalf of a putative class of purchasers of Berkeley Lights common stock (Dkt. No. 1);

**WHEREAS**, on January 12, 2022, the Securities Action was reassigned to this Court, the Hon. Haywood S. Gilliam, Jr. presiding (Dkt. No. 19);

**WHEREAS**, on March 16, 2022, Derivative Plaintiff filed the action *Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC (the "Derivative Action") asserting claims for alleged breach of fiduciary duty, insider trading, and for contribution for violations of the Securities Exchange Act against the Individual Securities Defendants and members of the Berkeley Lights Board of Directors, derivatively on behalf of Nominal Defendant Berkeley Lights (No. 3:22-cv-01693-MMC, Dkt. No. 1);

**WHEREAS**, on March 16, 2022, Derivative Plaintiff listed the Securities Action as a related case on his civil cover sheet for the Derivative Action (No. 3:22-cv-01693-MMC, Dkt. No. 1-1);

**WHEREAS**, on April 4, 2022, the Derivative Action was reassigned to the Hon. Maxine M. Chesney (No. 3:22-cv-01693-MMC, Dkt. No. 11);

**WHEREAS**, the Parties agree that the Securities Action and the Derivative Action meet the definition of "Related Cases" under Civil Local Rule 3-12;

1

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1.  The following cases should be related:

*Ng v. Berkeley Lights, Inc., et al.*, No. 4:21-cv-09497-HSG

*Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC

2.  The Derivative Action, *Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC, should be reassigned to the Hon. Haywood S. Gilliam, Jr. for all further proceedings.

Dated:  May 6, 2022                    Respectfully submitted,


MUNGER, TOLLES & OLSON LLP

By /s/ *Lauren C. Barnett*

    John W. Spiegel (SBN 78935)
    Robert L. Dell Angelo (SBN 160409)
    Lauren C. Barnett (SBN 304301)
    350 S. Grand Ave., 50th Floor
    Los Angeles, CA  90071
    Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
    *john.spiegel@mto.com*
    *robert.dellangelo@mto.com*
    *lauren.barnett@mto.com*

Attorneys for Defendants and Additional Non-Party Derivative Defendants

ROBBINS GELLER RUDMAN & DOWD LLP

By /s/ *Shawn A. Williams*
    Shawn A. Williams (SBN 213113)
    Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA  94104
    Telephone:  (415) 288-4545
    Facsimile:  (415) 288-4534
    shawnw@rgrdlaw.com

    Brian E. Cochran (286202)
    655 West Broadway, Suite 1900
    San Diego, CA  92101-8498

2

Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423
bcochran@rgrdlaw.com

JOHNSON FISTEL, LLP
Frank J. Johnson (SBN 174882)
501 West Broadway, Suite 800
San Diego, CA  92101
Telephone:  (619) 230-0063
Facsimile:  (619) 255-1856
frankj@johnsonfistel.com

Attorneys for Securities Plaintiff


GLANCY PRONGAY & MURRAY LLP

By /s/ *Pavithra Rajesh*
    Robert V. Prongay (SBN 270796)
    Pavithra Rajesh (SBN 323055)
    1925 Century Park East, Suite 2100
    Los Angeles, CA 90067
    Telephone:  (310) 201-9150
    Facsimile:  (310) 201-9160
    rprongay@glancylaw.com
    prajesh@glancylaw.com

    Benjamin I. Sachs-Michaels
    712 Fifth Avenue
    New York, NY 10019
    Telephone: (212) 935-7400
    Facsimile: (212) 756-3630
    bsachsmichaels@glancylaw.com

Attorneys for Derivative Plaintiff

3

## ATTESTATION CLAUSE

I, Lauren C. Barnett, am the ECF User whose identification and password are being used to file this Stipulation to Relate Cases.  Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that the above-signed counsel have concurred in this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of May, 2022 at Los Angeles, California.

MUNGER, TOLLES & OLSON LLP

By /s/ *Lauren C. Barnett*
    Lauren C. Barnett

4