# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,

Defendants.

Case No.  4:21-cv-09497-HSG

**[PROPOSED] ORDER RELATING CASES**

Upon consideration of the Administrative Motion to Consider Whether Cases Should Be Related and the accompanying Stipulation to Relate Cases, the Court hereby orders:

1. The following cases are deemed related:

   *Ng v. Berkeley Lights, Inc., et al.*, No. 4:21-cv-09497-HSG

   *Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC

2. The case *Nguyen v. Hobbs, et al.*, No. 3:22-cv-01693-MMC, is hereby reassigned to the Hon. Haywood S. Gilliam, Jr. for all further proceedings.

**IT IS SO ORDERED.**

Dated: _____          _____
                                    Hon. Haywood S. Gilliam, Jr.

1