MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA  90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT and KURT WOOD,<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>**PROOF OF SERVICE** |

49304757.1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Riverside, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On May 6, 2022, I served true copies of the following document(s) described as: **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; STIPULATION TO RELATE CASES; [PROPOSED] ORDER RELATING CASES** on the interested parties:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

| **Attorneys for Plaintiff Victor J. Ng and Movant Lead Plaintiff Pompano Beach Police & Firefighters' Retirement System:** | **Attorneys for Movants Sookham Singh, Taiki Yamaguchi, Connectra Technologies, Inc.** |
|---|---|
| Brian Edward Cochran - bcochran@rgrdlaw.com<br>Danielle Suzanne Myers - dmyers@rgrdlaw.com<br>Jennifer N. Caringal - JCaringal@rgrdlaw.com<br>Juan Carlos Sanchez - jsanchez@rgrdlaw.com<br>Michael Albert - malbert@rgrdlaw.com<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br><br>Shawn A. Williams - shawnw@rgrdlaw.com<br>Robbins Geller Rudman & Dowd LLP<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 | Melissa Ann Fortunato - fortunato@bespc.com<br>Marion Curry Passmore - passmore@bespc.com<br>Bragar Eagel & Squire, P.C.<br>580 California Street, Suite 1200<br>San Francisco, CA 94104<br><br>Laurence J. Hasson - lhasson@bernlieb.com<br>Bernstein Liebhard LLP<br>10 East 40th Street<br>New York, NY 10016 |
| **Attorneys for Movant Michael Damelio** | **Attorneys for Movant Glenn Kovary** |
| Lucas E. Gilmore - lucasg@hbsslaw.com<br>Reed R. Kathrein - reed@hbsslaw.com<br>Wesley Aaron Wong - wesleyw@hbsslaw.com<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | Charles Henry Linehan - clinehan@glancylaw.com<br>Glancy Prongay and Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| **Attorneys for Movant Dong Liu:** | **Attorneys for Movant Jubie Cho Pei Chan:** |
| Adam Marc Apton - aapton@zlk.com<br>Levi & Korsinsky, LLP<br>75 Broadway, Suite 202<br>San Francisco, CA 94111 | Jennifer Pafiti - jpafiti@pomlaw.com<br>Pomerantz LLP<br>1100 Glendon Ave., 15th Fl.<br>Los Angeles, CA 90024 |

1

**BY E-MAIL:**  I caused a copy of the document(s) to be sent from e-mail address gigi.ruegsegger@mto.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Attorneys for Plaintiff Trung Nguyen in Case No. 3:22-cv-01693-MMC:**

Benjamin Isaac Sachs-Michaels -
bsachsmichaels@glancylaw.com
Glancy Prongay & Murray LLP
712 Fifth Avenue
New York, NY 10-10

Robert Vincent Prongay -
rprongay@glancylaw.com
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Pavithra Rajesh - prajesh@glancylaw.com
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 6, 2022, at La Quinta, California.

_____
Gigi E. Ruegsegger

2