Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for Lead Plaintiff*
*Michael Damelio*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. NG, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., ERIC D. HOBBS, SHAUN M. HOLT, and KURT WOOD,<br><br>Defendants. | No. 4:21-cv-09497-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND SCHEDULING ORDER** |

011048-11/1897085 V2

1     Pursuant to Civil Local Rule 7-12, Lead Plaintiff Michael Damelio and Defendants Berkeley

2    Lights, Inc. ("Berkeley Lights"), Eric D. Hobbs, Shaun M. Holt, and Kurt Wood (collectively,

3    "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of

4    record, submit the following stipulation and proposed scheduling order:

5     WHEREAS, on December 8, 2021, Plaintiff Victor J. Ng filed the above-captioned securities

6    fraud class action (the "Complaint," Dkt. No. 1) asserting claims under the Securities Exchange Act

7    of 1934;

8     WHEREAS, this action is subject to the requirements of the Private Securities Litigation

9    Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"),

10    under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise

11    ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B));

12     WHEREAS, on December 28, 2021, counsel for Plaintiff Ng and Defendants entered into a

13    stipulation (the "December 28, 2021 Stipulation," Dkt. No. 16), agreeing, among other things, that:

14       i.    Defendants' time to answer, move, or otherwise respond to any complaint in this

15            action is stayed pending appointment of a lead plaintiff and lead counsel; and

16      ii.    Within fourteen (14) days after the entry of an order appointing a lead plaintiff and

17            lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and

18            propose a schedule to the Court for the filing of an amended complaint, or designation

19            of an operative complaint, and the response thereto.

20     WHEREAS, on May 25, 2022, the Court issued an Order, which among other things, appointed

21    Michael Damelio as Lead Plaintiff and Hagens Berman Sobol Shapiro LLP as Lead Counsel in the

22    above-captioned action (the "Lead Plaintiff Order," Dkt. No. 81);

23     WHEREAS, on May 25, 2022, the Court set the Initial Case Management Conference for this

24    action for June 14, 2022 at 2:00 p.m.;

25     WHEREAS, pursuant to the December 28, 2021 Stipulation and the Lead Plaintiff Order, the

26    Parties have met and conferred and, based on the Parties' schedules and the complexity of this

27

28

STIPULATION AND ORDER - 1
Case No.: 4:21-cv-09497-HSG
011048-11/1897085 V2

securities class action, the Parties have agreed to the schedule set forth below for the filing of Lead Plaintiff's amended complaint and briefing of Defendants' responses thereto.

WHEREAS, in light of Plaintiffs' anticipated filing of an amended complaint, Defendants' anticipated filing of a motion to dismiss the claims asserted against them in response to the amended complaint, and the PSLRA's general stay of discovery during the pendency of any motion to dismiss, counsel for the Parties respectfully submit that good cause exists to continue the existing June 14, 2022 Initial Case Management Conference and associated deadlines until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the Parties, that:

1.    Lead Plaintiff shall file a consolidated amended complaint no later than July 25, 2022;

2.    Defendants' motion to dismiss the amended complaint shall be filed on or before September 23, 2022;

3.    Lead Plaintiff's opposition to Defendants' motion to dismiss the amended complaint shall be filed on or before November 22, 2022;

4.    Defendants' reply in support of their motion to dismiss the amended complaint shall be filed on or before December 22, 2022;

5.    The Initial Case Management Conference scheduled for June 14, 2022 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's amended complaint, or such other date as the Court shall determine to be appropriate; and

6.    All associated ADR Program deadlines likewise shall be deferred.

IT IS SO STIPULATED.

1

2     Dated: May 27, 2022

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     Dated: May 27, 2022

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By:   */s/ Lucas E. Gilmore*
            LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley A. Wong (314652)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Michael Damelio and Lead Counsel*

MUNGER, TOLLES & OLSON LLP

By:   */s/ Lauren C. Barnett*
            LAUREN C. BARNETT

John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
john.spiegel@mto.com
robert.dellangelo@mto.com
lauren.barnett@mto.com

*Attorneys for Defendants*

STIPULATION AND ORDER - 3
Case No.: 4:21-cv-09497-HSG
011048-11/1897085 V2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file this document.  Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  May 27, 2022

_/s/ Lucas E. Gilmore_
LUCAS E. GILMORE (Bar No. 250893)

STIPULATION AND ORDER - 4
Case No.: 4:21-cv-09497-HSG
011048-11/1897085 V2

1

**ORDER GRANTING STIPULATION** PURSUANT

2

TO STIPULATION, IT IS SO ORDERED.

3

DATED: 5/27/2022

4

THE HONORABLE HAYWOOD S. GILLIAM, JR.

5

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28