MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
john.spiegel@mto.com
robert.dellangelo@mto.com
lauren.barnett@mto.com

Attorneys for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>**STIPULATION AND ORDER REGARDING JOINT PROPOSED BRIEFING SCHEDULE** |

WHEREAS, on May 27, 2022, this Court entered a Scheduling Order (Dkt. No. 85) setting dates for Lead Plaintiff Michael Damelio to file an Amended Complaint and for Berkeley Lights, Inc. ("BLI"), Eric D. Hobbs, Shaun M. Holt, and Kurt Wood, the four defendants named in the initial complaint (Dkt. No. 1) ("Original Defendants") to respond to the Amended Complaint;

WHEREAS, on July 25, 2022, Lead Plaintiff and Plaintiff Pompano Beach Police and Firefighters' Retirement System (collectively, "Plaintiffs") filed an Amended Complaint (Dkt. No. 89) that adds the following defendants to this action: nine current and former members of BLI's board (Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani), three firms that are alleged to have invested in BLI (entities associated with Celesta Capital f/k/a WRVI Capital ("Celesta Capital"),[1] Sequoia Capital, and Nikon Corporation), and the underwriters for BLI's Initial Public Offering (J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair and Company L.L.C.) (collectively, "New Defendants" and with Original Defendants, "Defendants");

WHEREAS, the Amended Complaint adds causes of action under sections 11, 12(a)(2), and 15 of the Securities Act and adds a cause of action under section 20(a) of the Securities Exchange Act against Celesta Capital, Sequoia Capital, Nikon Corporation, and Khandros;

WHEREAS, service of the Amended Complaint began on or about August 8, 2022 for certain New Defendants and has continued on various dates for others;

WHEREAS, all New Defendants who have been served but have not appeared in this action intend to do so shortly;

WHEREAS, under the Scheduling Order (Dkt. No. 85), the Original Defendants have until September 23, 2022 to respond to the Amended Complaint, while the New Defendants'

---

[1] The Celesta Capital entities named in the Amended Complaint are Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.

1  respective deadlines for responding to the Amended Complaint vary, depending on the date of

2  effective service or waiver of service; and

3        WHEREAS, in the interest of efficiency and judicial economy, and to ensure that the

4  Defendants' respective motions to dismiss are briefed and heard on the same schedule and that

5  Defendants have sufficient time to coordinate, Plaintiffs and Defendants agree and respectfully

6  request that the date for all Defendants to answer or move to dismiss the Amended Complaint

7  should be November 11, 2022.

8        IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the

9  undersigned counsel for the Parties, subject to Court approval in part, that:

10        1.    Defendants' motions to dismiss the Amended Complaint shall be filed on or

11  before November 11, 2022.

12        2.    Plaintiffs' opposition to Defendants' motions to dismiss the Amended Complaint

13  shall be filed on or before January 18, 2023.

14        3.    Defendants' replies in support of their motions to dismiss the Amended

15  Complaint shall be filed on or before February 17, 2023.

16        IT IS SO STIPULATED.

17

18  Dated:  August 31, 2022                  Respectfully submitted,

19

20                                        MUNGER, TOLLES & OLSON LLP

21                                        By /s/ *Lauren C. Barnett*
                                          John W. Spiegel (SBN 78935)

22                                            Robert L. Dell Angelo (SBN 160409)
                                          Lauren C. Barnett (SBN 304301)

23                                            350 S. Grand Ave., 50th Floor
                                          Los Angeles, CA  90071

24                                            Telephone:  (213) 683-9100
                                          Facsimile:  (213) 687-3702

25                                            john.spiegel@mto.com
                                          robert.dellangelo@mto.com

26                                            lauren.barnett@mto.com

27                                            Attorneys for Defendants Berkeley Lights,
                                          Inc., Eric D. Hobbs, Shaun M. Holt, Kurt

28                                            Wood, Igor Khandros, Michael Marks, Sarah

| | |
|---|---|
| 1 | Boyce, Gregory Lucier, Michael Moritz, |
| 2 | Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani |
| 3 | |
| 4 | By /s/ *Raffi A. Melanson* |
| | Lucas E. Gilmore (SBN 250893) |
| 5 | Reed R. Kathrein (139304) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 7 | Telephone:  (510) 725-3000 |
| | Facsimile:  (510) 725-3001 |
| 8 | lucasg@hbsslaw.com |
| 9 | Raffi A. Melanson (pro hac vice) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 10 | 1 Faneuil Hall Sq., 5th Floor |
| | Boston, MA 02109 |
| 11 | Telephone: (617) 475-1978 |
| | Facsimile: (617) 482-3003 |
| 12 | raffim@hbsslaw.com |
| 13 | Attorneys for Lead Plaintiff |
| 14 | Jessica T. Shinnefield (SBN 234432) |
| | Lonnie A. Browne (SBN 293171) |
| 15 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 16 | 655 West Broadway, Suite 1900 |
| 17 | San Diego, CA  92101-8498 |
| | Telephone:  (619) 231-1058 |
| 18 | Facsimile:  (619) 231-7423 |
| | *jshinnefield@rgrdlaw.com* |
| 19 | *lbrowne@rgrdlaw.com* |
| 20 | |
| | Attorneys for Plaintiff Pompano Beach Police |
| 21 | and Firefighters' Retirement System |
| 22 | |
| 23 | By /s/ *Charlene S. Shimada* |
| 24 | Charlene S. Shimada (SBN 91407) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 25 | One Market, Spear Street Tower |
| | San Francisco, CA 94105 |
| 26 | Telephone:  (415) 442-1000 |
| | Facsimile:  (415) 442-1011 |
| 27 | charlene.shimada@morganlewis.com |
| 28 | Attorneys for Defendants J.P. Morgan Securities |

|    |    |
|----|----|
| 1  | LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair and Company L.L.C. |
| 2  |    |
| 3  | By /s/ *Linda J. Brewer* |
| 4  |    |
| 5  | Linda J. Brewer (SBN 217730)<br>Victoria B. Parker (SBN 290862)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone:  (415) 875-6600<br>Facsimile:  (415) 875-6700<br>*lindabrewer@quinnemanuel.com*<br>*vickiparker@quinnemauel.com* |
| 6  |    |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 | Harry A. Olivar, Jr. (SBN 143089)<br>Zoe K. Beiser (SBN 332155)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>*harryolivar@quinnemanuel.com*<br>*zoebeiser@quinnemanuel.com* |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 | Attorneys for Defendant Sequoia Capital |
| 16 |    |
| 17 | By /s/ *Christin Hill* |
| 18 | Jordan Eth (SBN 121617)<br>Christin Hill (SBN 247522)<br>MORRISON & FOERSTER LLP<br>425 Market St.<br>San Francisco, CA 94105<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522<br>*jeth@mofo.com*<br>*chill@mofo.com* |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 | Attorneys for Defendant Nikon Corporation |
| 24 | By /s/ *Evan L. Seite* |
| 25 | Evan L. Seite (SBN 274641)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone:  (650) 493-9300<br>Facsimile:  (650) 565-5100 |
| 26 |    |
| 27 |    |
| 28 |    |

*eseite@wsgr.com*

Attorneys for Defendants Celesta Capital f/k/a WRVI Capital, Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/1/2022

_____
Hon. Haywood S. Gilliam, Jr.