MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
John M. Gildersleeve (SBN 284618)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*john.gildersleeve@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants Berkeley Lights,
Inc., Eric D. Hobbs, Shaun M. Holt, Kurt
Wood, Igor Khandros, Michael Marks,
Sarah Boyce, Gregory Lucier, Michael
Moritz, Elizabeth Nelson, James Rothman,
Ming Wu, and Makoto Shintani

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.<br><br>Defendants. | Case No. 4:21-cv-09497-HSG<br><br>CLASS ACTION<br><br>**DECLARATION OF LAUREN C. BARNETT IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Filed concurrently:<br><br>- Notice of Motion and Motion to Dismiss<br>- Request for Judicial Notice and to Consider Incorporated Documents<br>- [Proposed] Order<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: March 16, 2023<br>Time: 2:00 p.m.<br>Ctrm: 2 |

## DECLARATION OF LAUREN C. BARNETT

I, Lauren C. Barnett, hereby declare:

1. I am licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP and counsel of record for Defendants Berkeley Lights, Inc. ("BLI"), Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani.

2. Attached as **Exhibit 1** is a true and correct copy of BLI's Amendment No. 2 to Form S-1 Registration Statement Under the Securities Act of 1933, as filed with the U.S. Securities and Exchange Commission ("SEC") on July 16, 2020 (including Exhibit 4.3, Fifth Amended and Restated Investors' Rights Agreement; other exhibits omitted).

3. Attached as **Exhibit 2** is a true and correct copy of BLI's Prospectus, as filed with the SEC on July 17, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on August 25, 2020.

5. Attached as **Exhibit 4** is a true and correct copy of BLI's Q2 2020 Form 10-Q, as filed with the SEC on August 25, 2020 (exhibits omitted).

6. Attached as **Exhibit 5** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on November 12, 2020.

7. Attached as **Exhibit 6** is a true and correct copy of BLI's Q3 2020 Form 10-Q, as filed with the SEC on November 12, 2020 (exhibits omitted).

8. Attached as **Exhibit 7** is a true and correct copy of BLI's Form S-1 Registration Statement Under the Securities Act of 1933, as filed with the SEC on November 16, 2020 (exhibits omitted).

9. Attached as **Exhibit 8** is a true and correct copy of BLI's Prospectus, as filed with the SEC on November 19, 2020.

10. Attached as **Exhibit 9** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on February 25, 2021.

-1-

11. Attached as **Exhibit 10** is a true and correct copy of BLI's 2020 Form 10-K, as filed with the SEC on March 12, 2021 (exhibits omitted).

12. Attached as **Exhibit 11** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on May 11, 2021.

13. Attached as **Exhibit 12** is a true and correct copy of BLI's Q1 2021 Form 10-Q, as filed with the SEC on May 11, 2021 (exhibits omitted).

14. Attached as **Exhibit 13** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on August 11, 2021.

15. Attached as **Exhibit 14** is a true and correct copy of BLI's Q2 2021 Form 10-Q, as filed with the SEC on August 11, 2021 (exhibits omitted)

16. Attached as **Exhibit 15** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on September 17, 2021.

17. Attached as **Exhibit 16** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on November 4, 2021.

18. Attached as **Exhibit 17** is a true and correct copy of BLI's Q3 2021 Form 10-Q, as filed with the SEC on November 4, 2021 (exhibits omitted).

19. Attached as **Exhibit 18** is a true and correct copy of BLI's Form 8-K, as filed with the SEC on January 5, 2022.

20. Attached as **Exhibit 19** are true and correct copies of Forms 4 for reporting person Eric Hobbs filed with the SEC on March 3, 2021, March 15, 2021, March 29, 2021. April 14, 2021, May 24, 2021, June 23, 2021, July 22, 2021, August 19, 2021, August 24, 2021, and November 24, 2021; and Forms 4 for reporting person Shaun Holt filed with the SEC on March 3, 2021 and March 16, 2021.

21. Attached as **Exhibit 20** is a true and correct copy of the transcript of BLI's Q3 2020 earnings call, dated November 12, 2020, as published by S&P Global Market Intelligence.

22. Attached as **Exhibit 21** is a true and correct copy of the transcript of BLI's Q4 2020 earnings call, dated February 25, 2021, as published by S&P Global Market Intelligence.

-2-

23.    Attached as **Exhibit 22** is a true and correct copy of the transcript of BLI's Q1 2021 earnings call, dated May 11, 2021, as published by S&P Global Market Intelligence.

24.    Attached as **Exhibit 23** is a true and correct copy of the transcript of BLI's Q2 2021 earnings call, dated August 11, 2021, as published by S&P Global Market Intelligence.

25.    Attached as **Exhibit 24** is a true and correct copy of the transcript of BLI's Q3 2021 earnings call, dated November 4, 2021, as published by S&P Global Market Intelligence.

26.    Attached as **Exhibit 25** is a true and correct copy of an analyst report by Cowen titled "Share Pullback May Be a Bit Much, Even in BLI's Non-Pristine 2021" (Sept. 16, 2021).

27.    Attached as **Exhibit 26** is a true and correct copy of an analyst report by J.P.Morgan titled "Clearing Up the Muddy Water: Latest Thoughts on Short Selling Report and Where to Go from Here; Reiterate OW" (Sept. 16, 2021).

28.    Attached as **Exhibit 27** is a true and correct copy of an analyst report by Stifel titled "Thoughts on the Stock Move" (Sept. 16, 2021).

29.    Attached as **Exhibit 28** is a true and correct copy of an analyst report by BTIG titled "'Time Is Money'.  We are Buyers on Weakness Following Significant Recent Volatility in the Stock.  We Reiterate Our Buy Rating and $65 PT" (Sept. 16, 2021).

30.    Attached as **Exhibit 29** is a true and correct copy of an analyst report by Cowen titled "Announces 4Q Results & '22 Guide (Both Miss) & CEO Change (Can Help LT Growth)" (Jan. 5, 2022).

31.    Attached as **Exhibit 30** is a true and correct copy of an analyst report by J.P.Morgan titled "CEO Transition Along with 4Q Miss on Instrument Delays, with 2022 Guidance Reflecting COVID-19 Uncertainties – Alert" (Jan. 5, 2022).

32.    Attached as **Exhibit 31** is a true and correct copy of an analyst report by Morgan Stanley titled "CEO Change Announced; Business Model Transition Expected to Drive Significant Revenue Shortfall in 2022" (Jan. 5, 2022).

33.    Attached as **Exhibit 32** is a true and correct copy of an analyst report by BTIG titled "BLI Announces Q4 Pre-Announce Miss and Change of the Guard at CEO.  We Lower Our PT from $45 to $25, and Maintain Our Buy Rating" (Jan. 6, 2022).

-3-

34.    Attached as **Exhibit 33** is a true and correct copy of an analyst report by William Blair titled "One Overhang Too Many Pushes Us to Downgrade to Market Perform as We Wait for Business Clarity and Details on a New CEO" (Jan. 6, 2022).

35.    Attached as **Exhibit 34** is a true and correct copy of "Delivering Digital Cell Biology at Light Speed," available at https://www.nature.com/articles/d43747-020-00770-5 (last accessed Nov. 11, 2022).

36.    Attached as **Exhibit 35** is a true and correct copy of daily share price data for Berkeley Lights, Inc. (BLI) from July 17, 2020, to April 30, 2022, obtained from Yahoo! Finance.

37.    Attached as **Exhibit 36** is a true and correct copy of "Certification Pursuant to Federal Securities Laws" by Michael Damelio, filed at ECF 25-2 on February 7, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Los Angeles, California on November 11, 2022.

_____

Lauren C. Barnett