# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 8-K

### CURRENT REPORT

### Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

**February 25, 2021**
*Date of Report (Date of earliest event reported)*

# Berkeley Lights, Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **35-2415390** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**001-39388**
*(Commission File Number)*

**5858 Horton Street, Suite 320**
**Emeryville, California 94608**
*(Address of principal executive offices, including zip code)*

**(510) 858-2855**
*(Registrant's telephone number, including area code)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.00005 par value | BLI | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02. Results of Operations and Financial Condition**

On February 25, 2021, Berkeley Lights, Inc. (the "Company") issued a press release announcing the Company's financial results for the fourth quarter and fiscal year ended December 31, 2020. A copy of the press release is attached hereto as Exhibit 99.1.

The information furnished pursuant to Item 2.02 in this Current Report on Form 8-K and the press release attached as Exhibit 99.1 hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of that Section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits**

(d) Exhibits.

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press Release of Berkeley Lights, Inc. dated February 25, 2021 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**BERKELEY LIGHTS, INC.**

Date: February 25, 2021      By:      /s/ SHAUN HOLT

         Name:      Shaun Holt

         Title:      Chief Financial Officer

**EXHIBIT 99.1**



## Berkeley Lights Reports Fourth Quarter and Full Year 2020 Results and Provides Outlook for Full Year 2021

*Fourth quarter 2020 revenue growth of 31% over same period of 2019*

**EMERYVILLE, Calif.** February 25, 2021 – Berkeley Lights, Inc. (Nasdaq: BLI), a leader in Digital Cell Biology, today reported financial results for the fourth quarter and fiscal year ended December 31, 2020.

### Recent Highlights

- Increased revenue 31% for the fourth quarter and 13% for the full year 2020 to $21.7 million and $64.3 million, respectively, compared to corresponding periods of 2019
- Grew installed base 56% year over year to 75 platforms with 9 placed during the fourth quarter 2020
- Launched 6 new workflows in 2020, enabling customers to find the best cell across a variety of new applications, bringing total to 8 commercial workflows
- Announced plans to launch a next generation Antibody Discover workflow, Opto Plasma B Discovery 4.0, which will create a new gold standard for lead molecule discovery
- Opened a large new market opportunity by signing a multi-year collaboration agreement focused on developing workflows to rapidly generate stable cell-lines for viral vector manufacturing
- Expanded leadership team with Pete Leddy as Chief Human Resources Officer, Mimi Healy as Chief Products Officer, and Kurt Wood transitioning to Chief Financial Officer as of March 15, 2021

"Amidst a global pandemic, the Berkeley Lights team delivered throughout 2020 and ended with strong fourth quarter results and, even more importantly, continued to build a strong foundation in existing and new markets," said Berkeley Lights Chief Executive Officer Eric Hobbs, Ph.D. "The demand for cell-based products is growing rapidly and the Berkeley Lights' technology will be a critical component to accelerate the commercialization of these products. I am more bullish than ever about the opportunities in front of us."

**Quarterly Financial Results**

| (in thousands, except per share data) | | Three Months Ended December 31, | |
| --- | --- | --- | --- |
| | | **2020** | **2019** |
| | | (unaudited) | (unaudited) |
| Revenue | $ | 21,748 $ | 16,622 |
| Gross profit | | 14,806 | 12,389 |
| *Gross margin %* | | *68 %* | *75 %* |
| Operating expenses | | 26,639 | 15,669 |
| Loss from operations | | (11,833) | (3,280) |
| Net loss and net comprehensive loss | | (12,128) | (3,464) |
| Net loss attributable to common stockholders per share, basic and diluted | | (0.19) | (1.42) |
| Total stock-based compensation | | 5,851 | 1,005 |

**Annual Financial Results**

| (in thousands, except per share data) | | Year Ended December 31, | |
| --- | --- | --- | --- |
| | | **2020** | **2019** |
| | | (unaudited) | |
| Revenue | $ | 64,303 $ | 56,693 |
| Gross profit | | 44,555 | 43,476 |
| *Gross margin %* | | *69 %* | *77 %* |
| Operating expenses | | 84,949 | 60,013 |
| Loss from operations | | (40,394) | (16,537) |
| Net loss and net comprehensive loss | | (41,584) | (18,302) |
| Net loss attributable to common stockholders per share, basic and diluted | | (1.39) | (7.46) |
| Total stock-based compensation | | 10,917 | 3,760 |

**2021 Revenue Outlook**

Berkeley Lights expects full year 2021 revenue to be in the range of $90 million to $100 million, representing 40% to 56% growth over the full year 2020.

**Webcast and Conference Call Information**

Berkeley Lights will host a conference call to discuss the fourth quarter and full year 2020 financial results after market close on Thursday, February 25, 2021 at 1:30 PM Pacific Time/4:30 PM Eastern Time. A webcast of the conference call can be accessed at http://investors.berkeleylights.com. The webcast will be archived and available for replay for at least 90 days after the event.

**About Berkeley Lights**

Berkeley Lights is a leading Digital Cell Biology company focused on enabling and accelerating the rapid development and commercialization of biotherapeutics and other cell-based products for our customers. The Berkeley Lights Platform captures deep phenotypic, functional, and genotypic information for thousands of single cells in parallel and can also deliver the live biology customers desire in the form of the best cells. Our platform is a fully integrated, end-to-end solution, comprising proprietary consumables, including our OptoSelect chips and reagent kits, advanced automation systems, and application software. We developed the Berkeley Lights Platform to provide the most advanced environment for rapid functional characterization of single cells at scale, the goal of which is to establish an industry standard for our customers throughout their cell-based product value chain.

Berkeley Lights' Beacon and Lightning systems and Culture Station instrument are: FOR RESEARCH USE ONLY. Not for use in diagnostic procedures.

**Forward Looking Statements**

This press release contains forward-looking statements that are based on management's beliefs and assumptions and on information currently available to management. All statements contained in this release other than statements of historical fact are forward-looking statements, including statements regarding our 2021 revenue outlook, our ability to develop, commercialize and achieve market acceptance of our current and planned products and services, our research and development efforts, and other matters regarding our business strategies, use of capital, results of operations and financial position, and plans and objectives for future operations.

In some cases, you can identify forward-looking statements by the words "may," "will," "could," "would," "should," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue," "ongoing" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. These statements involve risks, uncertainties and other factors that may cause actual results, levels of activity, performance, or achievements to be materially different from the information expressed or implied by these forward-looking statements. These risks, uncertainties and other factors are described under "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and elsewhere in the documents we file with the Securities and Exchange Commission from time to time. We caution you that forward-looking statements are based on a combination of facts and factors currently known by us and our projections of the future, about which we cannot be certain. As a result, the forward-looking statements may not prove to be accurate. The forward-looking statements in this press release represent our views as of the date hereof. We undertake no obligation to update any forward-looking statements for any reason, except as required by law.

| **Press Contact** | **Investor Contact** |
| --- | --- |
| berkeleylights@bulleitgroup.com | ir@berkeleylights.com |

## Berkeley Lights, Inc.
## Consolidated Statements of Operations and Comprehensive Loss
## (In thousands, except share and per share data)

| | | Three Months Ended December 31, | | | | Year Ended December 31, | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | **2020** | | **2019** | | **2020** | | **2019** |
| | | (unaudited) | | (unaudited) | | (unaudited) | | |
| Revenue: | | | | | | | | |
| Product revenue | $ | 17,693 | $ | 12,938 | $ | 51,586 | $ | 43,460 |
| Service revenue | | 4,055 | | 3,684 | | 12,717 | | 13,233 |
| Total revenue | | 21,748 | | 16,622 | | 64,303 | | 56,693 |
| Cost of sales: | | | | | | | | |
| Product cost of sales | | 4,554 | | 3,453 | | 13,021 | | 11,245 |
| Service cost of sales | | 2,388 | | 780 | | 6,727 | | 1,972 |
| Total cost of sales | | 6,942 | | 4,233 | | 19,748 | | 13,217 |
| Gross profit | | 14,806 | | 12,389 | | 44,555 | | 43,476 |
| Operating expenses: | | | | | | | | |
| Research and development | | 14,000 | | 9,840 | | 47,240 | | 38,414 |
| General and administrative | | 7,783 | | 3,504 | | 23,202 | | 12,362 |
| Sales and marketing | | 4,856 | | 2,325 | | 14,507 | | 9,237 |
| Total operating expenses | | 26,639 | | 15,669 | | 84,949 | | 60,013 |
| Loss from operations | | (11,833) | | (3,280) | | (40,394) | | (16,537) |
| Other income (expense): | | | | | | | | |
| Interest expense | | (362) | | (361) | | (1,436) | | (1,425) |
| Interest income | | 89 | | 186 | | 338 | | 909 |
| Other income (expense), net | | 10 | | 5 | | 82 | | (1,180) |
| Loss before income taxes | | (12,096) | | (3,450) | | (41,410) | | (18,233) |
| Provision for income taxes | | 32 | | 14 | | 174 | | 69 |
| Net loss and net comprehensive loss | $ | (12,128) | $ | (3,464) | $ | (41,584) | $ | (18,302) |
| | | | | | | | | |
| Net loss attributable to common stockholders per share, basic and diluted | $ | (0.19) | $ | (1.42) | $ | (1.39) | $ | (7.46) |
| Weighted-average shares used in calculating net loss per share, basic and diluted | | 64,405,339 | | 2,999,167 | | 31,192,752 | | 2,883,950 |

# Berkeley Lights, Inc.
## Consolidated Balance Sheets
### (In thousands, except share and per share data)

| Assets | | December 31, 2020 | | December 31, 2019 |
|---|---|---:|---|---:|
| | | (unaudited) | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 233,408 | $ | 81,033 |
| Trade accounts receivable | | 12,939 | | 9,334 |
| Inventory | | 11,047 | | 7,181 |
| Prepaid expenses and other current assets | | 8,175 | | 7,799 |
| Total current assets | | 265,569 | | 105,347 |
| Restricted cash | | 270 | | 270 |
| Property and equipment, net | | 14,544 | | 16,472 |
| Operating lease right-of-use assets | | 16,718 | | 7,785 |
| Other assets | | 2,557 | | 1,135 |
| Total assets | $ | 299,658 | $ | 131,009 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Trade accounts payable | $ | 3,491 | $ | 3,239 |
| Accrued expenses and other current liabilities | | 8,401 | | 6,229 |
| Current portion of notes payable | | 11,594 | | 5,765 |
| Deferred revenue | | 5,482 | | 9,686 |
| Total current liabilities | | 28,968 | | 24,919 |
| Notes payable, net of current portion | | 8,301 | | 14,062 |
| Deferred revenue, net of current portion | | 1,709 | | 1,461 |
| Lease liability, long-term | | 15,899 | | 6,784 |
| Total liabilities | | 54,877 | | 47,226 |
| Stockholders' equity: | | | | |
| Convertible preferred stock | | — | | 224,769 |
| Common stock | | 3 | | — |
| Additional paid-in capital | | 436,662 | | 9,314 |
| Accumulated deficit | | (191,884) | | (150,300) |
| Total stockholders' equity | | 244,781 | | 83,783 |
| Total liabilities and stockholders' equity | $ | 299,658 | $ | 131,009 |