# Exhibit 13

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# Form 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934**

**August 11, 2021**
*Date of Report (Date of earliest event reported)*

# Berkeley Lights, Inc.
*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **35-2415390** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |

**001-39388**
*(Commission File Number)*

**5858 Horton Street, Suite 320**
**Emeryville, California 94608**
*(Address of principal executive offices, including zip code)*

**(510) 858-2855**
*(Registrant's telephone number, including area code)*

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.00005 par value | BLI | The Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☒

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

**Item 2.02. Results of Operations and Financial Condition**

On August 11, 2021, Berkeley Lights, Inc. (the "Company") issued a press release announcing the Company's financial results for the quarter ended June 30, 2021. A copy of the press release is attached hereto as Exhibit 99.1.

The information furnished pursuant to Item 2.02 in this Current Report on Form 8-K and the press release attached as Exhibit 99.1 hereto shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of that Section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01. Financial Statements and Exhibits**

(d) Exhibits.

| **Exhibit Number** | **Description** |
| --- | --- |
| 99.1 | Press Release of Berkeley Lights, Inc. dated August 11, 2021 |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**BERKELEY LIGHTS, INC.**

Date: August 11, 2021

| By: | /s/ KURT WOOD |
|---|---|
| Name: | Kurt Wood |
| Title: | Chief Financial Officer |

**EXHIBIT 99.1**



**Berkeley Lights Reports Second Quarter 2021 Financial Results**
*Second quarter revenue grew 82% year over year*

**EMERYVILLE, Calif.** August 11, 2021 – Berkeley Lights, Inc. (Nasdaq: BLI), a leader in Digital Cell Biology, today reported financial results for the quarter ended June 30, 2021.

**Recent Highlights**

- Grew total revenue to $19.3 million for the second quarter of 2021, representing an 82% year over year growth and bringing first half revenue to $37.9 million, a 56% increase over the first half of 2020

- Expanded the installed base to 92 platforms, with seven new direct placements shipped in the quarter

- Launched TechAccess subscription model expanding customer access to the Berkeley Lights platform

- Released Opto Plasma B Discovery 4.0, an industry-leading functional antibody discovery workflow, which significantly increases recovered sequence diversity and reduces the cost and labor associated with DNA synthesis, cloning, and re-expression

- Announced partnership with Bayer to screen individual variants of bioactives with massively high throughput using the Berkeley Lights Platform:
  - Near-term, multi-year revenue opportunity followed by additional service and backend milestone payment opportunities.
  - Marks the first application of Berkeley Lights' technology in the agricultural sector.
  - Launches Berkeley Lights' technology as a high throughput functional screening service.

"During the second quarter, we made important progress across our business and saw growing demand for the Berkeley Lights platform," said Berkeley Lights Chief Executive Officer Eric Hobbs, Ph.D. "We continue to focus on business development partnerships, with industry leaders like Thermo Fisher and Bayer, to develop disruptive workflows and services. These partnerships not only expand the market opportunities for our platform, but also help us to achieve our mission by accelerating cell and gene therapy products into the clinic and helping to drive world-class innovation and standards in sustainability for farmers, consumers, and the environment. Berkeley Lights is uniquely positioned to do this as we

provide unprecedented functional information at scale that can unlock revolutionary improvements to human health."

**Quarterly 2021 Financial Results**

| | | Three Months Ended June 30, | | |
|---|---|---|---|---|
| (in thousands, except per share data) | | **2021** | | **2020** |
| | | (unaudited) | | (unaudited) |
| Revenue | $ | 19,250 | $ | 10,569 |
| Gross profit | | 12,728 | | 6,962 |
| *Gross margin %* | | *66 %* | | *66 %* |
| Operating expenses | | 30,577 | | 19,112 |
| Loss from operations | | (17,849) | | (12,150) |
| Net loss and net comprehensive loss | | (18,154) | | (12,430) |
| Net loss attributable to common stockholders per share, basic and diluted | | (0.27) | | (4.25) |
| Total stock-based compensation | | 5,629 | | 1,352 |

**2021 Outlook Reaffirmed**

Berkeley Lights continues to expect full year 2021 revenue to be in the range of $90 million to $100 million, representing 40% to 56% growth over the full year of 2020.

**Webcast and Conference Call Information**

Berkeley Lights will host a conference call to discuss the second quarter 2021 financial results before market open on Wednesday, August 11, 2021 at 5:30 a.m Pacific Time/8:30 a.m. Eastern Time. A webcast of the conference call can be accessed at http://investors.berkeleylights.com. The webcast will be archived and available for replay for at least 90 days after the event.

**About Berkeley Lights**

Berkeley Lights is a leading Digital Cell Biology company focused on enabling and accelerating the rapid development and commercialization of biotherapeutics and other cell-based products for our customers. The Berkeley Lights Platform captures deep phenotypic, functional, and genotypic information for thousands of single cells in parallel and can also deliver the live biology customers desire in the form of the best cells. Our platform is a fully integrated, end-to-end solution, comprising proprietary consumables, including our OptoSelect chips and reagent kits, advanced automation systems, and application software. We developed the Berkeley Lights Platform to provide the most advanced environment for rapid functional characterization of single cells at scale, the goal of which is to establish an industry standard for our customers throughout their cell-based product value chain.

Berkeley Lights' Beacon and Lightning systems and Culture Station instrument are: FOR RESEARCH USE ONLY. Not for use in diagnostic procedures.

**Forward Looking Statements**

This press release contains forward-looking statements that are based on management's beliefs and assumptions and on information currently available to management. All statements contained in this release other than statements of historical fact are forward-looking statements, including statements regarding our ability to develop, commercialize and achieve market acceptance of our current and planned products and services, our research and development efforts, and other matters regarding our business strategies, use of capital, results of operations and financial position, and plans and objectives for future operations.

In some cases, you can identify forward-looking statements by the words "may," "will," "could," "would," "should," "expect," "intend," "plan," "anticipate," "believe," "estimate," "predict," "project," "potential," "continue," "ongoing" or the negative of these terms or other comparable terminology, although not all forward-looking statements contain these words. These statements involve risks, uncertainties and other factors that may cause actual results, levels of activity, performance, or achievements to be materially different from the information expressed or implied by these forward-looking statements. These risks, uncertainties and other factors are described under "Risk Factors," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and elsewhere in the documents we file with the Securities and Exchange Commission from time to time. We caution you that forward-looking statements are based on a combination of facts and factors currently known by us and our projections of the future, about which we cannot be certain. As a result, the forward-looking statements may not prove to be accurate. The forward-looking statements in this press release represent our views as of the date hereof. We undertake no obligation to update any forward-looking statements for any reason, except as required by law.

**Press Contact**
christy.nguyen@berkeleylights.com

**Investor Contact**
ir@berkeleylights.com

**Berkeley Lights, Inc.**
**Condensed Consolidated Statements of Operations and Comprehensive Loss (Unaudited)**
**(In thousands, except share and per share data)**

| | Three months ended June 30, | | Six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | **2021** | **2020** | **2021** | **2020** |
| Revenue: | | | | |
| Product revenue | $ 13,021 | $ 9,107 | $ 26,554 | $ 19,790 |
| Service revenue | 6,229 | 1,462 | 11,324 | 4,557 |
| Total revenue | 19,250 | 10,569 | 37,878 | 24,347 |
| Cost of sales: | | | | |
| Product cost of sales | 3,332 | 2,384 | 7,035 | 5,004 |
| Service cost of sales | 3,190 | 1,223 | 5,664 | 2,402 |
| Total cost of sales | 6,522 | 3,607 | 12,699 | 7,406 |
| Gross profit | 12,728 | 6,962 | 25,179 | 16,941 |
| Operating expenses: | | | | |
| Research and development | 13,535 | 11,843 | 26,562 | 22,819 |
| General and administrative | 11,725 | 4,193 | 20,692 | 8,190 |
| Sales and marketing | 5,317 | 3,076 | 10,923 | 6,310 |
| Total operating expenses | 30,577 | 19,112 | 58,177 | 37,319 |
| Loss from operations | (17,849) | (12,150) | (32,998) | (20,378) |
| Other income (expense): | | | | |
| Interest expense | (356) | (356) | (710) | (713) |
| Interest income | 43 | 47 | 109 | 198 |
| Other income (expense), net | 34 | 37 | 53 | 62 |
| Loss before income taxes | (18,128) | (12,422) | (33,546) | (20,831) |
| Provision for income taxes | 26 | 8 | 43 | 24 |
| Net loss and net comprehensive loss | $ (18,154) | $ (12,430) | $ (33,589) | $ (20,855) |
| | | | | |
| Net loss attributable to common stockholders per share, basic and diluted | $ (0.27) | $ (4.25) | $ (0.51) | $ (7.29) |
| Weighted-average shares used in calculating net loss per share, basic and diluted | 66,790,755 | 3,109,545 | 66,029,307 | 3,078,756 |

## Berkeley Lights, Inc.
## Condensed Consolidated Balance Sheets
### (In thousands, except share and per share data)

| Assets | | June 30, 2021 | | December 31, 2020 |
|---|---|---|---|---|
| | | (unaudited) | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 215,077 | $ | 233,408 |
| Trade accounts receivable | | 19,760 | | 12,939 |
| Inventory | | 12,572 | | 11,047 |
| Prepaid expenses and other current assets | | 8,115 | | 8,175 |
| Total current assets | | 255,524 | | 265,569 |
| Restricted cash | | 270 | | 270 |
| Property and equipment, net | | 20,839 | | 14,544 |
| Operating lease right-of-use assets | | 15,724 | | 16,718 |
| Other assets | | 3,357 | | 2,557 |
| Total assets | $ | 295,714 | $ | 299,658 |
| **Liabilities and Stockholders' Equity** | | | | |
| Current liabilities: | | | | |
| Trade accounts payable | $ | 8,727 | $ | 3,491 |
| Accrued expenses and other current liabilities | | 10,501 | | 8,401 |
| Current portion of notes payable | | — | | 11,594 |
| Deferred revenue | | 8,258 | | 5,482 |
| Total current liabilities | | 27,486 | | 28,968 |
| Notes payable, net of current portion | | 19,673 | | 8,301 |
| Deferred revenue, net of current portion | | 1,875 | | 1,709 |
| Operating lease liability, noncurrent | | 14,841 | | 15,899 |
| Total liabilities | | 63,875 | | 54,877 |
| Stockholders' equity: | | | | |
| Convertible preferred stock | | — | | — |
| Common stock | | 4 | | 3 |
| Additional paid-in capital | | 457,308 | | 436,662 |
| Accumulated deficit | | (225,473) | | (191,884) |
| Total stockholders' equity | | 231,839 | | 244,781 |
| Total liabilities and stockholders' equity | $ | 295,714 | $ | 299,658 |