# EXHIBIT 26

# J.P.Morgan

North America Equity Research
16 September 2021

# Berkeley Lights

## Clearing Up the Muddy Water: Latest Thoughts on Short Selling Report and Where to Go from Here; Reiterate OW

In light of a short selling report on BLI published yesterday by Scorpion Capital that resulted in a -30% decline in the stock in the last two days, we spoke with management this morning and would like to share our latest thoughts on the situation. Overall, we see little merit in most of the accusations made in the short report, and we believe the underlying value proposition of BLI's Beacon platform stays intact. In fact, BLI had customers on site yesterday who expressed no concern in reaction to the Scorpion report. Management remains confident in the path forward and will continue to focus on execution. While a few visibility questions remain on the newer commercialization models (subscription and partnerships), this will improve over time as the company gains more operating experience with these models. We believe the drastic stock reaction since yesterday is way overdone and creates an attractive opportunity to revisit the story. As such, we reiterate our OW rating. Below are our key takeaways, and a detailed list of management's response to the short report can be found on page 3.

- **Technical questions: accusations likely based on dated experience, with company demonstrating and continuously improving proposition.** We went through the specific technical accusations listed in the report with management (error rate, reliability, cell handling and recovery, ease of use, data management) and summarized details below. Overall, management believes the customer commentary quoted in the report is based on dated experience with older versions of the system in its early days, and it noted significant performance improvement over the last couple of years (especially on reliability, which is consistent with our prior customer diligence). Multiple biopharma customers have achieved INDs using Beacon, and the number of multi-system users (25% of customers) is another testimony to the platform's value proposition. While road bumps and areas for improvement are to be expected with any disruptive technology, we think the more important thing to focus on is a roadmap forward to resolve issues and improve user experience. To that end, the company's recent introduction of a service model (such as with TMO and Bayer) will take control of assay development and operations in house and further help ensure smooth user experiences.

## Overweight

**BLI, BLI US**
Price (16 Sep 21): $23.53
**Price Target (Dec-22): $100.00**

### Life Science Tools & Diagnostics

**Julia Qin, CFA** AC
(1-212) 622-9253
julia.qin@jpmchase.com

**Tycho W. Peterson**
(1-212) 622-6568
tycho.peterson@jpmorgan.com

**Casey Woodring**
(1-212) 622-9074
casey.woodring@jpmchase.com

**Rachel Vatnsdal**
(1-212) 622-6159
rachel.vatnsdal@jpmchase.com

J.P. Morgan Securities LLC

### Quarterly Forecasts (FYE Dec)

Revenue ($ mn)

|  | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 14 | 19A | 30 |
| Q2 | 11 | 19A | 31 |
| Q3 | 18 | 23 | 34 |
| Q4 | 22 | 31 | 39 |
| FY | 64 | 91 | 133 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 69 | 66 | 83 |  |  |
| Growth | 30 |  |  |  |  |
| Momentum | 79 | 88 |  |  |  |
| Quality | 61 | 63 | 69 | 97 | 95 |
| Low Vol | 50 | 46 |  |  |  |

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

## Price Performance



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -73.7% | -40.0% | -49.6% | -61.9% |
| Rel | -86.8% | -41.4% | -46.1% | -105.8% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 54 |
| 52-week range ($) | 113.53-19.21 |
| Market cap ($ mn) | 1,261.14 |
| Exchange rate | 1.00 |
| Free float(%) | 73.2% |
| 3M - Avg daily vol (mn) | 0.97 |
| 3M - Avg daily val ($ mn) | 39.2 |
| Volatility (90 Day) | 71 |
| Index | RUSSELL 2000 |
| BBG BUY\|HOLD\|SELL | 5\|2\|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 64 | 91 | 133 | 172 |
| Adj. EBITDA | (35) | (52) | (58) | (32) |
| Adj. EBIT | (40) | (57) | (63) | (37) |
| Adj. net income | (43) | (58) | (63) | (38) |
| Adj. EPS | (1.40) | (0.87) | (0.94) | (0.55) |
| BBG EPS | (1.19) | (0.87) | (0.74) | (0.45) |
| Cashflow from operations | (36) | (46) | (46) | (24) |
| FCFF | (38) | (50) | (53) | (30) |
| **Margins and Growth** | | | | |
| Revenue growth | 13.4% | 42.4% | 45.8% | 28.8% |
| EBITDA margin | (54.3%) | (57.3%) | (43.7%) | (18.6%) |
| EBITDA growth | 197.4% | 50.4% | 11.1% | (45.2%) |
| EBIT margin | (63.0%) | (62.2%) | (47.0%) | (21.5%) |
| Net margin | (67.5%) | (63.0%) | (47.4%) | (21.9%) |
| Adj. EPS growth | 713.4% | (38.0%) | 8.2% | (41.0%) |
| **Ratios** | | | | |
| Adj. tax rate | (0.4%) | (0.1%) | (0.1%) | (0.1%) |
| Interest cover | NM | NM | NM | NM |
| Net debt/Equity | NM | NM | NM | NM |
| Net debt/EBITDA | 6.1 | 3.3 | 2.0 | 2.8 |
| ROCE | (22.1%) | (22.9%) | (29.7%) | (20.4%) |
| ROE | (26.4%) | (25.2%) | (33.0%) | (23.4%) |
| **Valuation** | | | | |
| FCFF yield | (5.2%) | (3.2%) | (3.3%) | (1.9%) |
| Dividend yield | - | - | - | - |
| EV/Revenue | 36.8 | 25.9 | 17.7 | 13.8 |
| EV/EBITDA | NM | NM | NM | NM |
| Adj. P/E | NM | NM | NM | NM |

## Summary Investment Thesis and Valuation

### Investment Thesis

With a large TAM of $23B and a distinctive technology that supports a strong competitive position, BLI has seen robust early-adoption momentum among high-profile customers and is now approaching an inflection point in the revenue trajectory, while also carrying an attractive margin profile with a visible path to profitability. We believe the company demands a premium valuation relative to peers given its superior competitive positioning, greater long-term adoption potential, greater long-term margin potential, and lower dilution risk from additional financing needs post-IPO. As such, we are Overweight.

### Valuation

Our December 2022 DCF-derived price target of $100 assumes a CAPM-derived WACC discount rate of +7.8% and +4.5% terminal growth.

### Risks to Rating and Price Target

Downside risks include (1) long sales cycle and quarterly fluctuations in placement revenue due to the high ASP; (2) lower than expected market reception of the subscription model and resulting challenges in converting capital sale into recurring revenue over time; (3) failure to develop and launch additional workflows and further penetrate the TAM; (4) potential financial liabilities associated with the patent litigation with AbCellera.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market: MSCI US** | 0.41 | 0.42 |
| **Sect: Health Care** | 0.12 | 0.15 |
| **Ind: Pharma, Bio, Life Sci** | 0.22 | 0.17 |
| **Macro:** | | |
| Credit Spread | -0.41 | -0.19 |
| US 10yr Breakeven | -0.39 | -0.13 |
| US 10yr yield | -0.33 | -0.11 |
| **Quant Styles:** | | |
| Size | -0.39 | -0.39 |
| Growth | 0.58 | 0.31 |
| LowVol | -0.43 | -0.30 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables. Note: Price history may not be complete or exact.

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

- **TAM questions: instrument-based definition too narrow, with new partnerships further expanding TAM.** We don't think BLI's TAM should be narrowly defined as the number of instruments that can be placed. While the number of high-volume customers who can afford a $2M instrument may be limited to top biopharma companies and large CROs, BLI is going to market via multiple commercial models. The new subscription model should significantly lower the adoption hurdle for the next tier of customers, and the new partnership model further expands value extraction opportunities, not to mention BLI's potential future plans to directly develop and commercialize products itself, which would allow even filler value capture (although this remains a longer-term opportunity, likely five-plus years out). Even for capital placement, we're assuming instrument ASPs decline over time to $1M as the company explores customer price elasticity. All of these opportunities should be included in the TAM calculation. Furthermore, recent new partnerships with TMO and Bayer have further expanded BLI's footprint into gene therapy and agbio, which are both new additions to the TAM.

- **Modeling questions: visibility is key outstanding item, which should improve over time.** We think the main outstanding question on BLI at this point is visibility into the newer commercial modalities. Specifically, for the new subscription model, questions include how consumable pull-through will trend and what percentage of customers will renew after the initial year, which management will have better visibility into when the program hits the one-year mark. For the new partnership model, questions are mainly around milestone/royalty revenue cadence and the pipeline of partnerships beyond Ginkgo/TMO/Bayer, with better visibility on the latter a key driver for the company to get proper credit for the revenue capture potential.

- **Valuation and catalysts: stable near-term outlook, with significant valuation gap to close.** Having traded down -30% since yesterday and -74% YTD, BLI is now at 11x 2022E sales, a dramatic discount to peer ABCL (44x). We view current valuation as highly compelling and believe improved revenue visibility and clear-up of the short report muddy water will help close the gap over time. In terms of 3Q pulse check, management commented earlier this week that 3Q so far has been "going as planned," and while there are some "yellow flags" popping up around instrument installation due to customer access given the COVID resurgence, consumable revenue is seeing a healthy uptick in 2H.

Below are detailed takeaways from our conversation with management, responding to each of the main accusations in the Scorpion report.

- **Error rate:** Error rate depends on the workflow. There's no issue with standard CLD workflow, and some customers are able to run it with <1 hour of lab time. Some issues may occur when working with novel applications, but BLI turns these new findings into products (e.g., antibody aggregating). There has been no data quality issue, and customers have produced INDs using Beacon (as announced at this year's JPM). System never produces false negatives.

- **System reliability:** Company tracks "mean time between excursions," which has gone up 5x in the past couple of years (now 1,000s of hours of run time before need for intervention).

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

- **Ease of use:** Customers generally take three to six months to gain proficiency and understand assay designs, as many are working with cutting-edge innovative workflows. The new service business model (e.g., TMO/Bayer) helps optimize customer experience. Ginkgo works with bacteria/yeast (different from mammalian cells), so needed to make changes in consumables, but didn't have to redesign the system.

- **Cell handling and recovery:** BLI controls every surface that comes into contact with cells by using different coatings and achieves 80% cell recovery. High system throughput ensures high number of recovered cells even with some cell loss. Quality of cell candidates matters more than quantity of cells recovered, as it directly impacts a drug's probability of success.

- **System utilization:** Traditional hybridoma campaigns take 90 days, which is now replaced with a few days of runtime on Beacon. Customer utilization will naturally increase as more applications are added. High-throughput customers like Biocytogen have multi Beacons and plans to find 100 antibodies in one year using Beacon.

- **Scientific validation:** Academic market hasn't been a near-term focus for BLI as the company prioritizes biopharma customers. If new customers' internal scientists have questions on the technology, BLI has them talk to existing customers for validation, so lack of academic publications is not an issue.

- **Data management:** Data generated by Beacon is unprecedentedly rich and can't be handled in Excel, so the company has created dedicated software for data analysis. There may be bugs with software associated with new workflows, but that improved over time and does not create a usability issue.

- **Complex antibody capability:** BLI expects to issue a new product announcement for complex antibodies soon (we think possibly with 3Q).

- **A/R increase and distributor revenue mix:** Distributor revenue is a function of growth in China, which was identified as a major opportunity for BLI since the IPO. A/R is tied to timing of system shipping (higher if systems shipped near end of quarter).

- **Market opportunity:** Company's prior-year customer event had well over 100 people in attendance. BLI continues to grow the TAM by expanding applications (e.g., now added gene therapy and agbio).

- **Biologics expertise:** There's a natural evolution of focus, with early-day focus on building out the platform. Company continues to add biologists to the ranks and has an open CSO search.

- **Customer reaction to report:** Company just had customers on site yesterday, who expressed no concern. Ginkgo continues to endorse Beacon.

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Berkeley Lights Inc *(Overweight; Price Target: $100.00)*

**Investment Thesis**

With a large TAM of $23B and a distinctive technology that supports a strong competitive position, BLI has seen robust early-adoption momentum among high-profile customers and is now approaching an inflection point in the revenue trajectory, while also carrying an attractive margin profile with a visible path to profitability. We believe the company demands a premium valuation relative to peers given its superior competitive positioning, greater long-term adoption potential, greater long-term margin potential, and lower dilution risk from additional financing needs post-IPO. As such, we maintain our Overweight rating.

**Valuation**

Our December 2022 DCF-derived price target of $100 assumes a CAPM-derived WACC discount rate of +7.8% and +4.5% terminal growth.

**Risks to Rating and Price Target**

Downside risks include (1) long sales cycle and quarterly fluctuations in placement revenue due to the high ASP; (2) lower than expected market reception of the subscription model and resulting challenges in converting capital sale into recurring revenue over time; (3) failure to develop and launch additional workflows and further penetrate the TAM; (4) potential financial liabilities associated with the patent litigation with AbCellera.

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

# Berkeley Lights: Summary of Financials

| Income Statement - Annual | FY19A | FY20A | FY21E | FY22E | FY23E | Income Statement - Quarterly | 1Q21A | 2Q21A | 3Q21E | 4Q21E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 57 | 64 | 91 | 133 | 172 | Revenue | 19A | 19A | 23 | 31 |
| COGS | (13) | (20) | (30) | (42) | (43) | COGS | (6)A | (7)A | (8) | (10) |
| Gross profit | 43 | 44 | 61 | 91 | 129 | Gross profit | 12A | 13A | 15 | 21 |
| SG&A | (22) | (38) | (59) | (80) | (92) | SG&A | (15)A | (17)A | (13) | (14) |
| Adj. EBITDA | (12) | (35) | (52) | (58) | (32) | Adj. EBITDA | (14)A | (17)A | (12) | (9) |
| D&A | (5) | (6) | (4) | (4) | (5) | D&A | (1)A | (1)A | (1) | (1) |
| Adj. EBIT | (17) | (40) | (57) | (63) | (37) | Adj. EBIT | (15)A | (18)A | (13) | (11) |
| Net Interest | (0) | (1) | (1) | (0) | (1) | Net Interest | (0)A | (0)A | (0) | (0) |
| Adj. PBT | (18) | (41) | (58) | (63) | (38) | Adj. PBT | (15)A | (18)A | (14) | (11) |
| Tax | (0) | (0) | (0) | (0) | (0) | Tax | (0)A | (0)A | 0 | 0 |
| Minority Interest | - | (2) | 0 | 0 | 0 | Minority Interest | 0A | 0A | 0 | 0 |
| Adj. Net Income | (18) | (43) | (58) | (63) | (38) | Adj. Net Income | (15)A | (18)A | (14) | (11) |
| Reported EPS | (0.17) | (1.40) | (0.87) | (0.94) | (0.55) | Reported EPS | (0.24)A | (0.27)A | (0.20) | (0.16) |
| Adj. EPS | (0.17) | (1.40) | (0.87) | (0.94) | (0.55) | Adj. EPS | (0.24)A | (0.27)A | (0.20) | (0.16) |
| DPS | - | - | - | - | - | DPS | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 107 | 31 | 67 | 67 | 68 | Shares outstanding | 65A | 67A | 67 | 67 |

| Balance Sheet & Cash Flow Statement | FY19A | FY20A | FY21E | FY22E | FY23E | Ratio Analysis | FY19A | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 81 | 233 | 192 | 139 | 108 | Gross margin | 76.7% | 69.3% | 67.1% | 68.4% | 74.9% |
| Accounts receivable | 9 | 13 | 25 | 32 | 42 | EBITDA margin | (20.7%) | (54.3%) | (57.3%) | (43.7%) | (18.6%) |
| Inventories | 7 | 11 | 15 | 17 | 18 | EBIT margin | (29.2%) | (63.0%) | (62.2%) | (47.0%) | (21.5%) |
| Other current assets | 8 | 8 | 8 | 8 | 8 | Net profit margin | (32.3%) | (67.5%) | (63.0%) | (47.4%) | (21.9%) |
| Current assets | 105 | 266 | 240 | 196 | 177 | | | | | | |
| PP&E | 17 | 15 | 16 | 18 | 20 | ROE | (20.2%) | (26.4%) | (25.2%) | (33.0%) | (23.4%) |
| LT investments | - | - | - | - | - | ROA | (13.8%) | (20.1%) | (20.0%) | (24.8%) | (16.7%) |
| Other non current assets | 9 | 20 | 20 | 20 | 20 | ROCE | (15.0%) | (22.1%) | (22.9%) | (29.7%) | (20.4%) |
| Total assets | 131 | 300 | 276 | 234 | 217 | SG&A/Sales | 38.1% | 58.7% | 64.2% | 59.9% | 53.6% |
| | | | | | | Net debt/equity | NM | NM | NM | NM | NM |
| Short term borrowings | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Payables | 3 | 3 | 9 | 10 | 11 | P/E (x) | NM | NM | NM | NM | NM |
| Other short term liabilities | 16 | 14 | 16 | 16 | 16 | P/BV (x) | 30.0 | 3.0 | 7.3 | 9.3 | 10.5 |
| Current liabilities | 19 | 17 | 25 | 26 | 27 | EV/EBITDA (x) | NM | NM | NM | NM | NM |
| Long-term debt | 20 | 20 | 20 | 20 | 20 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 8 | 18 | 18 | 18 | 18 | | | | | | |
| Total liabilities | 47 | 55 | 62 | 64 | 65 | Sales/Assets (x) | 0.4 | 0.3 | 0.3 | 0.5 | 0.8 |
| Shareholders' equity | 84 | 245 | 213 | 170 | 152 | Interest cover (x) | NM | NM | NM | NM | NM |
| Minority interests | - | - | - | - | - | Operating leverage | (27.3%) | 1077.5% | 95.7% | 22.6% | (142.8%) |
| Total liabilities & equity | 131 | 300 | 276 | 234 | 217 | | | | | | |
| BVPS | 0.79 | 7.89 | 3.21 | 2.52 | 2.24 | Revenue y/y Growth | 81.0% | 13.4% | 42.4% | 45.8% | 28.8% |
| y/y Growth | - | 904.0% | (59.3%) | (21.4%) | (11.2%) | EBITDA y/y Growth | (31.3%) | 197.4% | 50.4% | 11.1% | (45.2%) |
| Net debt/(cash) | (61) | (214) | (172) | (119) | (88) | Tax rate | (0.4%) | (0.4%) | (0.1%) | (0.1%) | (0.1%) |
| | | | | | | Adj. Net Income y/y Growth | (21.8%) | 136.6% | 32.9% | 9.8% | (40.5%) |
| Cash flow from operating activities | (11) | (36) | (46) | (46) | (24) | EPS y/y Growth | - | 713.4% | (38.0%) | 8.2% | (41.0%) |
| o/w Depreciation & amortization | 7 | 7 | 5 | 4 | 5 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | (5) | (12) | (13) | (8) | (11) | | | | | | |
| Cash flow from investing activities | (9) | (3) | (4) | (7) | (7) | | | | | | |
| o/w Capital expenditure | (8) | (3) | (4) | (7) | (7) | | | | | | |
| as % of sales | 14.9% | 5.1% | 4.4% | 5.0% | 4.0% | | | | | | |
| Cash flow from financing activities | 1 | 192 | 9 | 0 | 0 | | | | | | |
| o/w Dividends paid | 0 | 0 | 0 | 0 | 0 | | | | | | |
| o/w Net debt issued/(repaid) | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Net change in cash | (19) | 152 | (42) | (53) | (30) | | | | | | |
| Adj. Free cash flow to firm | (18) | (38) | (50) | (53) | (30) | | | | | | |
| y/y Growth | (6.5%) | 106.2% | 30.6% | 5.8% | (43.4%) | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

**North America Equity Research**
16 September 2021

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of Berkeley Lights.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Berkeley Lights.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) of/for Berkeley Lights within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Berkeley Lights.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Berkeley Lights.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from Berkeley Lights.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Berkeley Lights.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Berkeley Lights, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.



**Berkeley Lights (BLI, BLI US) Price Chart**

| Date | Rating | Price ($) | Price Target ($) |
|------|--------|-----------|------------------|
| 11-Aug-20 | OW | 58.15 | 75 |
| 12-Nov-20 | OW | 82.57 | 100 |

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Aug 11, 2020. All share prices are as of market close on the previous business day.

7

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Qin, Julia**: Akoya (AKYA)

**J.P. Morgan Equity Research Ratings Distribution, as of July 03, 2021**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 52% | 37% | 11% |
| IB clients** | 54% | 48% | 39% |
| JPMS Equity Research Coverage* | 49% | 39% | 13% |
| IB clients** | 77% | 69% | 55% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Other Disclosures**

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

JPMorgan research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this

8

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin). JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P.

9

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

North America Equity Research
16 September 2021

J.P.Morgan

Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 052/09/2020], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE,

Julia Qin, CFA
(1-212) 622-9253
julia.qin@jpmchase.com

**North America Equity Research**
16 September 2021

J.P.Morgan

FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

"Other Disclosures" last revised July 17, 2021.

**Copyright 2021 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

Completed   16 Sep 2021 09:04 PM EDT                                           Disseminated 16 Sep 2021 09:44 PM EDT