# EXHIBIT 27

# STIFEL

## Berkeley Lights, Inc.
### BLI – NASDAQ

**September 16, 2021**                              Life Sciences & Diagnostics

**BUY**
Price $23.53 (close 9/16/21)

**FLASH NOTE**

## Thoughts On the Stock Move

| Summary |
| --- |

BLI shares have had a rough two days on the back of a short report that criticized just about all aspects of the business. While we typically don't publish research based on other published research, the severity of the stock reaction warrants a comment. Our thoughts: we believe the Beacon platform is still trying to find the best path into the market, so questions on instrument cost (which have been debated all year) are valid - and the ability to pinpoint TAM size is (much like half of the Tools space right now) difficult. The characterization of the Beacon platform as useless, however, runs completely contrary to our diligence.

| Key Points |
| --- |

**System Utilizaton and Customer Feedback**. The biggest criticism that has been leveled against BLI is aimed at performance of the Beacon platform, which was more or less called a useless device. Our calls with customers yielded the opposite view. While it is true that the system had some issues back in the 2016 time frame (when the Beacon was basically a beta device), the Beacon has undergone multiple rounds of improvement/optimization which has dramatically improved performance. To this point, our contact at a large biotech company stated (today) that "error rates" are not at all a problem. In fact, the accuracy rate for cell line development (CLD) work (where accuracy is defined as the selection of the clone that turns out to be superior when it comes to protein production) was quoted as ~90%. As such, the Beacon is still used for all CLD work at the company - and still runs 24x7 when cell line work is being done. Going forward, the company is in the process of examining the ways in which applications can expand within CLD. This will still likely result in the company spending 20-40% more on Beacon consumables for CLD next year vs. this year.

With respect to the instrument doing nothing more than common lab instrumentation such as flow cytometry equipment, this statement is factually inaccurate. The Beacon platform is capable of simultaneous stimulation, manipulation, measurement, and control of cells in an integrated fashion, which is simply not possible on a flow device.

Our view on Berkeley's technology and platform remains unchanged - while not for everyone due to the complexity of the associated workflows and some of the applications, the capabilities gained are unique and enabling for those with the time and expertise needed to run sophisticated lab instrumentation - and the benefits of usage can be tangibly measured through significant reductions in development timelines.

**Asian Mix Factors.** The percentage of BLI revenues going through distributors went from a low teens percentage to 48% in 2Q21. This is no doubt a notable change, but largely explained by the greater contribution by Asia - where the use of distributors is basically industry standard. Due to "post-Covid" Asian business conditions being far stronger than the US and Europe, sales to Asia were almost half of total revenues during the second quarter.

**Insider Selling Is (For Us) A Perfectly Valid Criticism**. One area where we do share frustration is insider selling. We are surely not in the business of telling executives and founders how and when to make money. That said, the level of stock sold by insiders this year has been wholly uninspiring, given that it has coincided with departure of the CFO after one public quarter, the resignation of the Chief Accounting Officer mid-year, and an ongoing business model shift. For a business that requires a level of "trust us" confidence in order to offset the bumps in the road, this has served to exacerbate fears on the outlook.

**Where To From Here?** We see BLI as an early-stage company with good technology that is trying to find the optimal way to provide access to that technology as profitably as possible. While it is fair to say that a $2M outright purchase is not something that most labs are interested in, the subscription-based approach to placements and the addition of a service business should expand the company's reach and grow the number of samples run on BLI equipment. Given the complexity of the company's technology, the opacity of the key customer segment being served, and the ongoing business model shift, however, we do not expect a dramatic snap back in shares until confidence is gained in the moving parts. Mgmt has backed the $90-100M revenue target for the year, and 2022 should bring about an analyst day that allows for a better understanding of the company, strategy, and opportunity. As we move into next year, we thus see the opportunity for upside to materialize.

**Daniel Arias** | (212) 271-3807 | ariasd@stifel.com
**Evan Stampler**, Ph.D, CFA | (212) 271-3829 | stamplere@stifel.com
**Eric Chung** | (212) 271-3865 | chunge@stifel.com
**Daniel Macek** | (212) 271-3778 | macekd@stifel.com
**Stifel Equity Trading Desk** | (800) 424-8870

**Stifel does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**
**All relevant disclosures and certifications appear on pages 3 - 5 of this report.**

**Berkeley Lights, Inc.**

Flash Note
**September 16, 2021**

**BLI – NASDAQ**
Life Sciences & Diagnostics

### Investment Thesis

*We see BLI's portfolio of digital biology products as highly transformational, in that they yield outcomes and efficiencies for customers relative to standard approaches that are more significant than most technologies in our space. Looking across 2021, we believe the company's post-IPO momentum will continue, which should drive robust sales growth (50% in our model) - along with business development activity that should open new opportunities and provide investors with a look at the expanding utility of the platforms. With shares underperforming to start the year amidst a solid outlook, current levels look to be an attractive entry point on one of the more unique assets in our space.*

### Target Price Methodology/Risks

We apply an EV / Sales multiple of about ~30x (was 35x) our FY22 sales estimate of $132M to arrive at our target price of $61. Our reduced multiple considers the incremental risk associated with the shift in the business model, and the way it will impact revenue cadence in the near term.

Key risks to our target price include early stage of commercialization, complexity of technology, slope of customer adoption, and litigation with AbCellera.

### Company Description

Berkeley Lights (BLI) is a life science tools company headquartered in San Francisco, California. The company has developed instruments, reagents, and software solutions focused on the digital cell biology market. The Beacon is the company's flagship instrument. Customers use proprietary one-time use consumables called OptoSelect Chips on the Beacon, which itself has proprietary optofluidic and optoelectronic technology, which allow for robust control and manipulation of cells into NanoPens. BLI's platform enables capturing deep phenotypic and genotypic information for thousands of cells simultaneously at a single-cell level. The company is currently targeting three major applications: (1) Antibody Therapeutics, (2) Cell Therapy, and (3) Synthetic Biology.



# Berkeley Lights, Inc.

Flash Note

**BLI – NASDAQ**

**September 16, 2021**

Life Sciences & Diagnostics

## Important Disclosures and Certifications

**I, Daniel Arias, certify that the views expressed in this research report accurately reflect my personal views about the subject securities or issuers; and I, Daniel Arias, certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.**

**Our European Policy for Managing Research Conflicts of Interest is available at www.stifel.com/institutional/ImportandDisclosures.**

**Berkeley Lights, Inc. (BLI) as of September 15, 2021 (in USD)**



| 01/26/2021 | 05/11/2021 | 08/11/2021 |
| 73.22 | 43.13 | 39.65 |
| I:B:105.00 | B:75.00 | B:61.00 |

*Represents the value(s) that changed.

Buy=B; Hold=H; Sell=S; Discontinued=D; Suspended=SU; Discontinued=D; Initiation=I

**For a price chart with our ratings and target price changes for BLI go to**
**http://stifel2.bluematrix.com/sellside/Disclosures.action?ticker=BLI**

Stifel or an affiliate expects to receive or intends to seek compensation for investment banking services from Berkeley Lights, Inc. in the next 3 months.

Stifel or an affiliate is a market maker or liquidity provider in the securities of Berkeley Lights, Inc..

The equity research analyst(s) responsible for the preparation of this report receive(s) compensation based on various factors, including Stifel's overall revenue, which includes investment banking revenue.

## Investment Rating System

Our investment rating system is defined as follows:

**Buy** - We expect a total return of greater than 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Speculative Buy[1]** - We expect a total return of greater than 30% over the next 12 months, with total return equal to the percentage price change plus dividend yield, accompanied by substantially higher than normal risk including the possibility of a binary outcome.

**Hold** - We expect a total return between -5% and 10% over the next 12 months with total return equal to the percentage price change plus dividend yield.

**Sell** - We expect a total return below -5% over the next 12 months with total return equal to the percentage price change plus dividend yield.

Occasionally, we use the ancillary rating of **Suspended (SU)** to indicate a long-term suspension in rating and/or target price, and/or coverage due to applicable regulations or Stifel policies. Alternatively, **Suspended** may indicate the analyst is unable to determine a "reasonable basis" for rating/target price or estimates due to lack of publicly available information or the inability to quantify the publicly available information provided by the company and it is unknown when the outlook will be clarified. **Suspended** may also be used when an analyst has left the firm.

[1] This rating is only utilised by Stifel Canada.

Of the securities we rate, 57% are rated Buy, 1% are rated Speculative Buy, 28% are rated Hold, 2% are rated Sell and 12% are rated Suspended.

Within the last 12 months, Stifel or an affiliate has provided investment banking services for 25%, 8%, 0% and 8% of the companies whose shares are rated Buy (includes Speculative Buy), Hold, Sell and Suspended respectively.

Within the last 12 months, Stifel or an affiliate has provided material services for 42%, 60%, 20%, 23% and 14% of the companies whose shares are rated Buy, Speculative Buy, Hold, Sell and Suspended respectively.

## Additional Disclosures



**Berkeley Lights, Inc.**

Flash Note

**BLI – NASDAQ**

**September 16, 2021**

Life Sciences & Diagnostics

Please visit the Research Page at www.stifel.com for the current research disclosures and respective target price methodology applicable to the companies mentioned in this publication that are within the Stifel coverage universe. For a discussion of risks and changes to target price including basis of valuation or methodology please see our stand-alone company reports and notes for all stocks.

The information contained herein has been prepared from sources believed to be reliable but is not guaranteed by us and is not a complete summary or statement of all available data, nor is it considered an offer to buy or sell any securities referred to herein. Opinions expressed are as of the date of this publication and are subject to change without notice. These opinions do not constitute a personal recommendation and do not take into account the particular investment objectives, financial situation or needs of individual investors. Employees of Stifel, or its affiliates may, at times, release written or oral commentary, technical analysis or trading strategies that differ from the opinions expressed within. Stifel or any of its affiliates may have positions in the securities mentioned and may make purchases or sales of such securities from time to time in the open market or otherwise and may sell to or buy from customers such securities on a principal basis; such transactions may be contrary to recommendations in this report. Past performance should not and cannot be viewed as an indicator of future performance. Unless otherwise noted, the financial instruments mentioned in this report are priced as of market close on the previous trading day and presumed performance is calculated always over the next 12 months.

As a multi-disciplined financial services firm, Stifel regularly seeks investment banking assignments and compensation from issuers for services including, but not limited to, acting as an underwriter in an offering or financial advisor in a merger or acquisition, or serving as a placement agent in private transactions.

**Affiliate Disclosures**

References to "**Stifel**" (collectively "Stifel") refer to SFC and other associated affiliated subsidiaries including (i) Stifel, Nicolaus & Company, Incorporated ("**SNC**"); (ii) Keefe, Bruyette & Woods, Incorporated ("**KBWI**"), which are both U.S. broker-dealers registered with the United States Securities and Exchange Commission ("**SEC**") and members of the Financial Industry National Regulatory Authority ("**FINRA**"), respectively; (iii) Stifel Nicolaus Canada, Incorporated. ("**Stifel Canada**"), which is authorised and regulated by Investment Industry Regulatory Organization of Canada ("**IIROC**"), and also trades under the names "**Stifel GMP**" and/or "**Stifel FirstEnergy**"; (iv) Stifel Nicolaus Europe Limited ("**SNEL**"), which is authorised and regulated by the Financial Conduct Authority ("**FCA**") (FRN 190412) and is a member of the London Stock Exchange and also trades under the name Keefe, Bruyette & Woods Europe ("**KBW Europe**"); and (v) Stifel Europe Bank AG ("**SEBA**"), which is regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin") and is a member of Deutsche Boerse and SIX Swiss Exchange and (vi) Stifel Schweiz AG ("**STSA**"), which is representative of SEBA in Switzerland and regulated by the Eidgenössische Finanzmarktaufsicht ("**FINMA**"). SNEL, SEBA and STSA are collectively referred to as **Stifel Europe**.

**Registration of non-US Analysts:** Any non-US research analyst employed by Stifel contributing to this report is not registered/qualified as a research analyst with FINRA and is not an associated person of the US broker-dealer and therefore may not be subject to FINRA Rule 2241 restrictions on communications with a subject company, public appearances, and trading securities held by a research analyst account.

**Global Research Notes:** Stifel Global Research (Cross-Border Research) notes are intended for use only by Institutional or Professional Clients. Research analysts contributing content to these reports are subject to different regulatory requirements based on the jurisdiction in which they operate. Clients seeking additional information should contact the Stifel entity through which they conduct business.

**SEBA & STSA Sponsored research:** At SEBA & STSA, analysts may produce issuer paid research ('sponsored research'). This research is produced by analysts in accordance with local regulatory requirements relating to such research. In certain jurisdictions, this issuer paid research may be deemed to be independent research albeit not produced to the same conflicts of interest standards required by all jurisdictions for independent research. Where research has been paid for by an issuer, this will be clearly labelled. Please see our European Policy for Managing Research Conflicts of Interest for additional information.

**Country Specific and Jurisdictional Disclosures**

**United States:** Research produced and distributed by Stifel Europe is distributed by Stifel Europe to "Major US Institutional Investors" as defined in Rule 15a-6 under the US Securities Exchange Act of 1934, as amended. SNC may also distribute research prepared by Stifel Europe directly to US clients, including US clients that are not Major US Institutional Investors. In these instances, SNC accepts responsibility for the content. Stifel Europe is a non-US broker-dealer and accordingly, any transaction by a US client in the securities discussed in the document must be effected by SNC. US clients wishing to place an order should contact their SNC representative.

**UK:** This report is distributed in the UK by SNEL, which is authorised and regulated by the Financial Conduct Authority (FCA). In these instances, SNEL accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined by the FCA.

**European Economic Area (EEA)**: This report is distributed in the EEA by SEBA, which is authorized and regulated by the German Federal Financial Supervisory Authority (Bundesanstalt für Finanzdienstleistungsaufsicht; "BaFin"). In these instances, SEBA accepts responsibility for the content. Research produced by Stifel Europe is not intended for use by and should not be made available to retail clients as defined under MiFID II.

The complete preceding 12-month recommendations history related to recommendation(s) in this research report is available at https://stifel2.bluematrix.com/sellside/MAR.action



**Australia:** Research produced by Stifel is distributed by SNEL under the Australian Securities and Investments Commission ("ASIC") Class Order [CO 03/1099] exemption from the requirement to hold an Australian Financial Services Licence ("AFSL"). This research may only be distributed to a "Wholesale Client" within the meaning of section 761G of the Corporations Act 2001 (Cth).

**Brunei:** This document has not been delivered to, registered with or approved by the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance or the Autoriti Monetari Brunei Darussalam. This document and the information contained within will not be registered with any relevant Brunei Authorities under the relevant securities laws of Brunei Darussalam. The interests in the document have not been and will not be offered, transferred, delivered or sold in or from any part of Brunei Darussalam. This document and the information contained within is strictly private and confidential and is being distributed to a limited number of accredited investors, expert investors and institutional investors under the Securities Markets Order, 2013 ("Relevant Persons") upon their request and confirmation that they fully understand that neither the document nor the information contained within have been approved or licensed by or registered with the Brunei Darussalam Registrar of Companies, Registrar of International Business Companies, the Brunei Darussalam Ministry of Finance, the Autoriti Monetari Brunei Darussalam or any other relevant governmental agencies within Brunei Darussalam. This document and the information contained within must not be acted on or relied on by persons who are not Relevant Persons. Any investment or investment activity to which the document or information contained within is only available to, and will be engaged in only with Relevant Persons.

**Canadian Distribution:** Research produced by Stifel Europe is distributed in Canada by SNC in reliance on the international dealer exemption. This material is intended for use only by professional or institutional investors. None of the investments or investment services mentioned or described herein is available to other persons or to anyone in Canada who is not a "permitted client" as defined under applicable Canadian securities laws.

**Republic of South Africa:** Research produced by Stifel is distributed by SNEL to "Clients" as defined in FSCA FAIS Notice 20 of 2018 (the "FAIS Notice") issued by the Financial Services Conduct Authority. Research distributed by SNEL is pursuant to an exemption from the licensing requirements under Section 7(1) of the Financial Advisory and Intermediary Services Act, 2002.

In jurisdictions where Stifel is not already licensed or registered to trade securities, transactions will only be affected in accordance with local securities legislation which will vary from jurisdiction to jurisdiction and may require that a transaction is carried out in accordance with applicable exemptions from registration and licensing requirements. Non-US customers wishing to effect transactions should contact a representative of the Stifel entity in their regional jurisdiction except where governing law permits otherwise. US customers wishing to effect transactions should contact their US salesperson.

The securities discussed in this report may not be available for sale in all jurisdictions and may have adverse tax implications for investors. Clients are advised to speak with their legal or tax advisor prior to making an investment decision.

The recommendation contained in this report was produced at 16 September 2021 20:35EDT and disseminated at 16 September 2021 20:35EDT.

**Additional Information Is Available Upon Request**

© 2021 Stifel. This report is produced for the use of Stifel customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Stifel.

