# EXHIBIT 28

**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

# Berkeley Lights, Inc.
# (BLI, Buy, $65 PT)

"Time Is Money". We are Buyers on weakness following significant recent volatility in the stock. We reiterate our Buy rating and $65 PT

**WHAT YOU SHOULD KNOW:** Shares of BLI plunged ~19% yesterday and are down 26% again today following a short report which claimed to interview 14 BLI users. Coincidentally, we recently (June 2021) interviewed 3 of the exact same large BLI users, and the tone and substance of our conversations with the same users were starkly different. We spoke with management this morning who affirmed our thinking that the claims in the short report are not accurate, and the small amount of truth emanated from some technical issues the company encountered (and resolved) ~2-3 years ago. In this note, we include the content of three of the four interviews we conducted in June 2021 which unveil positive customer testimonials. Our customer checks unveiled that BLI provides *major* time savings (in months) to the world's largest biopharma companies which, in our view, more than justifies the $2M pricetag for the BLI Beacon system, given user testimonials that "time is money". We would buy on the weakness, and we reiterate our Buy rating and $65 PT on BLI.

- **Our customer diligence unveiled strong customer feedback**. In June 2021, we interviewed four of BLI's largest users. All four of the large users we interviewed touted material positives as a result of using BLI.

- **Amgen**. We interviewed a lead at Amgen (AMGN, Not Rated) in July 2021. While some may be concerned of a strained relationship, our interviews uncovered that with BLI, he cited "extremely stable clinical manufacturing"; "high-quality cell lines"; cited the Beacon as a "turnkey solution", and finds 3-5x as many sequences than before. It's also worth hearing it directly from AMGN's own testimonial.

- **Ginkgo**. We interviewed a key executive at Ginkgo Bioworks (DNA, Not Rated) in July 2021. In short, we learned that the work between Ginkgo and BLI is "moving along" on workflow development and is positive. We also note there are large contractual minimums which protect BLI. BLI is planning to deliver synthetic biology workflows to Ginkgo in the coming months.

- **Strong growth continues at BLI**. There may be concern that BLI is not winning much new business. This is inconsistent with the fact that BLI recently signed large new deals with Bayer (BAYN.DE, Not Rated) for a novel venture into agriculture and Thermo Fisher (TMO, Buy, $610 PT, Sung Ji Nam) for viral vector workflow development, which total $30M of deals. We also learned after speaking with management that an initial challenge with Bayer occurred three years ago, and the recent contract win affirms good-standing between the two parties.

- **We reiterate our 2021 revenue estimate of $92M.** There may be concern that BLI could miss Q3 and Q4 and lower its '21 revenue guide of $90-100M (+40-56% Y/Y). Some note that revenue has been flat over the last four quarters. While that is partially true (BLI saw a big pickup in Q4/20), (1) 2020 revenues were materially impacted by COVID; and (2) 1H/2021 revenue was ordinarily a lighter mix of revenue for the year. BLI historically drives the majority of their revenue in the second half of *every year*. In 2019, BLI drove a 43%/57% mix between 1H and 2H. In 2020, they drove a 38/62% mix. This year, we model an ordinary 41%/59% mix.

- **Valuation:** Our $65 PT uses a ~33x multiple on our 2023 rev estimate of $157M, discounted back 2 years, using a 10% discount rate and ~67M shares.

September 16, 2021

## Mark Massaro
(212) 527-3564  mmassaro@btig.com

| Company Data | |
|---|---|
| Closing Price | $26.62 |
| Price Target | $65.00 |
| Market Cap (M) | $1,777.97 |
| Enterprise Value (M) | $2,664.90 |
| Shares Out (M) | 66.79 |
| Avg Daily Vol-3 Months (M) | 0.97 |

| Revisions | | |
|---|---|---|
| | Previous | Current |
| Rating | Buy | Buy |
| Price Target | $65.00 | $65.00 |
| FY21E EPS | (0.97) | (0.97) |
| FY22E EPS | (1.03) | (1.03) |
| FY23E EPS | (0.96) | (0.96) |
| FY21E REV | 91.98 | 91.98 |
| FY22E REV | 123.95 | 123.95 |
| FY23E REV | 157.02 | 157.02 |

| EPS (GAAP) | | | |
|---|---|---|---|
| FY Dec | 2021E | 2022E | 2023E |
| Q1 | (0.24)A | (0.28) | (0.28) |
| Q2 | (0.27)A | (0.31) | (0.30) |
| Q3 | (0.25) | (0.24) | (0.21) |
| Q4 | (0.22) | (0.19) | (0.16) |
| **FY EPS** | **(0.97)** | **(1.03)** | **(0.96)** |
| FY P/E | - | - | - |

| Revenue (M) | | | |
|---|---|---|---|
| FY Dec | 2021E | 2022E | 2023E |
| Q1 | 18.63A | 26.00 | 32.86 |
| Q2 | 19.25A | 25.23 | 32.53 |
| Q3 | 23.75 | 33.52 | 42.50 |
| Q4 | 30.35 | 39.20 | 49.13 |
| **FY REV** | **91.98** | **123.95** | **157.02** |
| FY EV/S | 29.0x | 21.5x | 17.0x |
| FY P/S | 19.3x | 14.3x | 11.3x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX    WWW.BTIG.COM



**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

## Investment Thesis

We view Berkeley Lights as a leading digital cell biology company offering a platform that shaves significant time and costs from existing processes to develop products spanning therapeutics, biofuels, nutrition, and fibers. The BLI platform captures deep phenotyping—functional and genotypic information for thousands of single cells in parallel—and can deliver live biology, i.e., "the best cells" that customers seek. BLI's platform functionally screens and recovers individual cells for antibody discovery, cell line development, T cell analysis, and synthetic biology. We size the company's total addressable market at ~$25 billion. We believe BLI can displace a number of fragmented lab methods and consolidate the workflow for the cell-based products market with its Beacon and Lightning platforms. Berkeley Lights's use of single-cell resolution to capture the ideal cell, which is then used to enable manufacturing of precise therapies, is rooted in efficiency and streamlines the process of developing cell-based therapies today. BLI has partnerships with leading entities, including Amgen, Gingko Bioworks, and Vanderbilt University. We believe these partnerships position BLI for success as the growing interest in cell-based products gains traction and visibility. The COVID-19 pandemic has thrust a spotlight on the glaring issue of the significant time and cost necessary to develop a vaccine—to that end, BLI aims for multiple shots on goal via several academic and commercial collaborations.

## Upcoming Catalysts

- Q3/21 earnings call.
- Launch synthetic biology workflow(s) with Ginkgo Bioworks by the end of 2021.
- Expand uptake of its new Opto Assure Workflow.
- Expand uptake of its new Cell Line Development 2.1 (launched Q2/21).
- Advance development of viral vector (manufacturing) cell lines (2022-2023E).
- Complete launch of second lab (mini BioFoundry) OUS with launch in EMEA by mid-2021.

## Base Case Assumptions: **$65 Price Target**

- BLI continues to expand its global installed base over the next several years.
- BLI continues to innovate and deploy new workflows to its customers.
- We expect double-digit organic revenue growth in 2021, 2022, and 2023.
- We expect no meaningful adverse event from its litigation with AbCellera.

## Upside Scenario

- Earnings beats and/or guidance above Street expectations.
- BLI secures new partnerships and announces new workflows.
- Meaningful revenue contribution from various collaborations over time.
- BLI achieves most/all remaining milestone payments from Ginkgo Bioworks.
- BLI obtains milestone payments from other collaborations/partnerships.

## Downside Scenario

- Earnings misses and/or guidance below Street expectations.
- Zero or few milestone payments from Ginkgo Bioworks or other partners.
- We highlight the risk of an adverse event from BLI's litigation with AbCellera; however, we don't view this as a high-probability risk event.

## Price Performance



BLI
S&P 500 (rebased)
Source: FactSet

## Company Description

Berkeley Lights is a California-based company operating at the intersection of bioscience, technology, and information. The BLI platform accelerates the use of cell-based products using automation, optimized workflows, software, consumables, and assay reagents. BLI ultimately enables cell-by-cell selection & manipulation to empower development, antibody discovery, and engineering for personalized therapies. The addressable markets of cell-based products are massive and span pharma, new and sustainable foods, agriculture, and industrial materials. The company was founded in 2011 by Igor Khandros, William Davidow, and Ming Wu.



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

**Is synthetic biology useless? Of course not.** Some investors may look at Zymergen's (ZY, Not Rated) recent 72% dip as an indicator that the entire synthetic biology space is not real. We think that is far from true. We don't believe ZY's recent fall is relevant to BLI's business model and note that the plunge in ZY was owed to a product failure, as well as a material change to the company's management team. We also note the success of many other players in the synthetic biology space, such as Ginkgo Bioworks (DNA, Not Rated) and Twist (TWST, Not Rated).

**What about contamination concerns?** We asked management this morning about any concerns around system contamination. Management indicated that "if you don't clean your tool, it will get contaminated". Management talked about how this issue was more of a challenge about three years ago. As customers use the Beacon consistent with how it's supposed to be used according to its training, then contamination does not become an issue. We think this is not much different than the use or care of any machine, including household devices.

**Is there a throughput limitation with BLI?** No. Some have speculated that BLI can't screen enough cells. This point is starkly different from our interviews which unveiled that BLI is used to screen thousands to "tens of thousands" of cells.

**Installed base.** Some have speculated that BLI Beacon instrument placements max out at 5-10 machines per company, but we argue that is a function of the Beacon's high throughput. Indeed, the Beacon is a relatively large and premium priced instrument, however, customers get what they pay for and have no need to place over 10 instruments if 1-2 suffices. In regards to the price, one of the scientists we spoke with at a top 10 global pharma company noted that the use of Berkeley Lights "**enables at least a 100-fold productivity enhancement**"; we believe pharma companies will view the investment as well worth it.

**Competitive landscape: BLI sits in a unique and untapped niche.** Some speculate that BLI's TAM may be "saturated", but to our knowledge BLI has very few competitors, save for AbCellera and IsoPlexis, which we discussed here. A KOL we spoke with from a top 10 pharma company indicated that he has prior experience with AbCellera and its key selling point is their Celium software. Their platform is based on microfluidics, leveraging magnetic beads, and a similar workflow to BLI (sans the partitioning component). He noted that AbCellera competes with BLI in antibody discovery, as they are "using Celium to do bioinformatics and reconstruct antibodies using clone lineages, which is advanced in antibody discovery." However, he indicated that **BLI has the added advantage of offering workflows outside of antibody discovery, including their Cell Culture station, cell line development, and synthetic biology offerings** (*E. coli* represents a notable modality, as there is a lot of ongoing drug discovery work in synthetic biology).

- Ginkgo Bioworks indicated to us that they believe that the BLI Beacon, as well as technology from 10x Genomics (TXG, Not Rated) address partially overlapping sets of applications and each has strengths and weaknesses. **Ginkgo noted that BLI's Beacon has considerable advantages over TXG that work on its workflows that are focused on measuring cell phenotypes (e.g., the ability to run complex assays and monitor results in real time).** Ginkgo noted that "if I want to look at 10,000 cells at the same time, I need 10,000 tubes."

- Another KOL similarly at a top 10 pharma company used competitor IsoPlexis' technology off-label as a single-cell profiling companion diagnostic to avoid cytokine release syndrome, and doesn't view IsoPlexis as a competitor to BLI because they reside further downstream in the workflow, for healthcare providers. He stated that customizing IsoPlexis is difficult and that it is used in practice more for clinical research. He indicated that as far as regulatory approvals, **BLI offers an advantage in that, "You can bring in microenvironment tumor data to establish mechanism of action; for the cell therapy space, the mechanism is important for visualization. AbCellera is not doing that."** However, he stated that AbCellera conducts the full value chain by helping to accomplish the scaling up of antibodies and leading the optimization component, whereas BLI covers an earlier development-geared part of the workflow.

**BLI's addressable markets have several key tailwinds.** First, at the macro level, there is increasing demand for cell-based products, due to the increasing popularity for gene editing or a specific immune response, which requires functional validation. Secondly, pharma is working to discover antibodies against hard-to-hit targets or other complex therapeutic modalities (bi, tri, or multispecifics for cell-based therapies, accompanied by increasing complexity of cell-based products). With growing product complexity, manufacturing complexity is also heightened, with workflows being executed at a higher frequency and increasing demand for products. New therapeutic modalities require precise and multifunctional assays. Finally, BLI can be used to help develop patient-specific, autologous cell therapies that are custom manufactured for each patient. **To date, there are two FDA-approved autologous T cell therapies for cancer, but hundreds of clinical trials are underway, indicating a burgeoning pipeline and plenty of room for penetration.**

**Differentiators from flow cytometry.** A previously mentioned KOL indicated to us that with traditional flow cytometry, "you can't visualize separation or reporting. The channel will separate cells based on fluorescence, and to go from that point and sequence



mRNA/each B cell will be very difficult." He opined that trying to get cells in a single-cell format is not easy, as you would need to partition and serially dilute many times (cells like to group together in clusters, and isolating just one is difficult). He asserted that BLI is able to take population level B cells to individual B cells within 30 minutes with a high accuracy and titer. To sum it up, he asserted that, **"BLI imparts speed—you don't need to clone, screen colonies, or grow cell culture."** Another KOL further opined that **FACS is like a "black box; it's not clear how the cells are partitioned"** and that the fluorescent labeling process of FACS could alter end results, although "fluorescence labeling is generally thought to be something you can't avoid in a FACS system." The advantage BLI has over FACS is that they're moving a large volume of cells forward simultaneously, whereas flow cytometry is one cell after the other through a channel and therefore much slower. BLI also requires minimal hands-on time over FACS.

The KOL also asserted that his prior enzyme evolution screening method would take 1-2 years to finish with FACS, but now with BLI it takes ~4 months. He stated that, "Cell therapy development is where I can only use Berkeley Lights for function to genotype linkage, producing thousands of cell therapy clones and trying them out in functions. **Only a chip technology can do this in a high-throughput fashion.**" BLI's technology is "like playing a movie", whereas with FACS technology, "the partitioning is not visualized, you can't see what's going on." In his view, "BLI is the true single-cell format, and 96-well plates don't capture one single cell and crank out the method if you have nothing to start with. BLI is higher value, but more expensive." Ultimately, he concluded, "**FACS will manipulate cells (via modification by staining with dyes and labels for reporting purposes), and BLI will enable you to not manipulate cells**," and that BLI is "great to develop a method for discovery since it's agnostic, and you can intervene at any point if you want to use visualization."

**Proprietary OptoSelect technology is highly differentiated and novel.** We note that one of the KOLs we spoke with opined on the BLI NanoPen: "Those individual pens are like individual assays. It's easy to see why that would have huge long-term potential." Since each OptoSelect chip contains thousands of NanoPen chambers, there's significantly more capacity than a traditional well plate. NanoPen chambers also allow for isolation of single cells, which is impossible to do in legacy workflows (which instead provide the scientist with a variety of cells, each performing at different levels). Current methods that can characterize larger numbers of cells lack the level of precision or resolution required without functional validation of that cell. Overall, Berkeley Lights's use of single-cell resolution to capture the ideal cell, which is then used to enable manufacturing of precise therapies, is rooted in efficiency and streamlines the process of developing cell-based therapies today.

**Recent announcement of significant partnerships with industry leaders.** We also highlight that BLI signed big new deals with Bayer (BAYN.DE, Not Rated) for a novel venture into agriculture and Thermo Fisher (TMO, Buy, $610 PT, Sung Ji Nam) for viral vector workflow development. Bayer and TMO mark an incremental ~$30M revenue opportunity, importantly with additional potential of product milestones as upside. We discuss the partnerships in our recent note here.

**Supporting publications and academic partnerships.** We note that Berkeley Lights is published in *Nature*. BLI's platform was used in this study to isolate human monoclonal antibodies (mAbs) against the SARS-CoV-2 spike (S) protein. The mAbs were further segmented into five principal classes based on their response to subdomains of the S protein and their cross-reactivity to SARS-CoV-2. These mAbs were demonstrated to inhibit the SARS-CoV-2 virus via recognition of the receptor-binding domain of S. BLI's platform makes various appearances over the course of the study, starting off with the loading of cultured B cells on a Beacon instrument for functional screening. This was followed by reverse transcription of PCR and expression in a Chinese hamster ovary (CHO) cells via transient transfection (a method of temporarily editing the recipient genome). The remaining cells were loaded onto a Beacon and antigen reactivity of the secreted antibodies was subsequently measured, selecting out for antigen-reactive B-cells, netting a total of 78 antigen-reactive mAbs. Two of those mAbs blocked ACE2 binding (human cell receptor) to the SARS-CoV-2 receptor binding domain, representing a blocking mechanism against COVID-19 infection. Purified B cell samples were then imported onto OptoSelect chips and then into NanoPens to preserve their viability. Additionally, post-export from the Beacon instrument, antibody sequences for B cells secreting target antibodies were amplified and recovered via use of the Opto Plasma B Discovery Kit.

We also highlight BLI's academic partnership with Vanderbilt. In a collaboration with Professor James Crowe at Vanderbilt, **BLI found hundreds of antibody therapeutic candidates, which were subsequently funneled to AstraZeneca (AZN, Not Rated).** Two of the selected antibodies (part of a long acting antibody body combination) are part of two of AstraZeneca's Phase III clinical trials. Further details found here.

**Brief recap on BLI technology and offerings.** The Berkeley Lights platform delivers cell processing and deep profiling to provide information about cell function, which can eventually be leveraged to manufacture a variety of cell-based products. The platform's flagship instrument, The Beacon, analyzes live cells using proprietary consumables and workflow software to produce ample single-cell data—first, by characterizing the performance of cells relevant to the desired cell-based product, and then, by linking this phenotypic data to the genetic code for each cell. BLI enables its customers to find the best cells by performing rapid functional



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

characterization of tens of thousands of single cells in parallel while controlling the environment, accessing a high degree of cell biodiversity, and providing Deep Opto profiling to identify relevant phenotypic characteristics at a single-cell resolution. Using BLI's platform, customers can accelerate their product development cycles, improve process yield, lower costs throughout their value chain, and speed time to revenue from their cell-based products. BLI's platform consists of OptoSelect chips and reagent kits, automation systems (Beacon and Lightning instruments), and advanced application and workflow software. Its platform leverages OptoElectro Positioning (OEP) technology, which enables deterministic positioning of living single cells and micro-objects using light. OEP allows for a high degree of control over live single cells or other micro-objects throughout the functional characterization process. Customers load their live cell samples onto the BLI system, the cells are then imported onto their OptoSelect chips, and integrated workflows are carried out to assess cell functions and attributes.

## Our full interviews conducted at the time of our initiation found below.

### Our recent proprietary interview (June 2021) with Ginkgo Bioworks, a leader in synthetic biology: collaborator and strategic Berkeley Lights user.

We recently interviewed one of the founders of Ginkgo Bioworks who is familiar with its collaboration work with Berkeley Lights. Some of our key takeaways from our meeting include:

**First, some facts about Ginkgo's deal with Berkeley Lights**. As disclosed in Berkeley's public filings, in September 2019, Berkeley Lights and Ginkgo Bioworks entered into a 7-year, $150 million deal (with $109 million guaranteed). Under the terms of the deal, Berkeley Lights is eligible to receive potential development and regulatory milestone payments. Berkeley Lights is eligible to receive up to $11.5 million for each applicable antibody therapeutic product in the event Ginkgo uses a Berkeley Lights Workflow to conduct commercial services for a third party, and that such services result in the discovery of an antibody to be used as the active ingredient in a drug in connection with the development of the antibody therapy.

**Berkeley Lights Beacon installations at Ginkgo**. Ginkgo Bioworks, based in Boston's Seaport district, currently has 2 Berkeley Beacon instruments installed in its facilities and is planning to install a third Beacon soon. Ginkgo also indicated that they hope to have many more in the future. Ginkgo noted that the Beacon has the potential to become a core measurement system housed in its foundry.

**Berkeley Lights Workflows at Ginkgo**. Ginkgo noted that they are using Berkeley's pre-configured antibody discovery workflows, which was new to us. What we think is more broadly known is that Ginkgo and Berkeley are working collaboratively to develop "synthetic biology specific" workflows unique to Ginkgo's needs. This is not one workflow, but rather a series of workflows.

**More detail about the Syn Bio Workflows.** While we expect to learn much more detail over time about the workflows Berkeley co-develops with Ginkgo, Ginkgo indicated to us that they are looking to expand workflows into newer categories like yeast and bacteria (specifically, *E. coli*). Ginkgo noted that yeast and *E. coli* represent important categories and can become robust manufacturing platforms.

**Competitive systems to the Beacon?** Berkeley Lights is often asked what their instrument platforms compete with. We asked Ginkgo's founder this question, who indicated that the Beacon essentially competes against other robotic workcells incorporating liquid-handling and analytical instruments. Ginkgo indicated that they believe that the Beacon, as well as technology from 10x Genomics (TXG, Not Rated) address partially overlapping sets of applications and each has strengths and weaknesses. Ginkgo noted that BLI's Beacon has considerable advantages that work on its workflows that are focused on measuring cell phenotypes (e.g., the ability to run complex assays and monitor results in real time).

**What is Ginkgo's view of Berkeley Lights?** We would characterize the relationship between Ginkgo and Berkeley Lights as "quite good." Ginkgo talked at length about the benefits of the Berkeley Lights Platforms. Specifically, Ginkgo noted that BLI's platforms help them pick the top 100 to 200 "top-performing" cells from an initial pool of either a thousand or ten thousand cells, which it then exports off the Berkeley Opto Select Chip and then "squirts" those cells onto a 96-well plate. Ginkgo noted that BLI's platform enables them to look at live, individual cells and have hands-on engagement with the cells, which obviously are very small and typically very hard to see and touch.

**Up to Ten Thousand Cells In, and ~100-200 of the Best Cells come out.** Ginkgo indicated that they generally start with a tube of 1,000 or 10,000 cells and then load that "pool" onto a Beacon instrument. The Beacon then grabs those cells from the pool and measures the performance of those cells in real-time. As noted above, Beacon then picks the top 100-200 top performing cells, which then enables the customer to export those cells off the Berkeley Opto Select Chip and then load the top performing cells onto a 96-well plate. Essentially, a mixed pool of 1 to 10 thousand cells go in, and the top 100-200 cells come out.

**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

**Ginkgo's Process / Workflow with a Berkeley Lights Beacon**. Ginkgo indicated that collecting datasets that build the expertise to reduce the amount of work in the future is important. Today, this is often done empirically with a lot of trial and error. Ginkgo noted there are 3 key steps:

(1) Come up with designs;

(2) Take the DNA sequences coming out of that design step and then put them into cells (i.e., make the right edits to the genes); and

(3) Measure how those cells are performing.

"**Beacon is a way to miniaturize experiments in an automated way and measure cell phenotypes in new ways**." Ginkgo noted that "if I want to look at 10,000 cells at the same time, I need 10,000 tubes. So when we have tens of thousands of designs contained into a library, that is a huge help."

"**For us, the Beacon is a tube with 10,000 cells that we've been able to process very efficiently**—we load the pool onto the Beacon—it grabs individual cells in the pool, then they go into NanoPens on the chip (BLI Opto Select Chip), where they grow and measure the performance of the cell in real time on the chip, and then it picks the top 100-200 performing cells, which we export, and then we do a more in-depth analysis."

## We interviewed a top 10 global pharma company scientist who uses multiple Berkeley Lights products (June 2021):

We recently interviewed a senior scientist at a top 10 pharma company who uses Berkeley. Some of our key takeaways from our meeting include:

**One of each**. The pharma scientist key opinion leader (KOL) we interviewed has adopted one Berkeley Lights Beacon instrument, one Berkeley Lights Lightning instrument, and one Berkeley Lights Culture Station.

**Cell Line Development - from 3 months to 1 week**. The KOL we interviewed indicated that Berkeley Lights's cell line development workflow is a "very, very big deal." He indicated that when using traditional plate/well-based workflow for cell line development, this would take ~3 months or more. With Berkeley Lights, this now takes maybe one week. He noted that the reduced workflow is a game-changer.

**Antibody discovery work-time savings in months.** He noted that, "If you're looking for high-throughput antibody discovery, Berkeley Lights is excellent. Anyone can easily shave off 3, 4, 5 or 6 months off your antibody discovery workflow."

**100x enhancement**. He noted that the use of Berkeley Lights enables at least a 100-fold productivity enhancement.

**The rise of digital biology.** The KOL noted that there has been a sudden move to understand digital biology. He noted, "I'm in the discovery space, but one of the things I need to do is understand how this potential aligns with high-throughput discovery. There is more speed, lots of samples to analyze, and we need to learn how to use and translate this."

**The user explained how the Beacon works, and touted its ease of use.** He indicated, "You have a chip, it's like a credit card. Then there is a glass enclosure. You look through the glass. You see these narrow lines, which will lead into thousands of miniscule pens (NanoPens). Then, using the chip, you pipette in your sample, it then flows into those channels individually, into those miniscule pens, and that's how you use the chip. Then a light shines through it. The light will guide or escort the cells into the individual pens. What is happening is, instead of working in a lab, the chip and light technology is like a NanoString lab. Those individual pens are like individual assays. It's easy to see why you'll have huge long-term potential."

**A much shortened workflow process**—**time is money**. Under older methods, the KOL indicated that he would need to isolate B cells, sequence them, take that sequence, clone it, carry out those assays, and that's how he'd get his functional leads. That process would take about 6 months. With the Berkeley Beacon, his workflow is shortened significantly. The KOL also noted that hiring scientists skilled to perform those functions is a challenge. Further, some of these scientists leave for other opportunities; thus, when turnover occurs, timelines can slip even further. Berkeley automates a lot of processes and helps researchers hit or beat their timelines.

**Berkeley Lights enables molecular biologists and immunologists to go work on other high-value work**. The KOL does not envision BLI reducing full-time equivalents (FTEs) or scientists in a lab, but rather freeing up talent to go work on other "high-value" projects.

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

**The KOL cited four barriers / challenges / alternatives to Berkeley Lights, as follows:**

**(1) Incumbency bias**. His view is that some people will ask if Berkeley Lights is "even for real" given its ultra-high plexing / throughput capabilities.

**(2) Competition from other companies or other technologies** (using transgenic animals). He noted he sees BLI's competition from alternative players like AbCellera Biologics Inc. (ABCL, Not Rated) and IsoPlexis (Private). The KOL noted that "AbCellera has an AI-based software—what they essentially do is they immunize and do single-cell sequencing, using their Celium visualization software—after looking at 500,000 antibodies."

**(3) Regulatory Compliance.** He noted the need to balance early-stage discovery with late-stage regulatory impact (and scalability);

**(4) Intellectual Property** (see next paragraph);

**Intellectual property and any tradeoff between the benefits of using digital cell biology and any financial tradeoffs (i.e., royalties)**. The KOL expanded on his view of intellectual property. He noted that, "If you're using this fancy Optofluidic platform to discover the pharma ingredient (the antibody), you are discovering a cell line that will be in use for 25 years." He speculated on the IP surrounding the antibody: "When pharma companies have marketed drugs, there are multiple patents (like, say, 50 of them) protecting every aspect. The question is—to what extent does BLI have a stake in the intellectual property of the pharma? Pharma may have to part with some royalty stream."

**The KOL noted that BLI is strategically focused on biologics and/or antibody discovery and cell line development**, which he estimated is approximately 20% of the therapeutics market opportunity today (versus small molecule, antibiotics, and allergy, which make up 70% of the market) and 10% is still "niche"; i.e., in gene and cell therapy. He noted that he expects biologics to double to 40% of the market in five years, thus making the point that BLI is positioning itself in the segment of the market that most expect to double over the next five years or so. That said, they are not ignoring cell and gene therapy, which in our view represents another "shot on goal" for BLI.

* He indicated that they also have the "Opto Cell Therapy Development Workflow"—essentially, they do a very similar thing for B cells. From a repertoire of B cells, they find the best B cells. He also noted the Opto Cell Therapy Workflow, which profiles functional T cells from individual patients.

* As it relates to BLI's differentiation, he commented that they are doing this at the single-cell level, which, he noted, "This is profound stuff now."

* When using the Beacon, he said, "It's very easy to use. Essentially you place your sample into a NanoPen, then into the chip, and then 'boom, boom, boom'."

* He noted that, "What Berkeley Lights allows you to do is very high throughput, with high multiplexing—what's not to like, really?"

* He noted, "The name of the game is to multiplex. This means that the same molecule can be run in multiple different assays."

* Furthermore, he also noted BLI's ability to run sequential assays: "The ability to multiplex and run sequentially is a big deal." Plus, he cited very minimal hands-on time.

## We interviewed a scientist at a top 10 pharma company who has extensive experience with Berkeley Lights and other cell partitioning players (June 2021):

**Background.** The KOL we interviewed has experience at two different top 10 pharma companies and stated that he would use Beacon in core labs and the relatively newer Lightning instrument for development in order to keep utility rates high and conserve resources. He indicated that he presently has 1 Beacon in his facility, operating on a reagent rental basis, with intent to purchase at some point. He indicated that he used the Beacon on enzymes specifically to optimize and develop cell lines and his current focus is in raw materials production. He uses BLI for the initial transcription of mRNA and views the BLI platform as a "relatively robust and simple system." He indicated that the enzyme he's deploying is jointly derived from *E. coli* and a mammalian cell line for the purposes of raw material manufacturing, with no involvement of cells during the workflow as they leverage an in-vitro transcriptome. Essentially, plasma DNA serves as the template, and the enzyme produces mRNA from that template.

He indicated that he has prior experience with hybridoma cell lines (fusion B cells and myeloma cells), which are very complex and require single B cell technology to manage; i.e., each B cell is monoclonal and antibodies derived from that specific B cell are going to have the same sequence. He asserted, "If you're able to partition them into a single-cell format and visualize that



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

process, you can ensure that all cells are derived from that B cell." The antibody sequence and cell lineage are key, and BLI helps characterize those factors. He also stated that BLI's fluorescence technology enables quick visualization, and one is able to easily reproduce the target antibody sequence and subsequently enable scale-up.

**Speed advantage relative to older methods.** He indicated that with traditional flow cytometry, "You can't visualize separation or reporting. The channel will separate cells based on fluorescence, and to go from that point and sequence mRNA/each B cell will be very difficult." He opined that trying to get cells in a single-cell format is not easy, as you would need to partition and serially dilute many times (cells like to group together in clusters, and isolating just one is difficult). He asserted that BLI is able to take population level B cells to individual B cells within 30 minutes with a high accuracy and titer. To sum it up, he asserted that, "BLI imparts speed—you don't need to clone, screen colonies, or grow cell culture." He opined, "If you know what sequence you want, but you want to see which *E. coli* cell can productively and predictably scale up production, to make large quantities in an affordable way, *E. coli* is the way to go. That's why BLI is used."

**From 1-2 years, down to 4 months**. He asserted that his prior enzyme evolution screening method would take 1-2 years to finish with FACS, but now with BLI it takes ~4 months. He stated that, "Cell therapy development is where I can only use Berkeley Lights for function to genotype linkage, producing thousands of cell therapy clones and trying them out in functions. Only a chip technology can do this in a high-throughput fashion."

**BLI vs. FACS - Visualization benefits - BLI's technology is "like playing a movie",** whereas with FACS technology, "the partitioning is not visualized, you can't see what's going on." However, he did state that BLI's chips are not cheap, and that Becton Dickinson's (BD, Not Rated) consumables (used with their FACS platforms) are relatively inexpensive; thus, running a FACS workflow 20 times without a formulated method is viable because of that lower price point. However, in his view, "BLI is the true single-cell format, and 96-well plates don't capture one single cell and crank out the method if you have nothing to start with. BLI is higher value, but more expensive." Ultimately, he concluded, "FACS will manipulate cells (via modification by staining with dyes and labels for reporting purposes), and BLI will enable you to not manipulate cells," and that BLI is "great to develop a method for discovery since it's agnostic, and you can intervene at any point if you want to use visualization."

**Competitive landscape - AbCellera?** He indicated that he has prior experience with AbCellera and its key selling point is their Celium software. Their platform is based on microfluidics, leveraging magnetic beads, and a similar workflow to BLI (sans the partitioning component). He noted that AbCellera competes with BLI in antibody discovery, as they are "using Celium to do bioinformatics and reconstruct antibodies using clone lineages, which is advanced in antibody discovery." However, he indicated that BLI has the added advantage of offering workflows outside of antibody discovery, including their Cell Culture station, cell line development, and synthetic biology offerings (*E. coli* represents a notable modality, as there is a lot of ongoing drug discovery work in synthetic biology).

**Competitive environment - FACS?** He opined that FACS is like a "black box; it's not clear how the cells are partitioned" and that the fluorescent labeling process of FACS could alter end results, although "fluorescence labeling is generally thought to be something you can't avoid in a FACS system." The advantage BLI has over FACS is that they're moving a large volume of cells forward simultaneously, whereas flow cytometry is one cell after the other through a channel and therefore much slower. He indicated that he has several BD FACSMelody instruments that he uses to supplement his BLI Beacon.

**Competitive environment - AbCellera and IsoPlexis?** - he has used IsoPlexis' technology off-label as a single-cell profiling companion diagnostic to avoid cytokine release syndrome, and doesn't view IsoPlexis as a competitor to BLI because they reside further downstream in the workflow, for healthcare providers. He stated that customizing IsoPlexis is difficult and that it is used in practice more for clinical research. He indicated that as far as regulatory approvals, BLI offers an advantage in that, "You can bring in microenvironment tumor data to establish mechanism of action; for the cell therapy space, the mechanism is important for visualization. AbCellera is not doing that." However, he stated that AbCellera conducts the full value chain by helping to accomplish the scaling up of antibodies and leading the optimization component, whereas BLI covers an earlier development-geared part of the workflow.

*He indicated that he works with multiple CDMOs like Switzerland-based Lonza Group (LONN.SW, Not Rated) and Catalent (CTLT, Not Rated) in order to remain cost-effective and optimize the enzyme for cell line production.

*Milestone payments/royalties: He also asserted as an advantage that BLI does not enforce a royalty payment, whereas with AbCellera, the pharma company must pay AbCellera royalties if they end up commercializing the product. For BLI, he indicated that each milestone, defined by a timeline for delivery, comes with a payment (in lieu of a 10-year contract, you're more likely to see a study-based contract defined by 3-4 milestones).

BTIG

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

*He also stated that, in terms of cost savings, one would see an inflection point 3-4 years post-implementation. He stated that the upfront capital expense lumped with consumables cost might total ~$3M in the first year, with an additional $1M in consumables expenses thereafter.



**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

Mark Massaro

## Berkeley Lights

| Income Statement | 2019 | Q1 | Q2 | Q3 | Q4 | 2020 | Q1 | Q2 | Q3E | Q4E | 2021E | Q1E | Q2E | Q3E | Q4E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue ($000s) | $56,694 | $13,778 | $10,569 | $18,208 | $21,700 | $64,254 | $18,628 | $19,250 | $23,750 | $30,350 | $91,978 | $26,000 | $25,230 | $33,520 | $39,200 | $123,950 | $157,020 |
| COGS (cost of sales) | $13,217 | $3,799 | $3,607 | $5,400 | $6,942 | $19,748 | $6,177 | $6,522 | $8,000 | $10,000 | $30,699 | $8,300 | $8,600 | $10,800 | $12,000 | $39,700 | $48,350 |
| Gross Profit | $43,477 | $9,979 | $6,962 | $12,808 | $14,758 | $44,506 | $12,451 | $12,728 | $15,750 | $20,350 | $61,279 | $17,700 | $16,630 | $22,720 | $27,200 | $84,250 | $108,670 |
| | | | | | | | | | | | | | | | | | |
| R&D Expense | $38,414 | $10,976 | $11,843 | $10,421 | $14,000 | $47,240 | $13,027 | $13,535 | $15,000 | $16,000 | $57,562 | $16,000 | $16,500 | $17,000 | $17,500 | $67,000 | $72,500 |
| G&A Expense | $12,362 | $3,997 | $4,193 | $7,229 | $7,783 | $23,202 | $8,967 | $11,725 | $11,000 | $11,500 | $43,192 | $12,000 | $12,500 | $12,500 | $13,000 | $50,000 | $57,000 |
| S&M Expense | $9,237 | $3,234 | $3,076 | $3,341 | $4,856 | $14,507 | $5,606 | $5,317 | $6,000 | $7,000 | $23,923 | $8,000 | $8,500 | $9,000 | $9,500 | $35,000 | $43,000 |
| Total Operating Expenses | $60,013 | $18,207 | $19,112 | $20,991 | $26,639 | $84,949 | $27,600 | $30,577 | $32,000 | $34,500 | $124,677 | $36,000 | $37,500 | $38,500 | $40,000 | $152,000 | $172,500 |
| | | | | | | | | | | | | | | | | | |
| Loss from operations | -$16,536 | -$8,228 | -$12,150 | -$8,183 | -$11,881 | -$40,443 | -$15,149 | -$17,849 | -$16,250 | -$14,150 | -$63,398 | -$18,300 | -$20,870 | -$15,780 | -$12,800 | -$67,750 | -$63,830 |
| | | | | | | | | | | | | | | | | | |
| Interest expense | -$1,425 | -$357 | -$356 | -$361 | -$362 | -$1,436 | -$354 | -$356 | -$370 | -$370 | -$1,450 | -$370 | -$370 | -$370 | -$370 | -$1,480 | -$1,480 |
| Interest income | $909 | $151 | $47 | $51 | $89 | $338 | $66 | $43 | $70 | $75 | $254 | $80 | $85 | $90 | $95 | $350 | $410 |
| Other income (expense) | -$1,180 | $25 | $37 | $10 | $10 | $82 | $19 | $34 | $19 | $23 | $95 | $25 | $30 | $35 | $40 | $130 | $210 |
| Loss before income taxes | -$18,232 | -$8,409 | -$12,422 | -$8,483 | -$12,144 | -$41,459 | -$15,418 | -$18,128 | -$16,531 | -$14,422 | -$64,499 | -$18,565 | -$21,125 | -$16,025 | -$13,035 | -$68,750 | -$64,690 |
| Provision for income taxe | $69 | $16 | $8 | $118 | $32 | $174 | $17 | $26 | $130 | $135 | $308 | $140 | $145 | $150 | $175 | $610 | $860 |
| | | | | | | | | | | | | | | | | | |
| Net loss and net comp. lo | -$18,301 | -$8,425 | -$12,430 | -$8,601 | -$12,176 | -$41,633 | -$15,435 | -$18,154 | -$16,661 | -$14,557 | -$64,807 | -$18,705 | -$21,270 | -$16,175 | -$13,210 | -$69,360 | -$65,550 |
| | | | | | | | | | | | | | | | | | |
| EPS (diluted) | ($6.37) | ($0.80) | ($0.24) | ($0.16) | ($0.19) | ($1.39) | ($0.24) | ($0.27) | ($0.25) | ($0.22) | ($0.97) | ($0.28) | ($0.31) | ($0.24) | ($0.19) | ($1.03) | ($0.96) |
| Diluted Share Count (000 | 2,883 | 10,500 | 52,100 | 53,597 | 64,405 | 45,151 | 65,259 | 66,791 | 66,991 | 67,192 | 66,558 | 67,394 | 67,596 | 67,799 | 68,002 | 67,698 | 68,514 |
| | | | | | | | | | | | | | | | | | |
| Growth % Chg. Y/Y | | | | | | | | | | | | | | | | | |
| Total Revenues | 81% | 9% | -10% | 16% | 31% | 13% | 35% | 82% | 30% | 40% | 43% | 40% | 31% | 41% | 29% | 35% | 27% |
| Gross Profit | 88% | 1% | -27% | 10% | 19% | 2% | 25% | 83% | 23% | 38% | 38% | 42% | 31% | 44% | 34% | 37% | 29% |
| R&D Exp. | 32% | 26% | 23% | 2% | 42% | 23% | 19% | 14% | 44% | 14% | 22% | 23% | 22% | 13% | 9% | 16% | 8% |
| G&A Exp. | 36% | 51% | 36% | 131% | 122% | 88% | 124% | 180% | 52% | 48% | 86% | 34% | 7% | 14% | 13% | 16% | 14% |
| S&M Expense | 51% | 76% | 25% | 27% | 109% | 57% | 73% | 73% | 80% | 44% | 65% | 43% | 60% | 50% | 36% | 46% | 23% |
| Total OPEX | 36% | 38% | 26% | 32% | 70% | 42% | 52% | 60% | 52% | 30% | 47% | 30% | 23% | 20% | 16% | 22% | 13% |
| | | | | | | | | | | | | | | | | | |
| Margin Analysis | | | | | | | | | | | | | | | | | |
| COGS | 23% | 28% | 34% | 30% | 32% | 31% | 33% | 34% | 34% | 33% | 33% | 32% | 34% | 32% | 31% | 32% | 31% |
| Gross Margin | 77% | 72% | 66% | 70% | 68% | 69% | 67% | 66% | 66% | 67% | 67% | 68% | 66% | 68% | 69% | 68% | 69% |
| R&D | 68% | 80% | 112% | 57% | 65% | 74% | 70% | 70% | 63% | 53% | 63% | 62% | 65% | 51% | 45% | 54% | 46% |
| G&A | 22% | 29% | 40% | 40% | 36% | 36% | 48% | 61% | 46% | 38% | 47% | 46% | 50% | 37% | 33% | 40% | 36% |
| S&M | 16% | 23% | 29% | 18% | 22% | 23% | 30% | 28% | 25% | 23% | 26% | 31% | 34% | 27% | 24% | 28% | 27% |
| Total OPEX | 106% | 132% | 181% | 115% | 123% | 132% | 148% | 159% | 135% | 114% | 136% | 138% | 149% | 115% | 102% | 123% | 110% |

Sources: BTIG estimates and company reports



**Mark Massaro**

## Berkeley Lights (BLI)

| Revenue Model ($M) | Q1 | Q2 | Q3 | Q4 | 2019 | Q1 | Q2 | Q3 | Q4 | 2020 | Q1 | Q2 | Q3E | Q4E | 2021E | Q1E | Q2E | Q3E | Q4E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue ($M) | $12.6 | $11.8 | $15.7 | $16.6 | $56.7 | $13.8 | $10.6 | $18.2 | $21.7 | $64.3 | $18.6 | $19.3 | $23.8 | $30.4 | $92.0 | $26.0 | $25.2 | $33.5 | $39.2 | $124.0 | $157.0 |
| Y/Y growth | NA | NA | NA | NA | 81% | 9% | -10% | 16% | 31% | 13% | 35% | 82% | 30% | 40% | 43% | 40% | 31% | 41% | 29% | 35% | 27% |
| Q/Q growth | | -7% | 33% | 6% | | -17% | -23% | 72% | 19% | | -14% | 3% | 23% | 28% | | -14% | -3% | 33% | 17% | | |
| Total Product Revenue ($M) | $9.5 | $7.8 | $13.2 | $12.9 | $43.5 | $10.7 | $9.1 | $14.1 | $17.7 | $51.6 | $13.5 | $13.0 | $18.9 | $24.0 | $69.4 | $18.6 | $17.3 | $25.5 | $30.7 | $92.2 | $116.7 |
| Y/Y growth | - | - | - | - | 90% | 12% | 17% | 7% | 37% | 19% | 27% | 43% | 34% | 35% | 34% | 37% | 33% | 35% | 28% | 33% | 27% |
| Total Service Revenue ($M) | $3.1 | $4.0 | $2.5 | $3.7 | $13.2 | $3.1 | $1.5 | $4.1 | $4.0 | $12.7 | $5.1 | $6.2 | $4.9 | $6.4 | $22.6 | $7.4 | $7.9 | $8.0 | $8.5 | $31.8 | $40.3 |
| Y/Y growth | - | - | - | - | 57% | -1% | -63% | 66% | 9% | -4% | 65% | 326% | 19% | 60% | 79% | 45% | 27% | 63% | 33% | 41% | 27% |
| | | | | | | | | | | | | | | | | | | | | | |
| Direct platform sales (instrument rev + workflow subscrip) | $9.0 | $6.9 | $12.3 | $11.0 | 39.1 | $9.4 | $7.5 | $12.4 | $15.3 | 44.6 | $11.1 | $11.4 | $17.6 | $21.8 | $61.8 | $15.6 | $14.1 | $22.1 | $27.2 | $79.1 | $100.5 |
| Y/Y growth | NA | NA | NA | NA | 84% | 5% | 10% | 1% | 39% | 14% | 18% | 51% | 42% | 42% | 39% | 40% | 24% | 26% | 25% | 28% | 27% |
| Joint development agreements & partnerships | 2.3 | 3.2 | 1.5 | 2.6 | 9.6 | 1.9 | 0.1 | 2.1 | 1.6 | 5.8 | 3.1 | 3.9 | 3.5 | 4.0 | 14.5 | 5.0 | 5.4 | 5.7 | 6.1 | 22.2 | 26.7 |
| Y/Y growth | NA | NA | NA | NA | NA | -19% | -96% | 43% | -37% | -40% | 68% | 2959% | 64% | 145% | 153% | 60% | 38% | 63% | 53% | 53% | 20% |
| Other product revenue | 0.6 | 0.9 | 0.9 | 1.9 | 4.3 | 1.2 | 1.6 | 1.7 | 2.4 | 7.0 | 2.4 | 1.6 | 1.3 | 2.2 | 7.5 | 3.0 | 3.2 | 3.4 | 3.5 | 13.1 | 16.2 |
| Y/Y growth | | | | | | 123% | 69% | 85% | 26% | 60% | 96% | 3% | -26% | -8% | 8% | 24% | 96% | 162% | 59% | 74% | 24% |
| Other service revenue | 0.8 | 0.8 | 1.0 | 1.1 | 3.7 | 1.2 | 1.3 | 2.0 | 2.4 | 6.9 | 2.0 | 2.3 | 1.4 | 2.4 | 8.1 | 2.4 | 2.5 | 2.3 | 2.4 | 9.6 | 13.6 |
| Y/Y growth | NM | NM | NM | NM | | 52% | 66% | 103% | 118% | 88% | 59% | 73% | -29% | 1% | 17% | 21% | 8% | 64% | 0% | 19% | 42% |
| | | | | | | | | | | | | | | | | | | | | | |
| New system placements [of Beacon or Lightning]: | 5 | 5 | 8 | 8 | 26 | 6 | 4 | 8 | 9 | 27 | 10 | 7 | 13 | 15 | 45 | 10 | 9 | 14 | 17 | 50 | 58 |
| Y/Y growth | 150% | 150% | 100% | 100% | 117% | 20% | -20% | 0% | 0% | 4% | 67% | 0% | 0% | 0% | 67% | 0% | 0% | 0% | 0% | 11% | 16% |
| Total installed base (# of systems) | 27 | 32 | 40 | 48 | 48 | 54 | 58 | 66 | 75 | 75 | 85 | 92 | 105 | 120 | 120 | 130 | 139 | 153 | 170 | 170 | 228 |
| Y/Y growth | 125% | 129% | 122% | 118% | 118% | 100% | 81% | 65% | 56% | 56% | 57% | 59% | 59% | 60% | 60% | 53% | 51% | 46% | 42% | 42% | 34% |
| Direct platform sales ASP ($M) | $1.79 | $1.37 | $1.53 | $1.38 | $1.50 | $1.57 | $1.88 | $1.54 | $1.70 | $1.65 | $1.11 | $1.63 | $1.35 | $1.45 | $1.37 | $1.56 | $1.57 | $1.58 | $1.60 | $1.58 | $1.73 |
| Y/Y growth | NM | NM | NM | NM | -15% | -12% | 37% | 1% | 23% | 10% | -29% | -13% | -13% | -15% | -17% | 40% | -4% | 17% | 10% | 15% | 10% |
| | | | | | | | | | | | | | | | | | | | | | |
| Direct platform as % of total rev: | 71% | 58% | 78% | 66% | 69% | 69% | 71% | 68% | 71% | 69% | 60% | 59% | 74% | 72% | 67% | 60% | 56% | 66% | 69% | 64% | 64% |
| Recurring revenue as % of total rev: | 11% | 15% | 12% | 18% | 14% | 18% | 28% | 20% | 22% | 22% | 24% | 20% | 22% | 23% | 22% | 21% | 20% | 19% | 20% | 20% | 18% |
| Joint development and partnerships as % of total rev: | 18% | 27% | 10% | 16% | 17% | 13% | 1% | 12% | 8% | 9% | 17% | 20% | 15% | 13% | 16% | 19% | 21% | 17% | 16% | 18% | 17% |
| Segments as a % of Total Revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 111% | 108% | 105% | 100% | 97% | 102% | 105% | 101% | 99% |
| | | | | | | | | | | | | | | | | | | | | | |
| Product revenue % revs | 75% | 66% | 84% | 78% | 77% | 78% | 86% | 77% | 82% | 80% | 73% | 68% | 79% | 79% | 75% | 72% | 69% | 76% | 78% | 74% | 74% |
| Service revenue % revs | 25% | 34% | 16% | 22% | 23% | 22% | 14% | 23% | 18% | 20% | 27% | 32% | 21% | 21% | 25% | 28% | 31% | 24% | 22% | 26% | 26% |
| Revenue as a % of Total Segments | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| Antibody Therapeutics Revenue (%) | | | | | 87% | | 94% | | | 81% | 81% | 71% | | | 75% | | | | | 72% | 68% |
| Synthetic Biology Revenue (%) | | | | | 8% | | 5% | | | 12% | 11% | 10% | | | 14% | | | | | 15% | 16% |
| Gene Therapy Revenue (%) | | | | | 0% | | | | | 0% | 6% | 11% | | | 3% | | | | | 4% | 5% |
| Cell Therapy Revenue (%) | | | | | 5% | | 1% | | | 7% | 2% | 9% | | | 8% | | | | | 9% | 11% |
| Agriculture Revenue (%) | | | | | | | | | | | - | - | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| North America revenue mix (%) | | | | | 53% | | 54% | | | 51% | 40% | 46% | | | 44% | | | | | 43% | 41% |
| Asia Pacific (plus Australia) - revenue mix (%) | | | | | 25% | | 21% | | | 30% | 45% | 48% | | | 43% | | | | | 45% | 48% |
| Europe revenue mix (%) | | | | | 22% | | 25% | | | 19% | 15% | 6% | | | 13% | | | | | 12% | 11% |
| | | | | | | | | | | | | | | | | | | | | | |
| Direct Sales revenue % | | | | | | | 83% | | | | | 52% | | | | | | | | | |
| Distributor revenue % | | | | | | | 17% | | | | | 48% | | | | | | | | | |
| Recurring Revs (chips, reagent kits, warranties, subscrip) | $1.4 | $1.7 | $1.9 | $3.0 | 8.0 | $2.5 | $2.9 | $3.7 | $4.8 | 13.9 | $4.4 | $3.9 | $5.3 | $7.0 | $20.6 | $5.4 | $4.9 | $6.4 | $7.7 | $24.4 | $28.8 |
| Y/Y growth | NA | NA | NA | NA | NA | 81% | 68% | 95% | 59% | 73% | 77% | 35% | 42% | 65% | 48% | 23% | 25% | 21% | 10% | 18% | 18% |
| Quarterly revenue pacing (as a % of revenue) | 22% | 21% | 28% | 29% | 100% | 21% | 16% | 28% | 34% | 100% | 20% | 21% | 26% | 33% | 100% | 21% | 20% | 27% | 32% | 100% | 100% |
| 1H vs. 2H revenue pacing (as a % of revenue) | | 43% | | 57% | | | 38% | | 62% | | | 41% | | 59% | | | 41% | | 59% | | |
| | | | | | | | | | | | | | | | | | | | | | |
| Quarterly instrument (#) placing (as a % of total/year) | 19% | 19% | 31% | 31% | 100% | 22% | 15% | 30% | 33% | 100% | 22% | 16% | 29% | 33% | 100% | 20% | 18% | 28% | 34% | 100% | 100% |
| 1H vs. 2H instrument pacing | | 38% | | 62% | 100% | | 37% | | 63% | 100% | | 38% | | 62% | 100% | | 38% | | 62% | 100% | 100% |
| | | | | | | | | | | | | | | | | | | | | | |
| Revenue from new customers | | | | | 52% | | | | | 41% | | | | | 38% | | | | | 36% | 35% |
| Revenue from existing customers | | | | | 48% | | | | | 59% | | | | | 62% | | | | | 64% | 65% |

Sources: BTIG estimates and company reports

**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

## BTIG Covered Companies Mentioned in this Report

Berkeley Lights, Inc. (BLI, Buy, $65 PT; Closing Price: $26.62; Analyst: Mark Massaro)



*LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH*

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Mark Massaro, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

**Ratings Definitions**

**BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:**

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

**Current Rating Distribution (as of September 16, 2021):**

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 325 | 73.4% | Buy | 123 | 37.8% |
| Neutral | 116 | 26.2% | Neutral | 24 | 20.7% |
| Sell | 2 | 0.4% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

**Berkeley Lights, Inc. (BLI, Buy, $65 PT)**

**Valuation:** Our $65 PT uses a premium ~33x multiple on our 2023 revenue estimate of $157M, discounted back 2 years, using a 10% discount rate and ~67M diluted shares outstanding.

**Risks:**

- Berkeley Lights's stock trades at a premium multiple to its life science peer group.
- Berkeley's instrument revenue can be lumpy and carries high upfront capital costs.
- Berkeley's new subscription strategy may not take hold, which could limit adoption of additional pharma companies.
- We highlight some degree of threat of competition from additional companies; however, competition threats today are low.
- Berkeley Lights is not profitable, and it is uncertain if and/or when the company will achieve profitability.



Berkeley Lights, Inc. Rating History as of 09/15/2021

## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Berkeley Lights, Inc. (BLI)

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/ or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or

**LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH**

its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.