# EXHIBIT 32



# Berkeley Lights, Inc.
# (BLI, Buy, $25 PT)

January 6, 2022

BLI announces Q4 pre-announce miss and change of the guard at CEO. We lower our PT from $45 to $25, and maintain our Buy rating

**WHAT YOU SHOULD KNOW:** Shares of BLI are indicating -25% in the after hours to ~ $12-13/share after BLI announced prelim. 2021 revs of $84-84.5M (+31% Y/Y), below our $90.1M (+40% Y/Y)/Street's $90.7M (+41% Y/Y), or Q4 rev of ~$22M (~flat Y/Y), below our $27.9M (+29%E), guide of ~$28M and Street's $29.5M (+36%E). BLI also announced that Eric Hobbs is transitioning out as CEO, and moving to President of its Antibody Therapeutics business, and Chairman and life sciences veteran Greg Lucier is initiating a search for a new CEO. We spoke with management and learned that the Q4 miss was due to a miss of ~3-4 Beacon placements expected in Q4 (a $6-8M impact) that got pushed out to 2022. To us, this looks like a basic timing issue, and we don't view the CEO change as due to the miss, but to higher-level succession planning and finding the best fit for Mr. Hobbs. Assuming BLI opens in the $12-14 range, BLI shares will trade at just ~6x and ~5x our new '22 and '23 rev. estimates of $106M (+26% Y/Y) and $129M (+22% Y/Y), respectively, which we regard as "all the way back" to historical averages, and we recommend buying BLI on the weakness, or at least adding BLI to the shopping list. BLI holds ~$200M of cash, good for 2 years of runway. We view BLI as an emerging leader in helping researchers characterize live cells for accelerating development of biotherapeutics and other cell-based products, from antibody therapeutics and cell therapy to gene therapy and synthetic biology.

- **Tough Q4 pre-announce.** After the close, BLI reported preliminary 2021 revenues of $84-84.5M (+31% Y/Y), below our $90.1M (+40% Y/Y)/Street's $90.7M (+41% Y/Y), which implies Q4 revenue of ~$22M (roughly flat Y/Y), well below our $27.9M (+29%E), guide of ~$28M and Street's $29.5M (+36%E). Q4 revenue was down ~ $2M q/q, or ~10% sequentially, versus our expectation of up 15% sequentially. Management did not disclose the number of new placements; however, given the ~$6-7.5M miss relative to our/Street expectations in Q4, we estimate BLI delivered ~6 placements in Q4, lower than our estimate of 12, which would total 36 for 2021. Recall that BLI guided 2021 system placements of "at least 40".

- **Guidance.** BLI initiated a 2022 revenue guidance of ~30%, which implies 2022 revenue of $109-110 million. We are a bit surprised we didn't get a revenue guidance range given the variability and impact of 1 or 2 Beacon system placements over a year, though we think the guide signals confidence in the underlying business. We also don't yet know the 2022 guide for system placements, though, given some shift from a capital placement model to a subscription model, we expect to see total system placements of ~30 in 2022, a moderate decline Y/Y.

- **Model.** We updated our model for the prelim. Q4 and we gave BLI credit for 6 placements in Q4, including 1 tech access subscription. We updated our model and now estimate 2022 rev. of $106M (+26% Y/Y) and 2023 rev. of $131M (+24% Y/Y), which we lowered from ~$117M (+30% Y/Y) and ~$152M (+30% Y/Y), respectively.

- **1H vs. 2H weighting.** Recall BLI generated ~60% of its rev. in the 2H of its last two years. Yesterday's update suggests that mix has bucked the trend, as 2021 numbers suggest that the 2H of 2021 accounted for ~55% of its revenue. By comparison, 2H/20 revenues were 62% of revenue, though we think there may have been some "catch-up" revenue associated with year 1 of the COVID-pandemic.

**Valuation:** Our $25 PT uses a ~15.8x multiple on our 2023 rev. estimate of ~$129M, discounted back 2 years, with a 10% discount rate and ~67M share count.

Mark Massaro
(212) 527-3564  mmassaro@btig.com
Vivian (Vidyun) Bais
(212) 527-3528  vbais@btig.com

**Company Data**

| | |
|---|---|
| Closing Price | $18.34 |
| Price Target | $25.00 |
| Market Cap (M) | $1,232.69 |
| Enterprise Value (M) | $944.30 |
| Shares Out (M) | 67.21 |
| Avg Daily Vol-3 Months (M) | 1.04 |

**Revisions**

| | Previous | Current |
|---|---|---|
| Rating | Buy | Buy |
| Price Target | $45.00 | $25.00 |
| FY21E EPS | (1.08) | (1.16) |
| FY22E EPS | (1.17) | (1.32) |
| FY23E EPS | (1.08) | (1.37) |
| FY21E REV | 90.10 | 84.30 |
| FY22E REV | 117.53 | 106.00 |
| FY23E REV | 152.28 | 129.01 |

**EPS (GAAP)**

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | (0.24)A | (0.27) | (0.33) |
| Q2 | (0.27)A | (0.30) | (0.34) |
| Q3 | (0.30)A | (0.35) | (0.35) |
| Q4 | (0.35) | (0.39) | (0.35) |
| FY EPS | (1.16) | (1.32) | (1.37) |
| FY P/E | - | - | - |

**Revenue (M)**

| FY Dec | 2021E | 2022E | 2023E |
|---|---|---|---|
| Q1 | 18.63A | 27.80 | 31.26 |
| Q2 | 19.25A | 26.88 | 31.55 |
| Q3 | 24.32A | 26.02 | 32.08 |
| Q4 | 22.10 | 25.30 | 34.12 |
| FY REV | 84.30 | 106.00 | 129.01 |
| FY EV/S | 11.2x | 8.9x | 7.3x |
| FY P/S | 14.6x | 11.6x | 9.6x |

Source: FactSet, BTIG Estimates and Company Documents reported as $ currency.
**FY** = Fiscal Year **CY** = Calendar Year

PLEASE READ: IMPORTANT DISCLOSURES AND ANALYST'S CERTIFICATION APPEAR IN APPENDIX    WWW.BTIG.COM

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

## Investment Thesis

We view Berkeley Lights as a leading digital cell biology company offering a platform that shaves significant time and costs from existing processes to develop products spanning therapeutics, biofuels, nutrition, and fibers. The BLI platform captures deep phenotyping—functional and genotypic information for thousands of single cells in parallel—and can deliver live biology, i.e., "the best cells" that customers seek. BLI's platform functionally screens and recovers individual cells for antibody discovery, cell line development, T cell analysis, and synthetic biology. We size the company's total addressable market at ~$25 billion. We believe BLI can displace a number of fragmented lab methods and consolidate the workflow for the cell-based products market with its Beacon and Lightning platforms. Berkeley Lights's use of single-cell resolution to capture the ideal cell, which is then used to enable manufacturing of precise therapies, is rooted in efficiency and streamlines the process of developing cell-based therapies today. BLI has partnerships with leading entities, including Amgen (AMGN, Not Rated), Ginkgo Bioworks (DNA, Not Rated), and Vanderbilt University. We believe these partnerships position BLI for success as the growing interest in cell-based products gains traction and visibility. The COVID-19 pandemic has thrust a spotlight on the glaring issue of the significant time and cost necessary to develop a vaccine—to that end, BLI aims for multiple shots on goal via several academic and commercial collaborations.

## Upcoming Catalysts

- Q4/21 earnings call.
- Launch synthetic biology workflow(s) with Ginkgo Bioworks by YE'2021.
- Expand uptake of its new Opto Assure Workflow.
- Expand uptake of its new Cell Line Development 2.1 (launched Q2/21).
- Advance development of viral vector (manufacturing) cell lines (2022-2023E).
- Complete launch of second lab (mini BioFoundry) OUS with launch in EMEA by mid-2021.
- BLI expects to launch TechAccess in APAC sometime in 2022.

## Base Case Assumptions: $25 Price Target

- BLI continues to expand its global installed base over the next several years.
- BLI continues to innovate and deploy new workflows to its customers.
- We expect double-digit organic revenue growth in 2021, 2022, and 2023.
- We expect no meaningful adverse event from its litigation with AbCellera (ABCL, Not Rated).

## Upside Scenario

- Earnings beats and/or guidance above Street expectations.
- BLI secures new partnerships and announces new workflows.
- Meaningful revenue contribution from various collaborations over time.
- BLI achieves most/all remaining milestone payments from Ginkgo Bioworks.
- BLI obtains milestone payments from other collaborations/partnerships.

## Downside Scenario

- Earnings misses and/or guidance below Street expectations.
- Zero or few milestone payments from Ginkgo Bioworks or other partners.
- We highlight the risk of an adverse event from BLI's litigation with AbCellera; however, we don't view this as a high-probability risk event.

## Price Performance



Source: FactSet

## Company Description

Berkeley Lights is a California-based company operating at the intersection of bioscience, technology, and information. The BLI platform accelerates the use of cell-based products using automation, optimized workflows, software, consumables, and assay reagents. BLI ultimately enables cell-by-cell selection & manipulation to empower development, antibody discovery, and engineering for personalized therapies. The addressable markets of cell-based products are massive and span pharma, new and sustainable foods, agriculture, and industrial materials. The company was founded in 2011 by Igor Khandros, William Davidow, and Ming Wu.

Shares of BLI closed on January 5, 2022 at $16.27 per share. Following yesterday's update of the pre-announced Q4 miss and CEO transition, shares of BLI are indicating -25% in after hours trading to $12-13 per share. In this note, we are lowering our PT from $45 to $25. Our $25 PT now uses a 15.8x multiple on our updated 2023 revenue estimate of $129 million, discounted back 2 years, using a 10% discount rate and ~67M share count. Formerly, our $45 PT used a ~24x multiple on our 2023 revenue estimate of ~$152M, discounted back 2 years, using a 10% discount rate and ~67M shares outstanding. Earlier in 2021, our $65 PT used a premium ~33x multiple on our 2023 revenue estimate of $157M, discounted back 2 years, using a 10% discount rate and ~67M diluted shares outstanding.

## Details out of the company's Q3/21 call.

- **Positive silver linings following the short report?** Interestingly, management has seen multiple repeat customer purchases following the short report last quarter. Ultimately, that report has helped cement customer relationships and has elicited positive customer responses and new customer testimonials advocating on behalf of BLI. We wrote about the short report here. Additionally, BLI had negligible COVID impacts (fairly uncommon for companies in our space) due to the fact that many customers are able to run their tools remotely owing to a high level of instrument automation.

- **Solid execution on the partnership front.** BLI has a service and partnership backlog in the amount of $20 million (as of Q3/21) for 2022. We also highlight that GlaxoSmithKline (GSK, Not Rated) purchased their third Beacon, switching the majority of cell line work to Beacon and reducing workflow timelines from weeks to days by adding Beacon antibody discovery workflow capabilities to their current antibody therapeutic development and manufacturing capability.

- **CDMO and CRO demand remains strong.** 40% of Q3/21 revs came from CRO and CDMOs, their capacity utilization continues to expand, and BLI drove 5 repeat platform purchases YTD in this customer group.

- **New business wins pick up.** Recall BLI recently announced a large new deal with Bayer (BAYN.DE, Not Rated), which BLI expects to contribute to revenue in Q4. BLI also expects to recognize revenue from subscription tech access programs, where they recognize revenue as chips/consumables are used. Additionally, in October, BLI announced that Genovac (Private) purchased a third Beacon system, and became the first CRO to choose the Beacon for both antibody discovery and cell line development.

- **Q3 breakdown.** BLI's business model is consistently back-end loaded each year, which management has made clear for some time (recall that BLI delivered 62% of its revenue last year in the second half of the year, which in part was driven by customers stock-piling some consumables in order to exhaust some of its budget for the full year). For this year, we are modeling for the 2H to account for 58% of revenue for the full year.

- **Recently launched subscription model.** Recall that BLI launched their subscription model at the end of Q2/21. Management indicated that Beacon placements are geared toward institutions with significant grant size and the subscription model is intended for smaller, lower-throughput customers. Recall that BLI's TechAccess subscription offering is tailored to antibody discovery needs; as of Q3, 10% of placements YTD consisted of TechAccess across North America and EMEA.

- **International presence.** In Q3, regionally, North America accounted for 46% of revs, APAC 40%, and EMEA contributed 14% of revs. APAC growth is tracking well and APAC continues to drive high levels of demand in antibody discovery, in particular.

- **Globally, BLI placed 20 instruments in the academic sector.** Furthermore, a recent webinar found here presented by Dr. Anthony Zamura details the use of Lightning to improve clinical efficacy of CAR-T therapies, highlighting academic interest in the interrogation of live biology.

- **Key drivers.** Three tailwinds continue to drive expansion: (1) growing demand for cell-based products, (2) increasing complexity of cell-based products, and (3) new therapeutic modalities that require precise and multifunctional assays.

**We initiated coverage of Berkeley Lights on June 21, 2021.** We had the privilege of interviewing a number of BLI's largest and most strategic customers, and we found that our checks with key customers suggested that BLi is "best-in-class" in helping pharma and life science tools researchers find the best cells, faster, and at a much lower cost. Our initiation report which includes our customer interviews can be found here.

## Details out of the Q2/21 call

**Thermo Fisher partnership provides steady, high margin revenue.** In late July, BLI disclosed their collaboration with Thermo Fisher (TMO, Buy, $705 PT) for development of a next-gen workflow to improve development of stable AAV and lentiviral vector producer cell lines. Management disclosed in its 10-q they generated ~$2M in Q2/21 which we think serves as a reasonable

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

quarterly run-rate from here. Currently, the biotech industry relies on transient expression which has issues with limited output and high cost. However, stable AAV and LV producer lines can overcome these limitations and provide high yield and consistency to accelerate rare disease gene therapy (as well as common indications). Completion of the TMO partnership is intended to allow viral vectors to be manufactured at scale. TMO's in-development workflow builds on BLI's existing Opto Assure Cell Line Development workflow, focused on identifying clones with high product yield early on in cell line development. Note that these new viral vector workflows will be made exclusively available through a subscription model. On that note, management asserted certain high value workflows will only be offered on a service/subscription basis to incentivize those offerings and better control the economics.

**New agricultural venture with Bayer.** BLI also announced a multiyear agreement with Bayer to perform high throughput functional screening workflows aimed at accelerating and expanding the discovery of novel agricultural bioactives. While exact terms were not disclosed, under the agreement, Bayer will be serviced through BLI's Foundry (i.e. no direct instrument placements, but rather leveraging a base of BLI's Beacon instruments). Additionally, BLI has rights to Bayer's data as well as assay ownership. Management indicated the in-development approach would be applicable beyond agriculture, and into antibody and enzyme engineering for life science and industrial products. Combined, BLI's Bayer and Thermo partnerships represent ~$30M in revenue opportunity, plus the potential for future milestone and product commercialization as upside. Management noted milestones are likely to skew toward the out years.

**Launch of TechAccess offering to broaden access for smaller biotech customers with lower campaign volumes.** During Q2, BLI launched a new TechAccess subscription offering targeting antibody discovery and cell line development customers. This offering represents direct placements of instruments located at the customer site. BLI received 3 orders for TechAccess subscriptions within the quarter, which will be recognized over the subscription period. The commitment is one year inclusive of platform, software, and support, with two different pricing models, both offering a lower upfront cost to the customer. As a reminder, BLI's cell line development workflows have the potential to dramatically compress timelines for IND development down from 3 months to 1 week.

**\*Opto Plasma B Discovery Workflow 4.0** was launched on schedule. The Opto Plasma B Discovery workflows discover functionally diverse therapeutic antibody candidates in days, compared to 8 to 12 weeks for hybridoma, or approximately 5 to 8 weeks for direct B cell sequencing. The workflow lends customers the ability to increase their hits by 10x, realize one tenth of the lead time, and realize one tenth of the cost per validated sequence.

\*BLI remains on track to deliver synthetic biology workflows to Ginkgo by YE'21. Of note, we interviewed a co-founder of Ginkgo and Berkeley Lights user, found on pages 5-8 of our initiation report here.

\*Customer utilization remains high with no instruments coming offline. Additionally, management indicated intent to double their business development team.



Mark Massaro

## Berkeley Lights

| Income Statement | 2019 | Q1 | Q2 | Q3 | Q4 | 2020 | Q1 | Q2 | Q3 | Q4 | 2021E | Q1E | Q2E | Q3E | Q4E | 2022E | Q1E | Q2E | Q3E | Q4E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue ($000s) | $56,694 | $13,778 | $10,569 | $18,208 | $21,700 | $64,254 | $18,628 | $19,250 | $24,324 | $22,100 | $84,302 | $27,800 | $26,880 | $26,020 | $25,300 | $106,000 | $31,260 | $31,550 | $32,080 | $34,120 | $129,010 |
| COGS (cost of sales) | $13,217 | $3,799 | $3,607 | $5,400 | $6,942 | $19,748 | $6,177 | $6,522 | $8,911 | $9,600 | $31,210 | $8,900 | $9,000 | $10,000 | $10,500 | $38,400 | $10,900 | $11,300 | $11,400 | $12,100 | $45,700 |
| Gross Profit | $43,477 | $9,979 | $6,962 | $12,808 | $14,758 | $44,506 | $12,451 | $12,728 | $15,413 | $12,500 | $53,092 | $18,900 | $17,880 | $16,020 | $14,800 | $67,600 | $20,360 | $20,250 | $20,680 | $22,020 | $83,310 |
| R&D Expense | $38,414 | $10,976 | $11,843 | $10,421 | $14,000 | $47,240 | $13,027 | $13,535 | $16,195 | $16,350 | $59,107 | $16,500 | $16,800 | $17,000 | $17,500 | $67,800 | $18,000 | $18,250 | $18,500 | $19,000 | $73,750 |
| G&A Expense | $12,362 | $3,997 | $4,193 | $7,229 | $7,783 | $23,202 | $8,967 | $11,725 | $12,258 | $12,500 | $45,450 | $12,800 | $13,000 | $13,350 | $14,000 | $53,150 | $14,300 | $14,600 | $14,900 | $15,500 | $59,300 |
| S&M Expense | $9,237 | $3,234 | $3,076 | $3,341 | $4,856 | $14,507 | $5,606 | $5,317 | $6,940 | $7,000 | $24,863 | $7,600 | $8,300 | $9,000 | $9,500 | $34,400 | $10,000 | $10,500 | $11,000 | $11,500 | $43,000 |
| Total Operating Expenses | $60,013 | $18,207 | $19,112 | $20,991 | $26,639 | $84,949 | $27,600 | $30,577 | $35,393 | $35,850 | $129,420 | $36,900 | $38,100 | $39,350 | $41,000 | $155,350 | $42,300 | $43,350 | $44,400 | $46,000 | $176,050 |
| Loss from operations | -$16,536 | -$8,228 | -$12,150 | -$8,183 | -$11,881 | -$40,443 | -$15,149 | -$17,849 | -$19,980 | -$23,350 | -$76,328 | -$18,000 | -$20,220 | -$23,330 | -$26,200 | -$87,750 | -$21,940 | -$23,100 | -$23,720 | -$23,980 | -$92,740 |
| Interest expense | -$1,425 | -$357 | -$356 | -$361 | -$362 | -$1,436 | -$354 | -$356 | -$232 | -$370 | -$1,312 | -$370 | -$370 | -$370 | -$370 | -$1,480 | -$370 | -$370 | -$370 | -$370 | -$1,480 |
| Interest income | $909 | $151 | $47 | $51 | $89 | $338 | $66 | $43 | $33 | $75 | $217 | $80 | $85 | $90 | $95 | $350 | $95 | $100 | $105 | $110 | $410 |
| Other income (expense) | -$1,180 | $25 | $37 | $10 | $10 | $82 | $19 | $34 | -$170 | $23 | -$94 | $25 | $30 | $35 | $40 | $130 | $45 | $50 | $55 | $60 | $210 |
| Loss before income taxes | -$18,232 | -$8,409 | -$12,422 | -$8,483 | -$12,144 | -$41,459 | -$15,418 | -$18,128 | -$20,349 | -$23,622 | -$77,517 | -$18,265 | -$20,475 | -$23,575 | -$26,435 | -$88,750 | -$22,170 | -$23,320 | -$23,930 | -$24,180 | -$93,600 |
| Provision for income taxe | $69 | $16 | $8 | $118 | $32 | $174 | $17 | $26 | $54 | $135 | $232 | $140 | $145 | $150 | $175 | $610 | $200 | $210 | $220 | $230 | $860 |
| Net loss and net comp. lc | -$18,301 | -$8,425 | -$12,430 | -$8,601 | -$12,176 | -$41,633 | -$15,435 | -$18,154 | -$20,403 | -$23,757 | -$77,749 | -$18,405 | -$20,620 | -$23,725 | -$26,610 | -$89,360 | -$22,370 | -$23,530 | -$24,150 | -$24,410 | -$94,460 |
| EPS (diluted) | ($6.37) | ($0.80) | ($0.24) | ($0.16) | ($0.19) | ($1.39) | ($0.24) | ($0.27) | ($0.30) | ($0.35) | ($1.16) | ($0.27) | ($0.30) | ($0.35) | ($0.39) | ($1.32) | ($0.33) | ($0.34) | ($0.35) | ($0.35) | ($1.37) |
| Diluted Share Count (000 | 2,883 | 10,500 | 52,100 | 53,597 | 64,405 | 45,151 | 65,259 | 66,791 | 67,213 | 67,415 | 66,670 | 67,617 | 67,820 | 68,023 | 68,228 | 67,922 | 68,432 | 68,638 | 68,843 | 69,050 | 68,741 |
| **Growth % Chg. Y/Y** | | | | | | | | | | | | | | | | | | | | | |
| Total Revenues | 81% | 9% | -10% | 16% | 31% | 13% | 35% | 82% | 34% | 2% | 31% | 49% | 40% | 7% | 14% | 26% | 12% | 17% | 23% | 35% | 22% |
| Gross Profit | 88% | 1% | -27% | 10% | 19% | 2% | 25% | 83% | 20% | -15% | 19% | 52% | 40% | 4% | 18% | 27% | 8% | 13% | 29% | 49% | 23% |
| R&D Exp. | 32% | 26% | 23% | 2% | 42% | 23% | 19% | 14% | 55% | 17% | 25% | 27% | 24% | 5% | 7% | 15% | 9% | 9% | 9% | 9% | 9% |
| G&A Exp. | 36% | 51% | 36% | 131% | 122% | 88% | 124% | 180% | 70% | 61% | 96% | 43% | 11% | 9% | 12% | 17% | 12% | 12% | 12% | 11% | 12% |
| S&M Expense | 51% | 76% | 25% | 27% | 109% | 57% | 73% | 73% | 108% | 44% | 71% | 36% | 56% | 30% | 36% | 38% | 32% | 27% | 22% | 21% | 25% |
| Total OPEX | 36% | 38% | 26% | 32% | 70% | 42% | 52% | 60% | 69% | 35% | 52% | 34% | 25% | 11% | 14% | 20% | 15% | 14% | 13% | 12% | 13% |
| **Margin Analysis** | | | | | | | | | | | | | | | | | | | | | |
| COGS | 23% | 28% | 34% | 30% | 32% | 31% | 33% | 34% | 37% | 43% | 37% | 32% | 33% | 38% | 42% | 36% | 35% | 36% | 36% | 35% | 35% |
| Gross Margin | 77% | 72% | 66% | 70% | 68% | 69% | 67% | 66% | 63% | 57% | 63% | 68% | 67% | 62% | 58% | 64% | 65% | 64% | 64% | 65% | 65% |
| R&D | 68% | 80% | 112% | 57% | 65% | 74% | 70% | 70% | 67% | 74% | 70% | 59% | 63% | 65% | 69% | 64% | 58% | 58% | 58% | 56% | 57% |
| G&A | 22% | 29% | 40% | 40% | 36% | 36% | 48% | 61% | 50% | 57% | 54% | 46% | 48% | 51% | 55% | 50% | 46% | 46% | 46% | 45% | 46% |
| S&M | 16% | 23% | 29% | 18% | 22% | 23% | 30% | 28% | 29% | 32% | 29% | 27% | 31% | 35% | 38% | 32% | 32% | 33% | 34% | 34% | 33% |
| Total OPEX | 106% | 132% | 181% | 115% | 123% | 132% | 148% | 159% | 146% | 162% | 154% | 133% | 142% | 151% | 162% | 147% | 135% | 137% | 138% | 135% | 136% |

Sources: BTIG Research estimates and company reports

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

**Mark Massaro**

## Berkeley Lights (BLI)

| Revenue Model ($M) | 2019 | Q1 | Q2 | Q3 | Q4 | 2020 | Q1 | Q2 | Q3 | Q4E | 2021E | Q1E | Q2E | Q3E | Q4E | 2022E | Q1E | Q2E | Q3E | Q4E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue ($M) | $56.7 | $13.8 | $10.6 | $18.2 | $21.7 | $64.3 | $18.6 | $19.3 | $24.3 | $22.1 | $84.3 | $27.8 | $26.9 | $26.0 | $25.3 | $106.0 | $31.3 | $31.6 | $32.1 | $34.1 | $129.0 |
| Y/Y growth | 81% | 9% | -10% | 16% | 31% | 13% | 35% | 82% | 34% | 2% | 31% | 49% | 40% | 7% | 14% | 26% | 12% | 17% | 23% | 35% | 22% |
| Q/Q growth | | | -17% | -23% | 72% | 19% | | -14% | 3% | 26% | -9% | | 26% | -3% | -3% | -3% | | 24% | 1% | 2% | 6% |
| Total Product Revenue ($M) | $43.5 | $10.7 | $9.1 | $14.1 | $17.7 | $51.6 | $13.5 | $13.0 | $16.7 | $9.1 | $52.4 | $16.6 | $15.6 | $14.3 | $13.3 | $59.8 | $17.0 | $16.1 | $15.1 | $15.8 | $63.9 |
| Y/Y growth | 90% | 12% | 17% | 7% | 37% | 19% | 27% | 43% | 18% | -49% | 1% | 23% | 20% | -14% | 46% | 14% | 2% | 3% | 5% | 19% | 7% |
| Total Service Revenue ($M) | $13.2 | $3.1 | $1.5 | $4.1 | $4.0 | $12.7 | $5.1 | $6.2 | $7.6 | $13.0 | $31.9 | $11.2 | $11.3 | $11.7 | $12.0 | $46.2 | $14.3 | $15.5 | $17.0 | $18.3 | $65.1 |
| Y/Y growth | 57% | -1% | -63% | 66% | 9% | -4% | 65% | 326% | 86% | 225% | 152% | 120% | 81% | 54% | -8% | 45% | 28% | 37% | 45% | 53% | 41% |
| Direct platform sales (instrument rev + workflow subscrip) | 39.1 | $9.4 | $7.5 | $12.4 | $15.3 | 44.6 | $11.1 | $11.4 | $14.1 | $6.6 | $43.2 | $13.9 | $12.5 | $10.9 | $9.6 | $46.9 | $13.0 | $11.6 | $10.1 | $10.3 | $44.9 |
| Y/Y growth | 84% | 5% | 10% | 1% | 39% | 14% | 18% | 51% | 14% | -57% | -3% | 25% | 10% | -23% | 45% | 8% | -6% | -7% | -8% | 8% | -4% |
| Joint development agreements & partnerships | 9.6 | 1.9 | 0.1 | 2.1 | 1.6 | 5.8 | 3.1 | 3.9 | 5.5 | 8.0 | 20.5 | 6.2 | 6.3 | 6.7 | 7.0 | 26.2 | 8.3 | 9.0 | 10.0 | 11.0 | 38.3 |
| Y/Y growth | NA | -19% | -96% | 43% | -37% | -40% | 68% | 2959% | 155% | 389% | 256% | 99% | 61% | 23% | -13% | 28% | 34% | 43% | 49% | 57% | 46% |
| Other product revenue | 4.3 | 1.2 | 1.6 | 1.7 | 2.4 | 7.0 | 2.4 | 1.6 | 2.6 | 2.5 | 9.2 | 2.7 | 3.1 | 3.4 | 3.7 | 12.9 | 4.0 | 4.5 | 5.0 | 5.5 | 19.0 |
| Y/Y growth | | 123% | 69% | 85% | 26% | 60% | 96% | 3% | 49% | 4% | 31% | 13% | 90% | 31% | 48% | 41% | 46% | 45% | 47% | 49% | 47% |
| Other service revenue | 3.7 | 1.2 | 1.3 | 2.0 | 2.4 | 6.9 | 2.0 | 2.3 | 2.2 | 5.0 | 11.5 | 5.0 | 5.0 | 5.0 | 5.0 | 20.0 | 6.0 | 6.5 | 7.0 | 7.3 | 26.8 |
| Y/Y growth | | 52% | 66% | 103% | 118% | 88% | 59% | 73% | 10% | 111% | 66% | 153% | 116% | 130% | 0% | 75% | 20% | 30% | 40% | 46% | 34% |
| New system placements [of Beacon or Lightning]: | 26 | 6 | 4 | 8 | 9 | 27 | 10 | 7 | 13 | 6 | 36 | 9 | 8 | 7 | 6 | 30 | 8 | 7 | 6 | 6 | 27 |
| Y/Y growth | 117% | 20% | -20% | 0% | 0% | 4% | 67% | 0% | 0% | 0% | 33% | 0% | 0% | 0% | 0% | -17% | 0% | 0% | 0% | 0% | -10% |
| Total installed base (# of systems) | 48 | 54 | 58 | 66 | 75 | 75 | 85 | 92 | 105 | 111 | 111 | 120 | 128 | 135 | 141 | 141 | 149 | 156 | 162 | 168 | 168 |
| Y/Y growth | 118% | 100% | 81% | 65% | 56% | 56% | 57% | 59% | 59% | 48% | 48% | 41% | 39% | 29% | 27% | 27% | 24% | 22% | 20% | 19% | 19% |
| Direct platform sales ASP ($M) | $1.50 | $1.57 | $1.88 | $1.54 | $1.70 | $1.65 | $1.11 | $1.63 | $1.08 | $1.10 | $1.20 | $1.54 | $1.56 | $1.56 | $1.60 | $1.56 | $1.62 | $1.65 | $1.68 | $1.72 | $1.66 |
| Y/Y growth | -15% | -12% | 37% | 1% | 23% | 10% | -29% | -13% | -30% | -35% | -27% | 39% | -4% | 44% | 45% | 30% | 5% | 6% | 8% | 8% | 6% |
| Direct platform as % of total rev: | 69% | 69% | 71% | 68% | 71% | 69% | 60% | 59% | 58% | 30% | 51% | 50% | 46% | 42% | 38% | 44% | 41% | 37% | 31% | 30% | 35% |
| Recurring revenue as % of total rev: | 14% | 18% | 28% | 20% | 22% | 22% | 24% | 20% | 19% | 32% | 24% | 21% | 19% | 24% | 35% | 25% | 26% | 27% | 28% | 28% | 27% |
| Joint development and partnerships as % of total rev: | 17% | 13% | 1% | 12% | 8% | 9% | 17% | 20% | 22% | 36% | 24% | 22% | 23% | 26% | 28% | 25% | 27% | 29% | 31% | 32% | 30% |
| Segments as a % of Total Revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 98% | 99% | 93% | 89% | 91% | 100% | 94% | 94% | 92% | 91% | 90% | 92% |
| Product revenue % revs | 77% | 78% | 86% | 77% | 82% | 80% | 73% | 68% | 69% | 41% | 62% | 60% | 58% | 55% | 53% | 56% | 54% | 51% | 47% | 46% | 50% |
| Service revenue % revs | 23% | 22% | 14% | 23% | 18% | 20% | 27% | 32% | 31% | 59% | 38% | 40% | 42% | 45% | 47% | 44% | 46% | 49% | 53% | 54% | 50% |
| Revenue as a % of Total Segments | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Antibody Therapeutics Revenue (%) | 87% | | 94% | | | 81% | 81% | 71% | 76% | | 75% | | | | | 72% | | | | | 68% |
| Synthetic Biology Revenue (%) | 8% | | 5% | | | 12% | 11% | 10% | 11% | | 14% | | | | | 15% | | | | | 16% |
| Gene Therapy Revenue (%) | 0% | | | | | 0% | 6% | 11% | 8% | | 3% | | | | | 4% | | | | | 5% |
| Cell Therapy Revenue (%) | 5% | | 1% | | | 7% | 2% | 9% | 3% | | 8% | | | | | 9% | | | | | 11% |
| Agriculture Revenue (%) | | | | | | | - | - | | | | | | | | | | | | | |
| North America revenue mix (%) | 53% | | 54% | | | 51% | 40% | 46% | 46% | | 44% | | | | | 43% | | | | | 41% |
| Asia Pacific (plus Australia) - revenue mix (%) | 25% | | 21% | | | 30% | 45% | 48% | 40% | | 43% | | | | | 45% | | | | | 48% |
| EMEA revenue mix (%) | 22% | | 25% | | | 19% | 15% | 6% | 14% | | 13% | | | | | 12% | | | | | 11% |
| Direct Sales revenue % | | | 83% | | | | | 52% | 68% | | | | | | | | | | | | |
| Distributor revenue % | | | 17% | | | | | 48% | 32% | | | | | | | | | | | | |
| Recurring Revs (chips, reagent kits, warranties, subscrip) | 8.0 | $2.5 | $2.9 | $3.7 | $4.8 | 13.9 | $4.4 | $3.9 | $4.7 | $7.0 | $20.1 | $5.9 | $5.2 | $6.2 | $8.8 | $26.1 | $8.0 | $8.5 | $9.0 | $9.5 | $35.0 |
| Y/Y growth | NA | 81% | 68% | 95% | 59% | 73% | 77% | 35% | 28% | 65% | 44% | 35% | 31% | 30% | 26% | 30% | 21% | 20% | 19% | 21% | 34% |
| Quarterly revenue pacing (as a % of revenue) | 100% | 21% | 16% | 28% | 34% | 100% | 22% | 23% | 29% | 26% | 100% | 26% | 25% | 25% | 24% | 100% | 24% | 24% | 25% | 26% | 100% |
| 1H vs. 2H revenue pacing (as a % of revenue) | | 38% | | 62% | | | 45% | | 55% | | | 52% | | 48% | | | 49% | | 51% | | |
| Quarterly instrument (#) placing (as a % of total/year) | 100% | 22% | 15% | 30% | 33% | 100% | 28% | 19% | 36% | 17% | 100% | 30% | 27% | 23% | 20% | 100% | 30% | 26% | 22% | 22% | 100% |
| 1H vs. 2H instrument pacing | 100% | 37% | | 63% | | 100% | 47% | | 53% | | 100% | 57% | | 43% | | 100% | 56% | | 44% | | 100% |
| Revenue from new customers | 52% | | | | | 41% | | | | | 38% | | | | | 36% | | | | | 35% |
| Revenue from existing customers | 48% | | | | | 59% | | | | | 62% | | | | | 64% | | | | | 65% |

Sources: BTIG Research estimates and company reports

**BTIG**

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

## BTIG Covered Companies Mentioned in this Report

Berkeley Lights, Inc. (BLI, Buy, $25 PT; Closing Price: $18.34; Analyst: Mark Massaro)
Thermo Fisher Scientific, Inc. (TMO, Buy, $705 PT;  Closing Price: $618.00; Analyst: Sung Ji Nam)



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

## Appendix: Analyst Certification and Other Important Disclosures

### Analyst Certification

I, Mark Massaro, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

I, Vivian (Vidyun) Bais, hereby certify that the views about the companies and securities discussed in this report are accurately expressed and that I have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report.

### Regulatory Disclosures

#### Ratings Definitions

BTIG LLC's ("BTIG") ratings, effective June 12, 2017, are defined as follows:

**BUY** – A security which is expected to produce a positive total return of 15% or greater over the 12 months following the recommendation. The BUY rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**SELL** – A security which is expected to produce a negative total return of 15% or greater over the next 12 months following the recommendation. The SELL rating may be maintained as long as it is deemed appropriate, notwithstanding price fluctuations that would cause the target to fall outside of the 15% return.

**NEUTRAL** – A security which is not expected to appreciate or depreciate meaningfully over the next 12 months.

**NOT RATED** – A security which is not rated or covered by BTIG.

**UNDER REVIEW** – Effective immediately, coverage of the following securities is Under Review. Ratings, price targets, disclosures, and estimates for the companies listed below are suspended and should no longer be relied upon.

### Distribution of Ratings and Investment Banking Clients

BTIG must disclose in each research report the percentage of all securities rated by the member to which the member would assign a "buy", "neutral" or "sell" rating. The said ratings are updated on a quarterly basis. BTIG must also disclose the percentage of subject companies within each of these three categories for whom the member has provided investment banking services within the previous twelve months.

Current Rating Distribution (as of January 6, 2022):

| Coverage Universe | Count | Percent | Inv. Banking Relationships | Count | Percent |
|---|---|---|---|---|---|
| Buy | 340 | 73.0% | Buy | 132 | 38.8% |
| Neutral | 125 | 26.8% | Neutral | 23 | 18.4% |
| Sell | 1 | 0.2% | Sell | 0 | 0.0% |

For purposes of FINRA ratings distribution rules, BTIG's stock ratings of Buy, Neutral and Sell fall into Buy, Hold and Sell categories, respectively.

### Company Valuation and Risk Disclosures

#### Berkeley Lights, Inc. (BLI, Buy, $25 PT)

**Valuation:** Our $25 PT uses a 15.8x multiple on our updated 2023 revenue estimate of $129 million, discounted back 2 years, using a 10% discount rate and ~67M share count. Formerly, our $45 PT used a ~24x multiple on our 2023 revenue estimate of ~ $152M, discounted back 2 years, using a 10% discount rate and ~67M shares outstanding.

**Risks:**
- Berkeley Lights's stock trades at a premium multiple to its life science peer group.
- Berkeley's instrument revenue can be lumpy and carries high upfront capital costs.

- Berkeley's new subscription strategy may not take hold, which could limit adoption of additional pharma companies.
- We highlight some degree of threat of competition from additional companies; however, competition threats today are low.
- Berkeley Lights is not profitable, and it is uncertain if and/or when the company will achieve profitability.



## Thermo Fisher Scientific, Inc. (TMO, Buy, $705 PT)

**Valuation:** Our $705 price target is based on ~33x 2022E P/E, which represents a discount (~14%) compared to the average for a large-cap life science tools peer group. TMO's EPS growth potential is in-line or higher compared to its peer group, which we believe provides further upside to TMO's valuation.

**Risks:** Risks to our Buy rating and PT include: Worse-than-expected macro headwinds reducing organic revenue growth potential across the life science tools industry; Significant slowdown in demand from Thermo's major customer segments including pharma/biotech, academic/government, industrial/applied, and healthcare/diagnostic markets; Significant slowdown in emerging market growth, particularly in China, for Thermo's products.



## Company–Specific Regulatory Disclosures

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Berkeley Lights, Inc. (BLI)

BTIG LLC expects to receive or intends to seek compensation for investment banking services in the next 3 months from: Thermo Fisher Scientific, Inc. (TMO)



LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

## Other Disclosures

Additional Information Available Upon Request

## General Disclosures

Research reports produced by BTIG LLC ("BTIG") are published for and intended to be distributed solely to BTIG institutional and corporate clients. Recipients of BTIG reports will not be considered clients of BTIG solely because they may have received such BTIG report.

To the extent recipient accesses BTIG research, whether on a BTIG research website or through a third-party platform, BTIG is able to search, filter, download and review information on the readership of BTIG's research, including the specific research consumed and the name, company name, email address and, in certain circumstances, the location of the individual who accessed the research (the "Readership Information"). Recipient consents to BTIG's receipt of the Readership Information, including receipt of that information from a third party.

The research analyst(s) responsible for the preparation of this report receives compensation based upon a variety of factors, including the quality and accuracy of research, internal/client feedback, and overall Firm revenues.

BTIG reports are based on public information and BTIG considers the same to be reliable, comprehensive information, but makes no representation or warranty that the reports are accurate or complete. BTIG opinions and information provided in this report are as of the date of the report and may change without notice. An issuer may be classified as "Under Review" or "Research Restricted". In these cases, investors should consider any previous investment recommendation and/or rating to a subject company/issuer to no longer be current and should not be relied upon nor considered a solicitation.

This research report is not an offer to buy or sell or solicitation of an offer to buy or sell any security in any jurisdiction where such an offer or solicitation would be illegal. This research report was not drafted specifically for any particular individual or entity and is not a personal recommendation to participate in any particular trading strategy or transaction. Any recipient of this research report should obtain independent advice specific to their personal circumstances before undertaking any investment activity and must make their own independent evaluation of any securities or financial instruments.

Facts, views or opinions presented in this report have not been reviewed by, and may not reflect information known to, employees or other professionals in the "BTIG Group" (BTIG Group includes, but is not limited to, BTIG and its parents, subsidiaries and/or affiliates). BTIG Group employees, including Sales Representatives and Traders, may provide oral or written commentary or advice that may be inconsistent with the opinions and/or views expressed in this research report. BTIG Group employees and/or its affiliates not involved in the preparation of this research report may have investments in securities or derivatives of securities of companies mentioned in this report that are inconsistent with the views discussed in this report.

Investors in securities products bear certain risks in conjunction with those investments. The value of, and income from, any investments may vary because of changes in interest rates or foreign exchange rates, securities prices or market indexes, operational or financial conditions of companies or other factors within or beyond the companies' control. Recipient of the research reports should be aware that investments in securities may pose significant risks due to the inherent uncertainty associated with relying on forecasts of various factors that can affect the earnings, cash flow and overall valuation of a company. Any investment in securities should be undertaken only upon consideration of issues relating to the recipient's overall investment portfolio and objectives (such as diversification by asset class, industry or company) as well as time horizon and liquidity needs. Further, past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied, is made regarding future performance. There may be time limitations on the exercise of options or other rights in any securities transactions.

Investing in foreign markets and securities, including ADRs, is subject to additional risks such as currency fluctuation, limited information, political instability, economic risk, and the potential for illiquid markets. Investing in emerging markets may accentuate these risks. Non-U.S. reporting issuers of foreign securities, however, may not make regular or complete public disclosure relating to their financial condition or the securities that they issue.

The trademarks and service marks contained herein are the property of their respective owners. Third-party data providers make no warranties or representations of any kind relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability of any damages of any kind relating to such data. The report or any portion hereof may not be reprinted, sold or redistributed without the written consent of BTIG. This report is intended only for use by the recipient. The recipient acknowledges that all research and analysis in this report are the property of BTIG and agrees to limit the use of all publications

LIFE SCIENCE AND DIAGNOSTIC TOOLS EQUITY RESEARCH

received from BTIG within his, or her or its, own company or organization. No rights are given for passing on, transmitting, re transmitting or reselling the information provided.

## Jurisdiction and Dissemination

BTIG is a U.S. broker-dealer and member of FINRA and SIPC.

BTIG Australia Limited ACN 128 554 601, member of ASIC and ASX; BTIG Hong Kong Limited, an Exchange Participant of SEHK and licensed and regulated by the SFC; BTIG Ltd, member of the LSE, authorized and regulated by the FSA; and BTIG Singapore Pte Ltd, registered and licensed with MAS; are all separate but affiliated entities of BTIG. Unless governing law permits otherwise, you must contact a BTIG entity in your home jurisdiction for further information, or if you want to use our services in effecting a transaction.

Issued and approved for distribution in the UK and EEA by BTIG Ltd. to eligible counterparties and professional clients only. Issued and distributed in Australia to "wholesale clients" only by BTIG Australia Limited. In Singapore and Hong Kong, further information may be obtained from BTIG Singapore Pte Ltd and BTIG Hong Kong Limited, respectively.