# EXHIBIT 33

Equity Research
**Healthcare | Life Science Tools and Diagnostics**

*William Blair*

January 6, 2022

# Berkeley Lights, Inc.

## One Overhang Too Many Pushes Us to Downgrade to Market Perform as We Wait for Business Clarity and Details on a New CEO

**Brian Weinstein, CFA**  +1 312 364 8170
bweinstein@williamblair.com

**Matt Larew**  +1 312 364 8242
mlarew@williamblair.com

**Griffin Soriano**  +1 312 364 5325
gsoriano@williamblair.com

**Dustin Scaringe**  +1 312 364 8171
dscaringe@williamblair.com

**Max Smock, CFA**  +1 312 364 8336
msmock@williamblair.com

### Summary

On Wednesday afternoon, January 5, Berkeley Lights issued a press release that included a number of important updates, including:

- *Preliminary 2021 results that missed our targets:* Preliminary revenue for 2021 is called between $84.0 million and $84.5 million (+31% year-over-year; our estimate $90.7 million; consensus $90.8 million), implying fourth-quarter total revenue of around $22.0 million (-10% sequentially; our estimate $28.5 million; consensus $29.5 million). The miss was driven entirely by a few capital sales expected to close by the end of the year that did not come together late in the quarter. The team noted fourth-quarter performance was great by nearly all accounts (especially recurring revenue), but placements that were supposed to close simply did not. It is unclear if, or when, these systems may come back.

- *2022 outlook below expectations:* The initial guide from management calls for revenue growth of approximately 30%, implying total revenue of around $109.5 million. This is below our estimate of $119.3 million and consensus of $123.0 million (closer to 40% growth) as the team cited the ongoing business model transition, COVID-19 driven shutdowns across Europe, and a need to establish conservative guidance as being behind the thought process on guidance.

- *A bit of an unconventional CEO transition:* Current CEO Eric Hobbs will assume the role of president of Berkeley's Antibody Therapeutics business line as the company initiates a search for a new CEO (during which time Dr. Hobbs will remain CEO). This is highly unusual to see, but we were encouraged when Dr. Hobbs informed us that he asked for this transition to take place so that the company could bring in a leader with more experience at running multiple businesses across multiple markets. By bringing in a more tenured CEO and keeping Dr. Hobbs's institutional knowledge of the business and passion for the company's success, the setup could actually turn out to be favorable even if it brings significant uncertainty right now. We commend Dr. Hobbs for putting the company before himself and doing what he thinks is best for the organization.

| Stock Rating: | | | **Market Perform** |
|---|---|---|---|
| Symbol: | | | BLI (NASDAQ) |
| Price: | | $16.27 (52-Wk.: $16-$98) | |
| Market Value (M): | | | $1,098 |
| Dividend/Yield: | | | $0.00/0.00% |
| Fiscal Year End: | | | December |

| | | 2020A | 2021E | 2022E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $13.8 | $18.6 | $24.8 |
| | Q2 | $10.6 | $19.3 | $29.8 |
| | Q3 | $18.2 | $24.3 | $30.8 |
| | Q4 | $21.7 | $28.5 | $33.9 |
| | FY | $64.3 | $90.7 | $119.3 |
| FY | | - | - | - |
| EPS | Q1 | $(3.39) | $(0.24) | $(0.29) |
| | Q2 | $(4.25) | $(0.27) | $(0.30) |
| | Q3 | $(0.16) | $(0.30) | $(0.25) |
| | Q4 | $(0.19) | $(0.27) | $(0.26) |
| | FY | $(1.39) | $(1.08) | $(1.10) |
| **Valuation** | | | | |
| EV/Sales | | 15.0x | 10.6x | 8.1x |
| FY P/E | | NM | NM | NM |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 67.5 |
| Float (M): | 48.3 |
| Avg. Daily Volume (90-day): | 1,445,258 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $3.26 |
| Return on Equity (TTM): | (28.1)% |
| Enterprise Value (M): | $965 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Berkeley Lights is a digital cell biology company focused on enabling and accelerating the rapid development and commercialization of biotherapeutics and cell-based products by providing the most advanced environment for rapid functional characterization of single cells at scale.

**Please refer to important disclosures on pages 3 – 5. Analyst certification is on page 3.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

Taken individually, we can digest all that is happening here, rationalize the situation, and put into a proper context:

- Orders expected in the fourth quarter appear to have been shifted out a bit, highlighting the well-known and accepted risk of a lumpy business model reliant on high-priced capital sales.

- There is an evolving business model that is still just playing out and is taking the business from an almost entirely capital sale (the basis of the IPO) to more of a recurring revenue model inclusive of a variety of subscription and services offerings. In addition, the types of instruments the company may look to sell could shift over time to include more use-specific products that we expect will broaden the relationships the company has with its customers. Over the past year this shift in business model has been discussed at length, and we have understood and called out that the impact on the ability to forecast the business was a meaningful risk.

- There is COVID-19 uncertainty, and commentary that European customers are essentially shut down completely would seem to impact others in the space as well (we shall see about this in the coming week or so with all of the expected prereleases and outlook commentary that traditionally occurs in the first 10 days of the new year). This combined with what may be a more difficult selling environment for capital in a rising interest rate scenario makes 2022 forecasting challenging and speaks to a need for conservatism in guidance.

But when taken all together and at a more impactful level than we had expected, along with the surprise announcement that the CEO is moving to a business head role (and we do not know who the replacement will be or when the role will be filled), the amalgamation of uncertainty is just one step too far for us right now, especially in an environment where even clean growth stories are falling further out of favor. Thus, despite a valuation that is attractive (midsingle digits on 2022 revenue based on after-market trading) relative to others in the space, we believe it is best to downgrade the stock and wait for better clarity on the business model and/or until we have details on a new CEO and any strategic change they may usher in before coming back to the story.

*Risks to consider include:* 1) C-suite transition, 2) disrupting engrained processes at its customers, 3) visibility to revenues in what remains a heavily weighted capital model, 4) implementation of new access models, 5) COVID-19 trends impacting customers, 6) ongoing AbCellera litigation, and 7) traditional product development and scale-up concerns.

*ESG Considerations.* Berkeley Lights is a leading digital cell biology company focused on enabling and accelerating the rapid development and commercialization of biotherapeutics and other cell-based products. There are several ESG considerations when investing in BLI. First, life sciences companies should prioritize the safety and efficacy of their products and services by adhering to proper regulation, conducting clinical trials, and obtaining necessary approvals. Second, the company should engage in ethical marketing of products to ensure they are used as safely as intended. Third, the company should limit the negative human and environmental impacts associated with production, which includes protecting consumer health and corporate value through effective supply chain management.

William Blair

## IMPORTANT DISCLOSURES

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Berkeley Lights, Inc. within the prior 12 months.

William Blair or an affiliate is a market maker in the security of Berkeley Lights, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Berkeley Lights, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Berkeley Lights, Inc. within the last 12 months. Berkeley Lights, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Berkeley Lights, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Matt Larew and Brian Weinstein attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 36407.10
S&P 500: 4700.58
NASDAQ: 15100.20



Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of January 6, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 77 | Outperform (Buy) | 34 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 11 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

William Blair

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

## OTHER IMPORTANT DISCLOSURES

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 617 235 7534**
*Biotechnology*

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**
*Biotechnology*

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Pharmacy Outsourcing & Services, Dental, Animal Health*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

### Life Sciences

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
Group Head–Life Sciences
*Life Science Tools and Diagnostics, Medical Technology*

**Matt Larew    +1 312 364 8242**
*Life Science Tools and Diagnostics, Healthcare Delivery*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**