# EXHIBIT 35

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 7/17/20 | 51.01 | 68.38 | 50.26 | 65.45 | 65.45 | 4,507,100 |
| 7/20/20 | 58.51 | 64.5 | 58.51 | 62.1 | 62.1 | 360,800 |
| 7/21/20 | 65.21 | 65.69 | 57.51 | 58.5 | 58.5 | 379,500 |
| 7/22/20 | 56.98 | 57.79 | 55 | 56 | 56 | 251,600 |
| 7/23/20 | 56.67 | 61.99 | 55.4 | 58.1 | 58.1 | 761,400 |
| 7/24/20 | 58.16 | 59.93 | 57.01 | 59.5 | 59.5 | 202,400 |
| 7/27/20 | 59.58 | 60.8 | 56.25 | 57.6 | 57.6 | 227,400 |
| 7/28/20 | 57.63 | 59 | 56.13 | 57.9 | 57.9 | 72,100 |
| 7/29/20 | 57.2 | 60 | 56.88 | 59 | 59 | 126,100 |
| 7/30/20 | 58.74 | 60 | 56.97 | 58.6 | 58.6 | 113,100 |
| 7/31/20 | 58.49 | 60.68 | 58.02 | 59.97 | 59.97 | 245,200 |
| 8/3/20 | 59.99 | 71.22 | 59.51 | 71.2 | 71.2 | 291,800 |
| 8/4/20 | 71.6 | 77.99 | 71.51 | 71.86 | 71.86 | 195,800 |
| 8/5/20 | 72.94 | 72.94 | 65.76 | 65.96 | 65.96 | 164,100 |
| 8/6/20 | 66.36 | 69.32 | 61.35 | 64 | 64 | 224,500 |
| 8/7/20 | 64.67 | 65.2 | 57.31 | 57.55 | 57.55 | 257,900 |
| 8/10/20 | 58.22 | 62.1 | 57.76 | 58.15 | 58.15 | 185,700 |
| 8/11/20 | 58.35 | 59.99 | 55.85 | 56.42 | 56.42 | 205,800 |
| 8/12/20 | 58.29 | 61.22 | 56.82 | 60 | 60 | 274,000 |
| 8/13/20 | 60.45 | 65.01 | 60.05 | 61.11 | 61.11 | 284,300 |
| 8/14/20 | 61.5 | 64.38 | 60.65 | 62.27 | 62.27 | 209,100 |
| 8/17/20 | 62.37 | 63.45 | 58.54 | 59.75 | 59.75 | 270,300 |
| 8/18/20 | 60.29 | 62.04 | 58 | 58.77 | 58.77 | 50,800 |
| 8/19/20 | 58.48 | 60.3 | 56.7 | 57.73 | 57.73 | 83,300 |
| 8/20/20 | 57.7 | 63.12 | 56.1 | 61.52 | 61.52 | 87,600 |
| 8/21/20 | 61.19 | 63.48 | 60.08 | 63.3 | 63.3 | 165,000 |
| 8/24/20 | 63.3 | 66.79 | 61.36 | 65.93 | 65.93 | 97,200 |
| 8/25/20 | 65.8 | 74.25 | 63.3 | 71.85 | 71.85 | 161,300 |
| 8/26/20 | 68.06 | 68.4 | 61.03 | 63 | 63 | 293,500 |
| 8/27/20 | 63.26 | 65.6 | 63 | 63.68 | 63.68 | 78,200 |
| 8/28/20 | 61.89 | 70.4 | 61.89 | 67.71 | 67.71 | 102,300 |
| 8/31/20 | 68 | 69.6 | 64.5 | 65.4 | 65.4 | 66,700 |
| 9/1/20 | 65.98 | 68.09 | 64.55 | 64.88 | 64.88 | 122,000 |
| 9/2/20 | 65.33 | 66.92 | 65.01 | 66.17 | 66.17 | 179,200 |
| 9/3/20 | 66.98 | 67.08 | 59.14 | 63.25 | 63.25 | 170,700 |
| 9/4/20 | 62.7 | 65.62 | 60.8 | 62.4 | 62.4 | 113,000 |
| 9/8/20 | 61.99 | 62.36 | 60 | 60.45 | 60.45 | 67,100 |
| 9/9/20 | 60.9 | 62.23 | 59.43 | 60.02 | 60.02 | 135,900 |
| 9/10/20 | 60.55 | 62.87 | 59 | 59.56 | 59.56 | 280,300 |
| 9/11/20 | 59.75 | 60.72 | 58 | 58.7 | 58.7 | 128,700 |
| 9/14/20 | 59.23 | 62.77 | 58.81 | 60.57 | 60.57 | 102,000 |
| 9/15/20 | 61.63 | 63.62 | 60.1 | 61.71 | 61.71 | 98,900 |
| 9/16/20 | 61.82 | 62.72 | 61.23 | 61.81 | 61.81 | 109,300 |
| 9/17/20 | 61.35 | 68.3 | 61.19 | 66.51 | 66.51 | 195,900 |
| 9/18/20 | 67.2 | 74.88 | 66.96 | 72.31 | 72.31 | 926,200 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 9/21/20 | 72 | 73.9 | 68.7 | 72.69 | 72.69 | 179,900 |
| 9/22/20 | 72.81 | 74.57 | 69.07 | 70.39 | 70.39 | 119,700 |
| 9/23/20 | 70.51 | 72 | 65.04 | 68.69 | 68.69 | 159,300 |
| 9/24/20 | 68.13 | 71.65 | 66.46 | 68.04 | 68.04 | 94,800 |
| 9/25/20 | 68.06 | 69.27 | 65.96 | 66.6 | 66.6 | 97,400 |
| 9/28/20 | 67.75 | 71.98 | 67.2 | 70.19 | 70.19 | 123,500 |
| 9/29/20 | 70.04 | 76.87 | 68.12 | 74.38 | 74.38 | 165,000 |
| 9/30/20 | 74.52 | 78.73 | 74.52 | 76.36 | 76.36 | 168,400 |
| 10/1/20 | 76.63 | 80.88 | 75.06 | 76.99 | 76.99 | 178,800 |
| 10/2/20 | 75.82 | 78.93 | 74.4 | 78.18 | 78.18 | 163,200 |
| 10/5/20 | 78.63 | 85.5 | 77.93 | 81.62 | 81.62 | 176,600 |
| 10/6/20 | 81.76 | 87.49 | 80.7 | 85.08 | 85.08 | 232,500 |
| 10/7/20 | 85.88 | 89.67 | 85.17 | 86.5 | 86.5 | 136,900 |
| 10/8/20 | 87.3 | 88.19 | 83 | 84.6 | 84.6 | 60,800 |
| 10/9/20 | 85 | 87 | 83.27 | 83.97 | 83.97 | 56,000 |
| 10/12/20 | 83.59 | 84.78 | 82.43 | 83.61 | 83.61 | 67,600 |
| 10/13/20 | 82.52 | 83.7 | 80.68 | 81.05 | 81.05 | 114,500 |
| 10/14/20 | 80.75 | 82.38 | 79.71 | 80.39 | 80.39 | 77,600 |
| 10/15/20 | 80.17 | 80.5 | 75.5 | 77.44 | 77.44 | 148,300 |
| 10/16/20 | 78.47 | 78.95 | 74.36 | 75.11 | 75.11 | 78,000 |
| 10/19/20 | 75.51 | 76.96 | 73.73 | 74.96 | 74.96 | 111,700 |
| 10/20/20 | 76 | 81.21 | 76 | 78.56 | 78.56 | 167,800 |
| 10/21/20 | 78.83 | 80.05 | 75.8 | 77.14 | 77.14 | 90,400 |
| 10/22/20 | 76.86 | 79.33 | 76.52 | 78.56 | 78.56 | 37,600 |
| 10/23/20 | 78.57 | 79.36 | 74.64 | 75.6 | 75.6 | 125,600 |
| 10/26/20 | 75.45 | 75.85 | 73.39 | 73.8 | 73.8 | 82,800 |
| 10/27/20 | 73.07 | 77.61 | 70.65 | 74.75 | 74.75 | 102,100 |
| 10/28/20 | 73.45 | 78.38 | 71.32 | 78.06 | 78.06 | 81,300 |
| 10/29/20 | 78.35 | 79.75 | 74.34 | 75.9 | 75.9 | 113,300 |
| 10/30/20 | 74.73 | 75.48 | 71.53 | 72.57 | 72.57 | 77,700 |
| 11/2/20 | 72.41 | 74.82 | 69 | 70.38 | 70.38 | 82,100 |
| 11/3/20 | 70.38 | 72.39 | 70.38 | 71.96 | 71.96 | 75,700 |
| 11/4/20 | 72.43 | 75.65 | 72.03 | 75.27 | 75.27 | 40,200 |
| 11/5/20 | 75.54 | 80.2 | 75.54 | 79.74 | 79.74 | 50,700 |
| 11/6/20 | 80.54 | 84.75 | 77.82 | 83.45 | 83.45 | 85,900 |
| 11/9/20 | 83 | 87.78 | 82.57 | 87.73 | 87.73 | 101,300 |
| 11/10/20 | 89.56 | 91.25 | 78.76 | 87.06 | 87.06 | 284,200 |
| 11/11/20 | 87.92 | 88.11 | 81.28 | 82.57 | 82.57 | 115,200 |
| 11/12/20 | 83.39 | 91.72 | 82.73 | 90.83 | 90.83 | 163,400 |
| 11/13/20 | 88 | 96.05 | 81.1 | 95 | 95 | 342,600 |
| 11/16/20 | 98.93 | 98.93 | 85.51 | 90.17 | 90.17 | 147,600 |
| 11/17/20 | 87.21 | 87.31 | 83.44 | 86.08 | 86.08 | 158,300 |
| 11/18/20 | 88.3 | 96.17 | 87.31 | 93.01 | 93.01 | 160,000 |
| 11/19/20 | 84.48 | 85.64 | 81.5 | 81.63 | 81.63 | 2,136,900 |
| 11/20/20 | 83.31 | 84.89 | 79.26 | 83.78 | 83.78 | 592,000 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/23/20 | 84.5 | 85.4 | 81.22 | 83.36 | 83.36 | 448,900 |
| 11/24/20 | 83.58 | 84.54 | 80.45 | 82.49 | 82.49 | 208,100 |
| 11/25/20 | 82.14 | 82.14 | 77.02 | 77.98 | 77.98 | 440,900 |
| 11/27/20 | 77.79 | 82.83 | 76.59 | 81.94 | 81.94 | 251,100 |
| 11/30/20 | 81.83 | 84 | 78.53 | 82.86 | 82.86 | 279,200 |
| 12/1/20 | 84.68 | 85.25 | 79.52 | 79.93 | 79.93 | 209,800 |
| 12/2/20 | 80.19 | 80.66 | 76.5 | 79 | 79 | 367,000 |
| 12/3/20 | 78.52 | 79.42 | 76.81 | 77.27 | 77.27 | 273,200 |
| 12/4/20 | 77.58 | 82.16 | 77.44 | 81.28 | 81.28 | 210,500 |
| 12/7/20 | 81.8 | 87.76 | 81.8 | 85.38 | 85.38 | 345,300 |
| 12/8/20 | 87.49 | 89.82 | 83.23 | 89.35 | 89.35 | 323,200 |
| 12/9/20 | 89.97 | 95.97 | 85.86 | 87.62 | 87.62 | 532,800 |
| 12/10/20 | 86.54 | 94.1 | 86.54 | 90 | 90 | 728,800 |
| 12/11/20 | 91.37 | 96.72 | 85.07 | 89.51 | 89.51 | 672,400 |
| 12/14/20 | 89.68 | 92.25 | 82.18 | 82.81 | 82.81 | 369,600 |
| 12/15/20 | 82.97 | 85.53 | 82.5 | 83.57 | 83.57 | 400,200 |
| 12/16/20 | 83.46 | 87.7 | 82.81 | 87.04 | 87.04 | 230,700 |
| 12/17/20 | 87.41 | 91.76 | 86.43 | 88.65 | 88.65 | 393,800 |
| 12/18/20 | 89.29 | 94.97 | 89.29 | 94.21 | 94.21 | 537,500 |
| 12/21/20 | 94 | 104.99 | 92.26 | 103.56 | 103.56 | 556,400 |
| 12/22/20 | 104.6 | 109.78 | 92.24 | 106 | 106 | 895,600 |
| 12/23/20 | 110.93 | 113.53 | 101.28 | 103.45 | 103.45 | 434,700 |
| 12/24/20 | 103.14 | 108.02 | 101.76 | 103.38 | 103.38 | 157,400 |
| 12/28/20 | 106.08 | 106.1 | 98.09 | 98.74 | 98.74 | 426,500 |
| 12/29/20 | 98.5 | 101 | 88.18 | 89.5 | 89.5 | 538,400 |
| 12/30/20 | 92.24 | 100 | 91.31 | 92 | 92 | 338,200 |
| 12/31/20 | 92.11 | 93.84 | 84.82 | 89.41 | 89.41 | 441,800 |
| 1/4/21 | 90.5 | 90.94 | 80.34 | 83.54 | 83.54 | 641,100 |
| 1/5/21 | 83.17 | 93.02 | 83.17 | 88.65 | 88.65 | 652,900 |
| 1/6/21 | 91.77 | 91.77 | 85.54 | 87.8 | 87.8 | 499,400 |
| 1/7/21 | 90.44 | 91.71 | 87 | 89.06 | 89.06 | 1,048,000 |
| 1/8/21 | 93.76 | 98.39 | 87.83 | 88.85 | 88.85 | 889,400 |
| 1/11/21 | 88.53 | 91.04 | 85.4 | 89.26 | 89.26 | 511,800 |
| 1/12/21 | 89.23 | 92.58 | 87.48 | 87.75 | 87.75 | 514,200 |
| 1/13/21 | 87.76 | 87.8 | 78.97 | 83.71 | 83.71 | 2,724,600 |
| 1/14/21 | 84.45 | 86.14 | 84 | 85.42 | 85.42 | 1,173,900 |
| 1/15/21 | 85.84 | 90.09 | 82.65 | 83.75 | 83.75 | 1,415,200 |
| 1/19/21 | 84.27 | 84.54 | 79.61 | 80.83 | 80.83 | 1,355,100 |
| 1/20/21 | 81.08 | 85.09 | 79.5 | 82.78 | 82.78 | 1,312,100 |
| 1/21/21 | 82.96 | 83.28 | 80.67 | 83.01 | 83.01 | 834,000 |
| 1/22/21 | 81.93 | 82.32 | 79.73 | 81.03 | 81.03 | 1,217,900 |
| 1/25/21 | 81.74 | 83.37 | 79.07 | 79.95 | 79.95 | 1,147,200 |
| 1/26/21 | 80.21 | 80.28 | 72.93 | 73.22 | 73.22 | 1,875,200 |
| 1/27/21 | 74.8 | 79.67 | 70.01 | 71.34 | 71.34 | 1,576,600 |
| 1/28/21 | 70.3 | 75.05 | 70.1 | 74.55 | 74.55 | 1,615,000 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/29/21 | 75 | 76.1 | 71.02 | 72 | 72 | 613,500 |
| 2/1/21 | 71.97 | 74.79 | 71.2 | 71.86 | 71.86 | 1,161,200 |
| 2/2/21 | 72.71 | 79.22 | 72.49 | 77.18 | 77.18 | 1,542,800 |
| 2/3/21 | 78.02 | 79.01 | 74.9 | 76.97 | 76.97 | 755,400 |
| 2/4/21 | 77.5 | 77.94 | 75.66 | 77.6 | 77.6 | 435,200 |
| 2/5/21 | 77.6 | 79.37 | 76.08 | 78.31 | 78.31 | 853,900 |
| 2/8/21 | 78.4 | 79.28 | 73.5 | 79.01 | 79.01 | 996,300 |
| 2/9/21 | 79 | 80.75 | 78.05 | 80 | 80 | 856,700 |
| 2/10/21 | 80.99 | 82.42 | 77 | 78.62 | 78.62 | 579,100 |
| 2/11/21 | 79.23 | 80.08 | 77.16 | 78.81 | 78.81 | 532,900 |
| 2/12/21 | 79.8 | 80.01 | 78.6 | 79.98 | 79.98 | 529,600 |
| 2/16/21 | 80.88 | 80.89 | 76.43 | 76.62 | 76.62 | 454,400 |
| 2/17/21 | 75.55 | 76.2 | 73.3 | 74.55 | 74.55 | 400,500 |
| 2/18/21 | 73.57 | 73.98 | 70.35 | 73.02 | 73.02 | 710,500 |
| 2/19/21 | 73.13 | 74.4 | 71.67 | 72.02 | 72.02 | 378,100 |
| 2/22/21 | 71.6 | 74.17 | 68.89 | 69.34 | 69.34 | 616,000 |
| 2/23/21 | 66.5 | 71.77 | 61.01 | 67.83 | 67.83 | 1,304,300 |
| 2/24/21 | 68.83 | 71.16 | 66.74 | 67.5 | 67.5 | 875,200 |
| 2/25/21 | 67.75 | 67.78 | 61.2 | 61.91 | 61.91 | 1,172,900 |
| 2/26/21 | 62.28 | 65.42 | 61.8 | 61.97 | 61.97 | 1,963,200 |
| 3/1/21 | 62.16 | 62.8 | 56.87 | 62.3 | 62.3 | 2,352,600 |
| 3/2/21 | 65.03 | 65.2 | 61.71 | 61.85 | 61.85 | 1,868,900 |
| 3/3/21 | 63.65 | 63.65 | 58.66 | 58.78 | 58.78 | 1,483,400 |
| 3/4/21 | 57.77 | 57.81 | 52.71 | 53.72 | 53.72 | 2,158,300 |
| 3/5/21 | 54 | 54.69 | 47.28 | 49.74 | 49.74 | 3,064,400 |
| 3/8/21 | 50.13 | 52.69 | 47.39 | 47.82 | 47.82 | 1,637,300 |
| 3/9/21 | 50 | 54.69 | 49.97 | 53.31 | 53.31 | 1,262,200 |
| 3/10/21 | 52.55 | 55.37 | 52 | 53.09 | 53.09 | 1,721,400 |
| 3/11/21 | 55.62 | 55.83 | 53.63 | 55.45 | 55.45 | 1,118,700 |
| 3/12/21 | 54.3 | 55.05 | 53.12 | 54.24 | 54.24 | 826,100 |
| 3/15/21 | 54.17 | 55.18 | 52.75 | 54.26 | 54.26 | 1,125,100 |
| 3/16/21 | 55.01 | 55.36 | 52.94 | 54.21 | 54.21 | 1,235,000 |
| 3/17/21 | 53.25 | 55.5 | 53.24 | 54.87 | 54.87 | 1,245,000 |
| 3/18/21 | 54.15 | 54.7 | 49.47 | 49.89 | 49.89 | 1,702,800 |
| 3/19/21 | 50.3 | 52.35 | 48.62 | 48.81 | 48.81 | 2,368,200 |
| 3/22/21 | 49.98 | 51.94 | 49.71 | 51.14 | 51.14 | 1,274,500 |
| 3/23/21 | 51.06 | 51.38 | 48.82 | 49.4 | 49.4 | 1,188,100 |
| 3/24/21 | 49.59 | 49.97 | 46.23 | 47.15 | 47.15 | 1,441,200 |
| 3/25/21 | 45.5 | 46.62 | 43.88 | 45.45 | 45.45 | 1,203,600 |
| 3/26/21 | 45.57 | 47.04 | 42.55 | 44.78 | 44.78 | 2,224,300 |
| 3/29/21 | 44.8 | 45.49 | 43.2 | 44.49 | 44.49 | 789,000 |
| 3/30/21 | 44 | 45.76 | 42.03 | 44.33 | 44.33 | 918,400 |
| 3/31/21 | 44.93 | 50.59 | 44.37 | 50.23 | 50.23 | 1,162,000 |
| 4/1/21 | 50.64 | 52.33 | 47.77 | 48.86 | 48.86 | 1,661,900 |
| 4/5/21 | 50.06 | 51.54 | 49.4 | 51.3 | 51.3 | 644,300 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 4/6/21 | 51.17 | 51.61 | 48.6 | 50.46 | 50.46 | 669,400 |
| 4/7/21 | 50.19 | 51.65 | 49.77 | 50.79 | 50.79 | 538,800 |
| 4/8/21 | 51.71 | 52.26 | 48.01 | 49.08 | 49.08 | 1,052,000 |
| 4/9/21 | 48.92 | 48.92 | 46.68 | 47.24 | 47.24 | 502,800 |
| 4/12/21 | 47.47 | 48.2 | 45.9 | 47.64 | 47.64 | 940,000 |
| 4/13/21 | 47.73 | 49.23 | 47.15 | 48.78 | 48.78 | 554,200 |
| 4/14/21 | 49.28 | 50.54 | 47.36 | 48.43 | 48.43 | 436,600 |
| 4/15/21 | 48.98 | 50.16 | 48.95 | 49.07 | 49.07 | 320,800 |
| 4/16/21 | 48.84 | 48.84 | 46.7 | 47.93 | 47.93 | 411,100 |
| 4/19/21 | 47.17 | 47.85 | 45.51 | 46.88 | 46.88 | 409,000 |
| 4/20/21 | 46.96 | 47.58 | 45.29 | 46.76 | 46.76 | 457,900 |
| 4/21/21 | 46.43 | 48.02 | 45.62 | 48.02 | 48.02 | 357,500 |
| 4/22/21 | 48.96 | 49.59 | 47.53 | 48.85 | 48.85 | 405,900 |
| 4/23/21 | 49.19 | 50.62 | 48.8 | 50.04 | 50.04 | 553,000 |
| 4/26/21 | 50.5 | 53 | 50 | 52.99 | 52.99 | 922,300 |
| 4/27/21 | 52.98 | 52.98 | 50.75 | 52.8 | 52.8 | 679,400 |
| 4/28/21 | 52.38 | 53.42 | 51.74 | 52.95 | 52.95 | 509,400 |
| 4/29/21 | 53.16 | 53.21 | 49.21 | 50.38 | 50.38 | 417,800 |
| 4/30/21 | 49.94 | 50.59 | 48.73 | 49.11 | 49.11 | 428,300 |
| 5/3/21 | 49.2 | 49.82 | 48.84 | 49.31 | 49.31 | 434,800 |
| 5/4/21 | 48.58 | 49 | 46.79 | 48.19 | 48.19 | 503,000 |
| 5/5/21 | 48.58 | 50.45 | 47.81 | 49.12 | 49.12 | 603,900 |
| 5/6/21 | 48.91 | 48.91 | 45.82 | 47.92 | 47.92 | 1,450,000 |
| 5/7/21 | 49.6 | 49.78 | 46.38 | 46.5 | 46.5 | 826,100 |
| 5/10/21 | 45.61 | 47.72 | 44.64 | 45.54 | 45.54 | 1,272,200 |
| 5/11/21 | 42.92 | 44.12 | 40.22 | 43.13 | 43.13 | 2,536,700 |
| 5/12/21 | 41.94 | 43.61 | 39.22 | 39.53 | 39.53 | 1,318,300 |
| 5/13/21 | 39.72 | 40 | 35.51 | 36.4 | 36.4 | 1,615,300 |
| 5/14/21 | 37.08 | 37.71 | 35.81 | 37.13 | 37.13 | 1,661,100 |
| 5/17/21 | 36.81 | 38.17 | 35.81 | 38.13 | 38.13 | 1,056,000 |
| 5/18/21 | 38 | 39.85 | 37.47 | 39.09 | 39.09 | 1,066,100 |
| 5/19/21 | 38.5 | 40.32 | 37.52 | 39.93 | 39.93 | 621,400 |
| 5/20/21 | 40.44 | 42.98 | 39.74 | 42.2 | 42.2 | 720,600 |
| 5/21/21 | 42.38 | 43.28 | 41.21 | 42.53 | 42.53 | 446,500 |
| 5/24/21 | 42.9 | 43.65 | 42.04 | 42.18 | 42.18 | 482,500 |
| 5/25/21 | 42.53 | 43.81 | 41.66 | 42.57 | 42.57 | 336,300 |
| 5/26/21 | 42.44 | 43.96 | 42.44 | 43.82 | 43.82 | 354,600 |
| 5/27/21 | 43.77 | 45.33 | 42.65 | 44.93 | 44.93 | 441,200 |
| 5/28/21 | 44.9 | 46.4 | 43.26 | 43.5 | 43.5 | 739,000 |
| 6/1/21 | 43.58 | 44.31 | 39.8 | 42.34 | 42.34 | 660,100 |
| 6/2/21 | 41.98 | 42.77 | 41.37 | 41.84 | 41.84 | 523,600 |
| 6/3/21 | 41.04 | 41.7 | 40.01 | 40.42 | 40.42 | 845,500 |
| 6/4/21 | 40.99 | 41.7 | 40.67 | 40.84 | 40.84 | 418,800 |
| 6/7/21 | 41.86 | 43.46 | 41.13 | 43.26 | 43.26 | 864,300 |
| 6/8/21 | 44.47 | 45.9 | 42.92 | 43.54 | 43.54 | 950,900 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|------|-------|-----------|--------|
| 6/9/21 | 44.24 | 47.87 | 44.24 | 47.01 | 47.01 | 1,222,000 |
| 6/10/21 | 46.88 | 48.1 | 45.66 | 47.29 | 47.29 | 1,136,400 |
| 6/11/21 | 47.29 | 49.04 | 46.71 | 48.8 | 48.8 | 840,100 |
| 6/14/21 | 49.03 | 49.62 | 46.33 | 48.18 | 48.18 | 818,800 |
| 6/15/21 | 48.17 | 48.59 | 45.74 | 46.45 | 46.45 | 499,100 |
| 6/16/21 | 46.38 | 47 | 44.06 | 46.69 | 46.69 | 874,500 |
| 6/17/21 | 46.54 | 49.88 | 45.95 | 49.4 | 49.4 | 1,136,700 |
| 6/18/21 | 49.14 | 50.15 | 47.07 | 48.62 | 48.62 | 1,600,600 |
| 6/21/21 | 48.45 | 49.95 | 47.66 | 49.35 | 49.35 | 869,400 |
| 6/22/21 | 49.58 | 50.12 | 48.27 | 49.95 | 49.95 | 560,500 |
| 6/23/21 | 49.75 | 50.2 | 49.08 | 49.67 | 49.67 | 568,200 |
| 6/24/21 | 49.88 | 51.24 | 47.59 | 48.62 | 48.62 | 801,500 |
| 6/25/21 | 48.56 | 48.9 | 46.9 | 48.1 | 48.1 | 6,558,100 |
| 6/28/21 | 48.95 | 50 | 48.21 | 49.19 | 49.19 | 803,000 |
| 6/29/21 | 48.09 | 49.63 | 45.7 | 45.98 | 45.98 | 783,100 |
| 6/30/21 | 46.19 | 46.24 | 44.6 | 44.81 | 44.81 | 442,900 |
| 7/1/21 | 44.96 | 47.86 | 44.4 | 47.19 | 47.19 | 750,200 |
| 7/2/21 | 47.3 | 47.41 | 44.65 | 45.34 | 45.34 | 598,600 |
| 7/6/21 | 45.4 | 47.53 | 44.89 | 47.44 | 47.44 | 714,400 |
| 7/7/21 | 47.55 | 47.57 | 45.29 | 47.05 | 47.05 | 943,600 |
| 7/8/21 | 45.72 | 46.54 | 44.6 | 46.29 | 46.29 | 714,900 |
| 7/9/21 | 46.26 | 48.29 | 45.85 | 47.91 | 47.91 | 451,200 |
| 7/12/21 | 48.08 | 48.75 | 46.27 | 46.39 | 46.39 | 488,200 |
| 7/13/21 | 46.25 | 46.28 | 44.84 | 45.04 | 45.04 | 456,100 |
| 7/14/21 | 45.32 | 45.78 | 42.28 | 43 | 43 | 756,900 |
| 7/15/21 | 42.63 | 43.72 | 41.31 | 42.7 | 42.7 | 442,200 |
| 7/16/21 | 43.17 | 45.75 | 42.34 | 44.68 | 44.68 | 682,400 |
| 7/19/21 | 43.66 | 45.3 | 42.7 | 44.82 | 44.82 | 411,100 |
| 7/20/21 | 45.1 | 48.52 | 44.32 | 48.4 | 48.4 | 792,100 |
| 7/21/21 | 48.56 | 50.32 | 47.52 | 50.03 | 50.03 | 889,200 |
| 7/22/21 | 50.1 | 51.28 | 48.85 | 48.85 | 48.85 | 400,400 |
| 7/23/21 | 48.85 | 49.22 | 46.55 | 48.06 | 48.06 | 283,700 |
| 7/26/21 | 48 | 48.38 | 45.93 | 46.43 | 46.43 | 389,500 |
| 7/27/21 | 45.9 | 46 | 42.82 | 44.16 | 44.16 | 549,800 |
| 7/28/21 | 45.18 | 47.5 | 44.59 | 46.53 | 46.53 | 642,900 |
| 7/29/21 | 46.97 | 47.39 | 46.05 | 46.56 | 46.56 | 252,300 |
| 7/30/21 | 45.69 | 46.89 | 45.2 | 45.58 | 45.58 | 225,900 |
| 8/2/21 | 45.81 | 47.67 | 44.62 | 46.26 | 46.26 | 268,500 |
| 8/3/21 | 45.76 | 46.92 | 44.01 | 44.72 | 44.72 | 383,800 |
| 8/4/21 | 44.54 | 46.13 | 44.1 | 45.8 | 45.8 | 167,300 |
| 8/5/21 | 45.57 | 47.39 | 44.75 | 46.92 | 46.92 | 298,100 |
| 8/6/21 | 46.68 | 46.9 | 43.91 | 44.16 | 44.16 | 329,000 |
| 8/9/21 | 44.4 | 45.89 | 44.21 | 44.62 | 44.62 | 256,300 |
| 8/10/21 | 44.95 | 45.28 | 43.28 | 43.79 | 43.79 | 697,000 |
| 8/11/21 | 41.3 | 41.75 | 35.86 | 39.65 | 39.65 | 2,055,300 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 8/12/21 | 39.55 | 41.92 | 39.25 | 40.19 | 40.19 | 847,300 |
| 8/13/21 | 40.17 | 41.81 | 40.01 | 41 | 41 | 562,900 |
| 8/16/21 | 39.26 | 40.79 | 38.38 | 39.24 | 39.24 | 1,264,600 |
| 8/17/21 | 38.5 | 40.22 | 36.68 | 37.33 | 37.33 | 1,557,500 |
| 8/18/21 | 37.39 | 37.55 | 35.76 | 36.38 | 36.38 | 804,600 |
| 8/19/21 | 36 | 36.4 | 34.19 | 34.84 | 34.84 | 757,700 |
| 8/20/21 | 34.86 | 35.48 | 34.24 | 34.68 | 34.68 | 793,200 |
| 8/23/21 | 35.25 | 35.85 | 34.22 | 34.5 | 34.5 | 2,154,900 |
| 8/24/21 | 34.51 | 36.47 | 34.03 | 36.19 | 36.19 | 3,148,100 |
| 8/25/21 | 36.4 | 37.12 | 34.94 | 35.34 | 35.34 | 981,100 |
| 8/26/21 | 35.1 | 35.85 | 34.15 | 34.51 | 34.51 | 1,400,800 |
| 8/27/21 | 34.7 | 35.25 | 33.91 | 34.02 | 34.02 | 1,039,200 |
| 8/30/21 | 34.25 | 37.35 | 33.85 | 36.8 | 36.8 | 1,190,600 |
| 8/31/21 | 36.7 | 37.05 | 34.41 | 35.56 | 35.56 | 1,088,300 |
| 9/1/21 | 35.72 | 36.5 | 35.12 | 35.43 | 35.43 | 903,600 |
| 9/2/21 | 35.63 | 37.32 | 34.89 | 36.92 | 36.92 | 986,200 |
| 9/3/21 | 36.73 | 37.86 | 36.32 | 36.71 | 36.71 | 320,000 |
| 9/7/21 | 36.61 | 37.47 | 36.1 | 37.35 | 37.35 | 495,600 |
| 9/8/21 | 37.48 | 37.49 | 35.06 | 36.04 | 36.04 | 519,800 |
| 9/9/21 | 35.24 | 37.22 | 35.24 | 35.86 | 35.86 | 614,600 |
| 9/10/21 | 35.86 | 36.5 | 35.14 | 35.3 | 35.3 | 523,000 |
| 9/13/21 | 35.44 | 35.44 | 33.64 | 33.86 | 33.86 | 942,900 |
| 9/14/21 | 34.17 | 34.64 | 32.54 | 32.76 | 32.76 | 1,055,400 |
| 9/15/21 | 29.57 | 29.8 | 24.66 | 26.62 | 26.62 | 7,414,600 |
| 9/16/21 | 25.67 | 25.91 | 19.21 | 23.53 | 23.53 | 15,443,500 |
| 9/17/21 | 24.64 | 27.48 | 22.84 | 27.11 | 27.11 | 9,162,000 |
| 9/20/21 | 25.25 | 27.18 | 24.75 | 25.35 | 25.35 | 3,680,800 |
| 9/21/21 | 25.75 | 26.25 | 24.72 | 24.75 | 24.75 | 2,118,600 |
| 9/22/21 | 24.67 | 24.7 | 23.03 | 23.15 | 23.15 | 1,743,100 |
| 9/23/21 | 23.53 | 23.54 | 21.52 | 21.95 | 21.95 | 4,013,000 |
| 9/24/21 | 22.11 | 22.23 | 21.31 | 21.42 | 21.42 | 1,953,300 |
| 9/27/21 | 21.4 | 21.62 | 20.47 | 21.25 | 21.25 | 1,647,600 |
| 9/28/21 | 21.15 | 21.39 | 20 | 20.47 | 20.47 | 1,730,100 |
| 9/29/21 | 20.57 | 20.77 | 19.39 | 19.5 | 19.5 | 1,200,700 |
| 9/30/21 | 19.6 | 20.31 | 19.29 | 19.56 | 19.56 | 1,304,400 |
| 10/1/21 | 19.75 | 19.88 | 19.01 | 19.66 | 19.66 | 1,104,500 |
| 10/4/21 | 19.48 | 19.8 | 18.06 | 18.42 | 18.42 | 1,500,100 |
| 10/5/21 | 18.48 | 19.5 | 18.31 | 19.2 | 19.2 | 909,500 |
| 10/6/21 | 18.73 | 19.35 | 18.43 | 18.53 | 18.53 | 876,700 |
| 10/7/21 | 18.61 | 19.58 | 18.46 | 18.8 | 18.8 | 775,900 |
| 10/8/21 | 18.74 | 18.88 | 18.01 | 18.09 | 18.09 | 949,900 |
| 10/11/21 | 18.06 | 19.21 | 17.82 | 18.56 | 18.56 | 1,189,700 |
| 10/12/21 | 19.66 | 21.67 | 19.3 | 21 | 21 | 3,606,400 |
| 10/13/21 | 21.18 | 22.64 | 20.41 | 22.43 | 22.43 | 3,249,900 |
| 10/14/21 | 22.79 | 24.42 | 22.61 | 24.02 | 24.02 | 2,423,600 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 10/15/21 | 24.4 | 25.66 | 23.8 | 25.5 | 25.5 | 3,432,400 |
| 10/18/21 | 25.23 | 25.69 | 23.65 | 24.61 | 24.61 | 2,277,700 |
| 10/19/21 | 24.6 | 26.29 | 24.58 | 25.74 | 25.74 | 1,120,600 |
| 10/20/21 | 25.73 | 26 | 25.15 | 25.6 | 25.6 | 879,900 |
| 10/21/21 | 25.41 | 26 | 25.05 | 25.47 | 25.47 | 758,200 |
| 10/22/21 | 25 | 25.48 | 24.15 | 24.7 | 24.7 | 1,618,500 |
| 10/25/21 | 24.71 | 25.33 | 24.1 | 25.21 | 25.21 | 575,600 |
| 10/26/21 | 25.5 | 26 | 24.24 | 24.27 | 24.27 | 687,300 |
| 10/27/21 | 24.15 | 24.49 | 22.51 | 23.13 | 23.13 | 795,000 |
| 10/28/21 | 23.14 | 24.16 | 22.9 | 23.96 | 23.96 | 452,500 |
| 10/29/21 | 23.85 | 24.03 | 23.1 | 23.25 | 23.25 | 414,700 |
| 11/1/21 | 23.29 | 24.84 | 23.25 | 24.49 | 24.49 | 670,600 |
| 11/2/21 | 24.42 | 24.5 | 23.73 | 23.87 | 23.87 | 510,400 |
| 11/3/21 | 23.65 | 24.52 | 23.46 | 24.45 | 24.45 | 578,000 |
| 11/4/21 | 24.19 | 26.28 | 22.75 | 23.95 | 23.95 | 1,445,400 |
| 11/5/21 | 23.84 | 24.84 | 23.7 | 24.42 | 24.42 | 652,000 |
| 11/8/21 | 24.21 | 25.24 | 24.21 | 24.55 | 24.55 | 607,000 |
| 11/9/21 | 24.5 | 24.9 | 24.04 | 24.52 | 24.52 | 850,700 |
| 11/10/21 | 25.14 | 26.75 | 24.22 | 25.15 | 25.15 | 1,580,700 |
| 11/11/21 | 25.26 | 26.03 | 24.92 | 25.61 | 25.61 | 722,200 |
| 11/12/21 | 25.66 | 26.24 | 25.03 | 25.68 | 25.68 | 610,200 |
| 11/15/21 | 26.05 | 26.67 | 24.45 | 24.72 | 24.72 | 705,700 |
| 11/16/21 | 24.59 | 25.58 | 24.38 | 25.52 | 25.52 | 503,600 |
| 11/17/21 | 25.47 | 25.6 | 24.38 | 24.64 | 24.64 | 467,800 |
| 11/18/21 | 24.66 | 24.69 | 22.79 | 23.02 | 23.02 | 893,900 |
| 11/19/21 | 23.04 | 24.32 | 22.99 | 23.72 | 23.72 | 733,000 |
| 11/22/21 | 23.76 | 23.76 | 21.73 | 21.93 | 21.93 | 885,000 |
| 11/23/21 | 21.51 | 22.01 | 20.64 | 21.75 | 21.75 | 784,800 |
| 11/24/21 | 19.62 | 20.86 | 19.5 | 20.59 | 20.59 | 997,200 |
| 11/26/21 | 20.1 | 20.8 | 19.76 | 20.22 | 20.22 | 442,300 |
| 11/29/21 | 20.53 | 20.65 | 19.32 | 20.11 | 20.11 | 628,500 |
| 11/30/21 | 20.11 | 21.22 | 20.03 | 20.87 | 20.87 | 979,000 |
| 12/1/21 | 21.2 | 21.53 | 19.57 | 19.65 | 19.65 | 717,200 |
| 12/2/21 | 19.55 | 21.08 | 19.18 | 20.45 | 20.45 | 732,700 |
| 12/3/21 | 20.64 | 20.7 | 18.34 | 19.04 | 19.04 | 1,873,500 |
| 12/6/21 | 18.95 | 19.89 | 18.35 | 19.27 | 19.27 | 835,800 |
| 12/7/21 | 20 | 21.69 | 19.96 | 20.99 | 20.99 | 1,231,600 |
| 12/8/21 | 20.8 | 21.23 | 19.28 | 20.5 | 20.5 | 865,800 |
| 12/9/21 | 20.44 | 20.45 | 18.5 | 18.53 | 18.53 | 1,142,200 |
| 12/10/21 | 18.65 | 19.72 | 17.73 | 17.96 | 17.96 | 826,000 |
| 12/13/21 | 17.96 | 18.64 | 17.23 | 17.82 | 17.82 | 705,600 |
| 12/14/21 | 17.43 | 18.29 | 16.96 | 17.39 | 17.39 | 627,400 |
| 12/15/21 | 17.4 | 18.7 | 16.89 | 18.61 | 18.61 | 1,589,400 |
| 12/16/21 | 18.99 | 19.82 | 17.45 | 17.86 | 17.86 | 1,125,500 |
| 12/17/21 | 17.83 | 19.56 | 17.42 | 18.98 | 18.98 | 1,515,400 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 12/20/21 | 18.5 | 19.76 | 17.93 | 19.16 | 19.16 | 854,800 |
| 12/21/21 | 19.36 | 20.65 | 19.35 | 20.63 | 20.63 | 670,900 |
| 12/22/21 | 20.58 | 21.66 | 19.92 | 20.34 | 20.34 | 702,200 |
| 12/23/21 | 20.15 | 20.35 | 18.98 | 19.09 | 19.09 | 1,003,300 |
| 12/27/21 | 18.94 | 19.43 | 18.32 | 18.74 | 18.74 | 714,800 |
| 12/28/21 | 18.82 | 19.5 | 17.76 | 17.95 | 17.95 | 1,073,500 |
| 12/29/21 | 17.96 | 18 | 17.2 | 17.57 | 17.57 | 749,800 |
| 12/30/21 | 17.47 | 19.45 | 17.47 | 18.6 | 18.6 | 1,091,600 |
| 12/31/21 | 18.83 | 19.08 | 18.05 | 18.18 | 18.18 | 560,300 |
| 1/3/22 | 18.39 | 19.34 | 18.05 | 19.26 | 19.26 | 792,300 |
| 1/4/22 | 19.21 | 19.21 | 17.39 | 18.34 | 18.34 | 786,100 |
| 1/5/22 | 17.85 | 18.44 | 16.2 | 16.27 | 16.27 | 1,377,600 |
| 1/6/22 | 11.13 | 12.23 | 9.7 | 9.88 | 9.88 | 11,809,500 |
| 1/7/22 | 9.79 | 10.35 | 9.4 | 9.62 | 9.62 | 5,488,600 |
| 1/10/22 | 9.5 | 10.06 | 9.05 | 10.03 | 10.03 | 3,998,700 |
| 1/11/22 | 10.01 | 10.8 | 9.86 | 10.64 | 10.64 | 2,513,600 |
| 1/12/22 | 10.66 | 10.99 | 9.87 | 9.9 | 9.9 | 2,909,900 |
| 1/13/22 | 9.89 | 10.02 | 9.43 | 9.51 | 9.51 | 1,057,700 |
| 1/14/22 | 9.35 | 9.93 | 9.12 | 9.67 | 9.67 | 1,057,400 |
| 1/18/22 | 9.4 | 10.04 | 9.34 | 9.54 | 9.54 | 1,936,300 |
| 1/19/22 | 9.65 | 10.08 | 9.11 | 9.17 | 9.17 | 3,204,600 |
| 1/20/22 | 9.44 | 10.5 | 9.08 | 9.2 | 9.2 | 2,381,200 |
| 1/21/22 | 9.05 | 9.54 | 8.57 | 8.89 | 8.89 | 2,224,700 |
| 1/24/22 | 8.65 | 9.34 | 8.01 | 9.29 | 9.29 | 1,650,500 |
| 1/25/22 | 8.95 | 9.28 | 8.51 | 8.79 | 8.79 | 2,037,000 |
| 1/26/22 | 9.08 | 9.61 | 8.34 | 8.44 | 8.44 | 1,020,200 |
| 1/27/22 | 8.62 | 8.86 | 8.12 | 8.2 | 8.2 | 1,267,000 |
| 1/28/22 | 8.16 | 8.8 | 7.88 | 8.77 | 8.77 | 1,837,400 |
| 1/31/22 | 8.78 | 9.96 | 8.78 | 9.71 | 9.71 | 1,256,300 |
| 2/1/22 | 9.81 | 10.29 | 9.22 | 10 | 10 | 3,306,600 |
| 2/2/22 | 10.11 | 10.23 | 9.16 | 9.24 | 9.24 | 991,100 |
| 2/3/22 | 8.92 | 9.28 | 8.33 | 8.33 | 8.33 | 956,300 |
| 2/4/22 | 8.33 | 8.7 | 7.94 | 8.46 | 8.46 | 984,100 |
| 2/7/22 | 8.42 | 9.03 | 8.15 | 8.23 | 8.23 | 3,026,800 |
| 2/8/22 | 8.15 | 8.39 | 7.9 | 8.01 | 8.01 | 1,077,000 |
| 2/9/22 | 8.2 | 8.59 | 8.12 | 8.38 | 8.38 | 1,199,500 |
| 2/10/22 | 8.09 | 8.48 | 7.75 | 7.88 | 7.88 | 1,979,400 |
| 2/11/22 | 7.92 | 8.25 | 7.38 | 7.56 | 7.56 | 1,132,000 |
| 2/14/22 | 7.54 | 8 | 7.21 | 7.37 | 7.37 | 2,901,800 |
| 2/15/22 | 7.59 | 7.8 | 7.36 | 7.63 | 7.63 | 1,642,400 |
| 2/16/22 | 7.51 | 7.63 | 7.28 | 7.51 | 7.51 | 959,800 |
| 2/17/22 | 7.36 | 7.43 | 6.81 | 6.86 | 6.86 | 1,188,700 |
| 2/18/22 | 6.85 | 7.1 | 6.68 | 6.86 | 6.86 | 1,064,800 |
| 2/22/22 | 6.75 | 6.95 | 6.52 | 6.66 | 6.66 | 1,319,700 |
| 2/23/22 | 6.75 | 6.85 | 6.31 | 6.34 | 6.34 | 1,169,400 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 2/24/22 | 6 | 7.16 | 6 | 7.11 | 7.11 | 3,100,000 |
| 2/25/22 | 7.07 | 7.45 | 7 | 7.42 | 7.42 | 1,281,500 |
| 2/28/22 | 7.4 | 7.8 | 7.3 | 7.67 | 7.67 | 1,745,500 |
| 3/1/22 | 7.51 | 7.86 | 7.47 | 7.57 | 7.57 | 1,579,800 |
| 3/2/22 | 7.65 | 7.65 | 6.97 | 7.13 | 7.13 | 823,000 |
| 3/3/22 | 7.26 | 7.27 | 6.57 | 6.67 | 6.67 | 967,600 |
| 3/4/22 | 6.6 | 6.8 | 6.12 | 6.22 | 6.22 | 1,460,900 |
| 3/7/22 | 6.19 | 6.44 | 5.83 | 5.92 | 5.92 | 1,530,000 |
| 3/8/22 | 5.92 | 6.44 | 5.73 | 5.93 | 5.93 | 1,706,700 |
| 3/9/22 | 6.23 | 6.44 | 6.11 | 6.31 | 6.31 | 2,394,000 |
| 3/10/22 | 6.28 | 6.28 | 5.47 | 5.69 | 5.69 | 1,448,100 |
| 3/11/22 | 5.77 | 5.79 | 5.08 | 5.12 | 5.12 | 1,216,000 |
| 3/14/22 | 5.5 | 5.76 | 5.16 | 5.26 | 5.26 | 1,711,200 |
| 3/15/22 | 5.3 | 5.41 | 5.1 | 5.38 | 5.38 | 1,492,500 |
| 3/16/22 | 5.76 | 6.49 | 5.72 | 6.48 | 6.48 | 2,360,800 |
| 3/17/22 | 6.38 | 6.95 | 6.22 | 6.9 | 6.9 | 1,526,000 |
| 3/18/22 | 6.81 | 7.69 | 6.75 | 7.64 | 7.64 | 2,765,400 |
| 3/21/22 | 7.61 | 7.62 | 6.89 | 7.05 | 7.05 | 1,791,100 |
| 3/22/22 | 7.04 | 7.62 | 7.01 | 7.39 | 7.39 | 1,263,000 |
| 3/23/22 | 7.3 | 7.5 | 6.98 | 7.09 | 7.09 | 657,400 |
| 3/24/22 | 7.16 | 7.37 | 6.66 | 7.03 | 7.03 | 700,600 |
| 3/25/22 | 7.08 | 7.09 | 6.57 | 6.77 | 6.77 | 681,000 |
| 3/28/22 | 6.82 | 7.07 | 6.52 | 6.77 | 6.77 | 737,900 |
| 3/29/22 | 7 | 7.79 | 6.99 | 7.66 | 7.66 | 1,610,400 |
| 3/30/22 | 7.5 | 7.74 | 7.06 | 7.14 | 7.14 | 753,500 |
| 3/31/22 | 7.12 | 7.39 | 7.07 | 7.11 | 7.11 | 716,900 |
| 4/1/22 | 7.14 | 7.44 | 7.05 | 7.33 | 7.33 | 695,800 |
| 4/4/22 | 7.4 | 7.58 | 7.24 | 7.34 | 7.34 | 565,100 |
| 4/5/22 | 7.35 | 7.4 | 6.61 | 6.69 | 6.69 | 875,300 |
| 4/6/22 | 6.52 | 6.54 | 6.1 | 6.43 | 6.43 | 793,200 |
| 4/7/22 | 6.45 | 6.47 | 6.05 | 6.34 | 6.34 | 755,400 |
| 4/8/22 | 6.27 | 6.3 | 5.91 | 6.01 | 6.01 | 674,400 |
| 4/11/22 | 5.85 | 6.08 | 5.73 | 5.98 | 5.98 | 1,012,100 |
| 4/12/22 | 6.15 | 6.65 | 6 | 6.1 | 6.1 | 886,700 |
| 4/13/22 | 6.02 | 6.45 | 5.99 | 6.32 | 6.32 | 617,900 |
| 4/14/22 | 6.37 | 6.41 | 5.84 | 5.94 | 5.94 | 713,800 |
| 4/18/22 | 5.96 | 5.96 | 5.52 | 5.59 | 5.59 | 862,200 |
| 4/19/22 | 5.52 | 6.07 | 5.48 | 5.82 | 5.82 | 833,600 |
| 4/20/22 | 5.94 | 5.97 | 5.49 | 5.68 | 5.68 | 732,300 |
| 4/21/22 | 5.77 | 6.08 | 5.28 | 5.36 | 5.36 | 820,700 |
| 4/22/22 | 5.36 | 5.52 | 5.23 | 5.29 | 5.29 | 621,800 |
| 4/25/22 | 5.27 | 5.76 | 5.25 | 5.65 | 5.65 | 865,700 |
| 4/26/22 | 5.58 | 5.66 | 5.29 | 5.37 | 5.37 | 757,000 |
| 4/27/22 | 5.25 | 5.5 | 5.11 | 5.15 | 5.15 | 728,800 |
| 4/28/22 | 5.21 | 5.33 | 4.55 | 5.08 | 5.08 | 1,302,000 |

**Berkeley Lights, Inc. (BLI) Share Price Data**

| Date | Open | High | Low | Close | Adj Close | Volume |
|------|------|------|-----|-------|-----------|--------|
| 4/29/22 | 5.09 | 5.38 | 4.97 | 4.98 | 4.98 | 685,500 |