MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
Robert L. Dell Angelo (SBN 160409)
John M. Gildersleeve (SBN 284618)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*robert.dellangelo@mto.com*
*john.gildersleeve@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants Berkeley Lights,
Inc., Eric D. Hobbs, Shaun M. Holt, Kurt
Wood, Igor Khandros, Michael Marks,
Sarah Boyce, Gregory Lucier, Michael
Moritz, Elizabeth Nelson, James Rothman,
Ming Wu, and Makoto Shintani

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY BLI DEFENDANTS** |

Upon the motion filed on November 11, 2022 by Berkeley Lights, Inc. ("BLI"), Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani (all, "BLI Defendants") to dismiss the Amended Complaint, the Court, having considered the papers submitted, the documents incorporated by reference in the Amended Complaint and/or subject to judicial notice, and the argument presented by counsel, rules as follows:

The Court GRANTS the motion and dismisses the Amended Complaint with prejudice against the BLI Defendants for failure to satisfy the pleading requirements of Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995.  *See, e.g.*, *In re Nektar Therapeutics Sec. Litig.*, 34 F.4th 828, 840 (9th Cir. 2022); *In re Rigel Pharms., Inc. Sec. Litig.*, 697 F.3d 869, 886 (9th Cir. 2012).

**IT IS SO ORDERED.**

Dated:  _____          _____
                                                            Hon. Haywood S. Gilliam, Jr.
                                                            United States District Judge

-1-