MORGAN, LEWIS & BOCKIUS LLP
Charlene S. Shimada, Bar No. 91407
charlene.shimada@morganlewis.com
Kevin M. Papay, Bar No. 274161
kevin.papay@morganlewis.com
Robert H. O'Leary, Bar No. 284879
bob.oleary@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001

Attorneys for Defendants
*J.P. Morgan Securities LLC, Morgan Stanley
& Co. LLC, Cowen and Company, LLC, and
William Blair & Company L.L.C.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-09497-HSG<br><br>**[PROPOSED] ORDER GRANTING UNDERWRITER DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

CASE NO. 4:21-cv-09497-HSG

[PROPOSED] ORDER GRANTING
UNDERWRITER DEFENDANTS'
MOTION TO DISMISS

Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair & Company L.L.C (collectively, the "Underwriter Defendants") have moved this Court for an order dismissing the Amended Complaint (ECF No. 89) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  Having considered the papers and arguments submitted in support thereof, and in opposition thereto, and good cause appearing, it is accordingly **ORDERED** that:

The Underwriter Defendants' Motion to Dismiss Amended Complaint is GRANTED. The claims in the Amended Complaint against the Underwriter Defendants are hereby dismissed with prejudice.

Dated: _____, 2023

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 4:21-cv-09497-HSG

1

[PROPOSED] ORDER GRANTING
UNDERWRITER DEFENDANTS'
MOTION TO DISMISS