JORDAN ETH (SBN 121617)
JEth@mofo.com
CHRISTIN HILL (SBN 247522)
CHill@mofo.com
SAMUEL ISON (SBN 339688)
SIson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-1905
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant Nikon Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VICTOR J. NG, Individually and On Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>                 Defendants. | Case No.    4:21-cv-09497-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NIKON CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Date:   March 16, 2023<br>Time:  2:00 p.m.<br>Ctrm:  2 |

**[PROPOSED] ORDER**

This matter came before the Court for hearing on March 16, 2023, at 2:00 p.m. on the motion to dismiss the Amended Complaint for failure to state a claim under which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, brought by Defendant Nikon Corporation ("Nikon").  Having considered the papers and arguments submitted in support thereof, and in opposition thereto, and good cause appearing, it is accordingly **ORDERED** that:

Nikon's motion to dismiss for failure to state a claim under which relief can be granted pursuant to Rule 12(b)(6) is GRANTED.  The Amended Class Action Complaint is hereby dismissed with prejudice.


Dated:_____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT NIKON CORP.'S MOTION TO DISMISS AMENDED COMPLAINT
Case No. 4:21-cv-09497