**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>        Defendants. | CASE NO.: 4:21-cv-09497-HSG<br><br>**[PROPOSED] ORDER GRANTING THE CELESTA DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |

On November 11, 2022, Defendants Celesta Capital (f/k/a WRVI Capital), Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P. (collectively, the "Celesta Defendants") filed a Motion to Dismiss the Amended Complaint (the "Motion"). Having fully reviewed and considered all papers and arguments submitted in support of and in opposition to the Motion, the Court orders as follows:

(1)    The Celesta Defendants' Motion to Dismiss the Amended Complaint is GRANTED; and

(2)    Claims against the Celesta Defendants in Counts II and V of the Amended Complaint are hereby DISMISSED with prejudice as to each of the Celesta Defendants.

**IT IS SO ORDERED.**

DATED:                         _____
                               The Honorable Haywood S. Gilliam, Jr.
                               United States District Court Judge

[PROPOSED] ORDER GRANTING CELESTA DEFENDANTS'     -1-
MOTION TO DISMISS AMENDED COMPLAINT
CASE NO.: 4-21-CV-09497-HSG