QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Harry A. Olivar, Jr. (Bar No. 143089)
  harryolivar@quinnemanuel.com
  Zoe K. Beiser (Bar No. 332155)
  zoebeiser@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

  Linda J. Brewer (Bar No. 217730)
  lindabrewer@quinnemanuel.com
  Victoria B. Parker (Bar No. 290862)
  vickiparker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

*Attorneys for Defendant Sequoia Capital*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BERKELEY LIGHTS, INC., et al., <br><br> Defendants. | Case No. 4:21-cv-09497-HSG <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT SEQUOIA CAPITAL'S MOTION TO DISMISS THE AMENDED COMPLAINT** <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br> Date: March 16, 2023 <br> Time: 2:00 p.m. <br> Ctrm: 2 |

**[PROPOSED] ORDER**

On November 11, 2022, Defendant Sequoia Capital ("Sequoia") filed a Motion to Dismiss the Amended Complaint.  The Court, having considered the papers submitted, the complete files and records in this action, and the arguments presented by counsel, rules as follows:

The Court GRANTS Sequoia's Motion to Dismiss the Amended Complaint.  The Amended Complaint is hereby DISMISSED with prejudice as to Sequoia.

**IT IS SO ORDERED**.

Dated:  _____

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE