Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff
Michael Damelio*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>Defendants. | Case No. 4:21-cv-09497-HSG<br><br>**STIPULATION AND ORDER REGARDING HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

1    WHEREAS, on July 25, 2022, Lead Plaintiff and Plaintiff Pompano Beach Police and Firefighters' Retirement System (collectively, "Plaintiffs") filed an Amended Complaint (Dkt. No. 89) alleging violations of the Securities Act of 1933 and the Securities Exchange Act of 1934 against Berkeley Lights, Inc. ("BLI"); its current and former executives: Eric D. Hobbs, Shaun M. Holt, and Kurt Wood; nine current and former members of BLI's board: Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani (collectively with BLI and its former executives, "BLI Defendants"); three firms alleged to have invested in BLI: entities associated with Celesta Capital f/k/a WRVI Capital ("Celesta Defendants"),[1] Sequoia Capital ("Sequoia"), and Nikon Corporation ("Nikon"); and the underwriters for BLI's Initial Public Offering: J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair & Company L.L.C. ("Underwriter Defendants") (collectively, "Defendants");

WHEREAS, on November 11, 2022, Defendants filed five motions to dismiss the Amended Complaint, *see* BLI Defs.' Mot. to Dismiss (Dkt. No. 126); Underwriter Defs.' Mot. to Dismiss (Dkt. No. 128); Nikon Mot. to Dismiss (Dkt. No. 129); Celesta Defs. Mot. to Dismiss (Dkt. No. 131); Sequoia's Mot. to Dismiss (Dkt. No. 132), noticing a March 16, 2023 hearing date;

WHEREAS, Plaintiffs have since filed an omnibus opposition to Defendants' motions to dismiss (Dkt. No. 137), and Defendants have filed their respective replies (Dkt. Nos. 138, 140, 141, 142, 143);

WHEREAS, an in-person hearing on Defendants' motions to dismiss is currently set for March 16, 2023, at 2:00 p.m.;

WHEREAS, due to a recently re-scheduled engagement committed to before the hearing date was set, the attorney responsible for arguing on behalf of Plaintiffs is no longer able to appear and argue on March 16, 2023;

---

[1] The Celesta Capital entities named in the Amended Complaint are Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.

|   |   |
|---|---|
| 1 | WHEREAS, Plaintiffs' alternative counsel is also unable to appear on March 16, 2023 due to a noticed deposition in another matter; |
| 3 | WHEREAS, in light of the unanticipated scheduling conflicts, Plaintiffs have requested and Defendants have agreed to a continuance of the hearing on Defendants' motions to dismiss; |
| 5 | WHEREAS, the Parties have met and conferred regarding alternative hearing dates that can accommodate counsel for all Parties; and |
| 7 | WHEREAS, the Parties have reviewed the Court's calendar for the next open hearing dates on civil motions; |
| 9 | IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 6-1(a) and 7-7 (b)(1), by and between the undersigned counsel for the Parties, subject to Court approval, that the hearing date for Defendants' Motions to Dismiss (Dkt. Nos. 126, 128, 129, 131, 132) should be continued from March 16, 2023, at 2:00 p.m., to June 22, 2023, at 2:00 p.m. |

IT IS SO STIPULATED.

Dated:  March 2, 2023                           Respectfully submitted,

By /s/ *Lucas E. Gilmore*
Lucas E. Gilmore (SBN 250893)
Reed R. Kathrein (SBN 139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

Raffi A. Melanson (pro hac vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq., 5th Floor
Boston, MA 02109
Telephone: (617) 475-1978
Facsimile: (617) 482-3003
raffim@hbsslaw.com

Attorneys for Lead Plaintiff

Jessica T. Shinnefield (SBN 234432)

|   |   |
|---|---|
| 1 | Lonnie A. Browne (SBN 293171) |
| 2 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 3 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101-8498 |
| 4 | Telephone:  (619) 231-1058 |
|   | Facsimile:  (619) 231-7423 |
| 5 | *jshinnefield@rgrdlaw.com* |
|   | *lbrowne@rgrdlaw.com* |
| 6 |   |
| 7 | Attorneys for Plaintiff Pompano Beach Police and Firefighters' Retirement System |
| 8 |   |
| 9 | By /s/ *Lauren C. Barnett* |
| 10 | John W. Spiegel (SBN 78935) |
|   | John M . Gildersleeve (SBN 284618) |
| 11 | Lauren C. Barnett (SBN 304301) |
|   | MUNGER, TOLLES & OLSON LLP |
| 12 | 350 S. Grand Ave., 50th Floor |
|   | Los Angeles, CA  90071 |
| 13 | Telephone:  (213) 683-9100 |
|   | Facsimile:  (213) 687-3702 |
| 14 | *john.spiegel@mto.com* |
|   | *john.gildersleeve@mto.com* |
| 15 | *lauren.barnett@mto.com* |
| 16 | Attorneys for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, Kurt |
| 17 | Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, |
| 18 | Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani |
| 19 |   |
| 20 | By /s/ *Charlene S. Shimada* |
|   | Charlene S. Shimada (SBN 91407) |
| 21 | MORGAN, LEWIS & BOCKIUS LLP |
|   | One Market, Spear Street Tower |
| 22 | San Francisco, CA 94105 |
|   | Telephone:  (415) 442-1000 |
| 23 | Facsimile:  (415) 442-1011 |
|   | *charlene.shimada@morganlewis.com* |
| 24 |   |
| 25 | Attorneys for Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and |
| 26 | Company, LLC, and William Blair & Company L.L.C. |
| 27 | By /s/ *Harry A. Olivar, Jr.* |
|   | Linda J. Brewer (SBN 217730) |
| 28 | Victoria B. Parker (SBN 290862) |

|   |   |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 2 | 50 California St., 22nd Floor |
|   | San Francisco, CA 94111 |
| 3 | Telephone:  (415) 875-6600 |
|   | Facsimile:  (415) 875-6700 |
| 4 | *lindabrewer@quinnemanuel.com* |
|   | *vickiparker@quinnemanuel.com* |
| 5 |   |
|   | Harry A. Olivar, Jr. (SBN 143089) |
| 6 | Zoe K. Beiser (SBN 332155) |
|   | QUINN EMANUEL URQUHART & |
| 7 | SULLIVAN LLP |
|   | 865 South Figueroa Street, 10th Floor |
| 8 | Los Angeles, CA 90017 |
|   | Telephone: (213) 443-3000 |
| 9 | Facsimile: (213) 443-3100 |
|   | *harryolivar@quinnemanuel.com* |
| 10 | *zoebeiser@quinnemanuel.com* |
| 11 | Attorneys for Defendant Sequoia Capital |
| 12 |   |
| 13 | By /s/ *Christin Hill* |
|    | Jordan Eth (SBN 121617) |
| 14 | Christin Hill (SBN 247522) |
|    | MORRISON & FOERSTER LLP |
| 15 | 425 Market St. |
|    | San Francisco, CA 94105 |
| 16 | Telephone:  (415) 268-7000 |
|    | Facsimile:  (415) 268-7522 |
| 17 | *jeth@mofo.com* |
|    | *chill@mofo.com* |
| 18 |   |
|    | Attorneys for Defendant Nikon Corporation |
| 19 |   |
| 20 | By /s/ *Evan L. Seite* |
|    | Evan L. Seite (SBN 274641) |
| 21 | Keith E. Eggleton (SBN 159842) |
|    | WILSON SONSINI GOODRICH & ROSATI |
| 22 | Professional Corporation |
|    | 650 Page Mill Road |
| 23 | Palo Alto, CA 94304 |
|    | Telephone:  (650) 493-9300 |
| 24 | Facsimile:  (650) 565-5100 |
|    | *eseite@wsgr.com* |
| 25 | *keggleton@wsgr.com* |
| 26 | Attorneys for Defendants Celesta Capital f/k/a |
|    | WRVI Capital, Walden Riverwood GP, LLC, |
| 27 | Walden Riverwood Ventures, L.P., WIIG |
|    | Communications Management LLC, WRV-BLI |
| 28 | LLC, WRV-BLI II, LLC, WRV-BLI III LLC, |

STIP. AND ORDER RE: MOT. TO DISMISS HEARING - 4
Case No.  4:21-cv-09497-HSG
50251770.1

| | |
|---|---|
| 1 | WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P. |
| 2 | |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file the foregoing **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: March 2, 2023                          By: */s/ Lucas E. Gilmore*
                                                  Lucas E. Gilmore (SBN 250893)

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/2/2023

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.