MUNGER, TOLLES & OLSON LLP
John W. Spiegel (SBN 78935)
John M. Gildersleeve (SBN 284618)
Lauren C. Barnett (SBN 304301)
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702
*john.spiegel@mto.com*
*john.gildersleeve@mto.com*
*lauren.barnett@mto.com*

Attorneys for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br><u>CLASS ACTION</u><br><br>**NOTICE RE: ORAL ARGUMENT**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Date:   June 22, 2023<br>Time:   2:00 p.m.<br>Ctrm:   2 |

The undersigned, counsel for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani ("BLI Defendants"), has reviewed paragraph 10 of this Court's Standing Order for Civil Cases. The undersigned wishes to advise the Court that at the June 22, 2023 hearing on Defendants' motions to dismiss, argument for the BLI Defendants will be presented by Lauren Barnett. Ms. Barnett is an associate at Munger, Tolles & Olson LLP and has been licensed to practice law for eight years.

Dated: June 6, 2023                    Respectfully submitted,

                                       MUNGER, TOLLES & OLSON LLP

                                       By /s/ *John W. Spiegel*
                                          John W. Spiegel (SBN 78935)
                                          John M. Gildersleeve (SBN 284618)
                                          Lauren C. Barnett (SBN 304301)
                                          350 S. Grand Ave., 50th Floor
                                          Los Angeles, CA 90071
                                          Telephone: (213) 683-9100
                                          Facsimile: (213) 687-3702
                                          john.spiegel@mto.com
                                          john.gildersleeve@mto.com
                                          lauren.barnett@mto.com

                                       Attorneys for Defendants Berkeley Lights, Inc., Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, and Makoto Shintani