Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff*
*Michael Damelio*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>Defendants. | Case No.  4:21-cv-09497-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE, VACATING CMC, AND REQUESTING ENTRY OF FINAL JUDGMENT** |

STIP. AND [PROPOSED] ORDER GRANTING DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS, VACATING CMC, AND REQUESTING ENTRY OF FINAL JUDGMENT
Case No.  4:21-cv-09497-HSG

1    Lead Plaintiff Michael Damelio and Plaintiff Pompano Beach Police and Firefighters'
2    Retirement System, on the one hand, and Defendants Berkeley Lights, Inc. (l/k/a PhenomeX, Inc.
3    and Bruker Cellular Analysis, Inc.), Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros,
4    Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James
5    Rothman, Ming Wu, Makoto Shintani, Celesta Capital f/k/a WRVI Capital ("Celesta
6    Defendants"),[1] Sequoia Capital, Nikon Corporation, J.P. Morgan Securities LLC, Morgan Stanley
7    & Co. LLC, Cowen and Company, LLC, and William Blair & Company L.L.C. (together,
8    "Defendants"), on the other, by and through their counsel, stipulate as follows and jointly request that
9    the Court enter the form of Judgment accompanying this Stipulation:

10   WHEREAS, on May 25, 2022, the Court entered an order appointing Mr. Damelio as Lead
11   Plaintiff for the putative class (ECF No. 81);

12   WHEREAS, on July 25, 2022, Plaintiffs filed an Amended Complaint (the "Complaint") (ECF
13   No. 89), which Defendants moved to dismiss (ECF Nos. 126, 128, 129, 131, 132);

14   WHEREAS, on February 20, 2024, the Court granted Defendants' motions to dismiss the
15   Complaint, and gave leave for Plaintiffs to "file an amended complaint within 21 days of the date of
16   this order" (the "Dismissal Order") (ECF No. 154);

17   WHEREAS, on March 12, 2024, after having completed their investigation in an effort to
18   address the pleading defects identified in the Dismissal Order, Plaintiffs informed the Court of their
19   decision not to file a second amended complaint (ECF No. 155), and now seek dismissal of the
20   litigation with prejudice;

21   WHEREAS, Plaintiffs will not appeal the Dismissal Order;

22   WHEREAS, Plaintiffs and Defendants have agreed that each side shall bear its own attorneys'
23   fees and costs incurred in connection with the above-referenced litigation;

---

[1] The Celesta Capital entities named in the Amended Complaint are Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.

1  WHEREAS, no consideration has been given, offered, or promised to Plaintiffs or their counsel in connection with this dismissal; and

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, each party and each attorney representing any party represents, respectively, as for its own part, that it has complied with the requirements of Rule 11(b) of the Federal Rules of Civil Procedure as to any complaints, responsive pleadings, and dispositive motions it has filed. 15 U.S.C. § 78u-4(c)(1).

NOW, THEREFORE, the parties, by and through their counsel, hereby agree that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own attorneys' fees and costs.  In connection with this stipulated dismissal, the parties respectfully request that all dates set in this matter be vacated and taken off the Court's calendar, including the Telephonic Case Management Conference currently set for March 19, 2024 at 2:00 p.m.  The Parties also respectfully request that the Court enter the form of Judgment attached hereto as Exhibit A.

Dated: March 15, 2024                               Respectfully submitted,


By /s/ *Lucas E. Gilmore*
   Lucas E. Gilmore (SBN 250893)
Reed R. Kathrein (SBN 139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
lucasg@hbsslaw.com

|   |   |
|---|---|
| 1 | Raffi A. Melanson (*pro hac vice*) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1 Faneuil Hall Sq., 5th Floor |
| 3 | Boston, MA 02109 |
|   | Telephone: (617) 475-1978 |
| 4 | Facsimile:  (617) 482-3003 |
|   | raffim@hbsslaw.com |


1   Raffi A. Melanson (*pro hac vice*)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    1 Faneuil Hall Sq., 5th Floor
3   Boston, MA 02109
    Telephone: (617) 475-1978
4   Facsimile:  (617) 482-3003
    raffim@hbsslaw.com
5
    *Attorneys for Lead Plaintiff*
6
7   Jessica T. Shinnefield (SBN 234432)
    Lonnie A. Browne (SBN 293171)
8   ROBBINS GELLER RUDMAN & DOWD LLP
    655 West Broadway, Suite 1900
9   San Diego, CA  92101-8498
    Telephone: (619) 231-1058
10  Facsimile:  (619) 231-7423
    jshinnefield@rgrdlaw.com
11  lbrowne@rgrdlaw.com
12
    *Attorneys for Plaintiff Pompano Beach Police*
13  *and Firefighters' Retirement System*
14
15  By /s/ *Lauren C. Barnett*
         Lauren C. Barnett (SBN 304301)
16  John W. Spiegel (SBN 78935)
    John M . Gildersleeve (SBN 284618)
17  MUNGER, TOLLES & OLSON LLP
    350 S. Grand Ave., 50th Floor
18  Los Angeles, CA  90071
    Telephone: (213) 683-9100
19  Facsimile:  (213) 687-3702
    john.spiegel@mto.com
20  john.gildersleeve@mto.com
21  lauren.barnett@mto.com
22
    *Attorneys for Defendants Berkeley Lights, Inc., Eric D.*
23  *Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros,*
    *Michael Marks, Sarah Boyce, Gregory Lucier, Michael*
24  *Moritz, Elizabeth Nelson, James Rothman, Ming Wu,*
    *and Makoto Shintani*
25
26
27  STIP. AND [PROPOSED] ORDER GRANTING DISMISSAL WITH
    PREJUDICE AS TO ALL DEFENDANTS, VACATING CMC, AND REQUESTING ENTRY OF FINAL JUDGMENT
28                                    - 3 -
    Case No.  4:21-cv-09497-HSG

By /s/ *Charlene S. Shimada*
Charlene S. Shimada (SBN 91407)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile:  (415) 442-1001
charlene.shimada@morganlewis.com

*Attorneys for Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair & Company L.L.C.*

By /s/ *Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (SBN 143089)QUINN EMANUEL URQUHART & SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
harryolivar@quinnemanuel.com


Linda J. Brewer (SBN 217730)
Victoria B. Parker (SBN 290862)
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700
lindabrewer@quinnemanuel.com
vickiparker@quinnemanuel.com

*Attorneys for Defendant Sequoia Capital*

By /s/ *Christin Hill*
    Christin Hill (SBN 247522)
Jordan Eth (SBN 121617)
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
jeth@mofo.com
chill@mofo.com

*Attorneys for Defendant Nikon Corporation*

By /s/ *Evan L. Seite*
    Evan L. Seite (SBN 274641)
Keith E. Eggleton (SBN 159842)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
eseite@wsgr.com
keggleton@wsgr.com

*Attorneys for Defendants Celesta Capital f/k/a WRVI Capital, Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Lucas E. Gilmore, am the ECF User whose identification and password are being used to file the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE, VACATING CMC, AND REQUESTING ENTRY OF FINAL JUDGMENT**. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories have concurred in this filing.

DATED: March 15, 2024         By: */s/ Lucas E. Gilmore*
                                  Lucas E. Gilmore (SBN 250893)