# EXHIBIT A

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:21-cv-09497-HSG |
|---|---|
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **[PROPOSED] JUDGMENT** |
| BERKELEY LIGHTS, INC., et al., | |
| Defendants. | |

[PROPOSED] JUDGMENT
Case No. 4:21-cv-09497-HSG

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Rule 54(a) of the |
| 2 | Federal Rules of Civil Procedure that judgment is entered in favor of Defendants Berkeley Lights, |
| 3 | Inc. (l/k/a PhenomeX, Inc. and Bruker Cellular Analysis, Inc.), Eric D. Hobbs, Shaun M. Holt, |
| 4 | Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, |
| 5 | Elizabeth Nelson, James Rothman, Ming Wu, Makoto Shintani, Celesta Capital f/k/a WRVI |
| 6 | Capital ("Celesta Defendants"),[1] Sequoia Capital, Nikon Corporation, J.P. Morgan Securities |
| 7 | LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair & Company |
| 8 | L.L.C. and against Lead Plaintiff Michael Damelio and Plaintiff Pompano Beach Police and |
| 9 | Firefighters' Retirement System.  The above captioned action is dismissed with prejudice as to all |
| 10 | claims and parties.  Each side shall bear their own costs. |

IT IS SO ORDERED.

Dated: _____, 2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Celesta Capital entities named in the Amended Complaint are Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.