**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| VICTOR J. NG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BERKELEY LIGHTS, INC., et al.,<br><br>　　　　　Defendants. | Case No.  4:21-cv-09497-HSG<br><br><u>CLASS ACTION</u><br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Rule 54(a) of the Federal Rules of Civil Procedure that judgment is entered in favor of Defendants Berkeley Lights, Inc. (l/k/a PhenomeX, Inc. and Bruker Cellular Analysis, Inc.), Eric D. Hobbs, Shaun M. Holt, Kurt Wood, Igor Khandros, Michael Marks, Sarah Boyce, Gregory Lucier, Michael Moritz, Elizabeth Nelson, James Rothman, Ming Wu, Makoto Shintani, Celesta Capital f/k/a WRVI Capital ("Celesta Defendants"),[1] Sequoia Capital, Nikon Corporation, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Cowen and Company, LLC, and William Blair & Company L.L.C. and against Lead Plaintiff Michael Damelio and Plaintiff Pompano Beach Police and Firefighters' Retirement System. The above captioned action is dismissed with prejudice as to all claims and parties before the Court, and without prejudice as to absent members of the putative class. Each side shall bear their own costs.

IT IS SO ORDERED.

Dated: 3/20/2024

*Haywood S. Gilliam Jr.*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Celesta Capital entities named in the Amended Complaint are Walden Riverwood GP, LLC, Walden Riverwood Ventures, L.P., WIIG Communications Management LLC, WRV-BLI LLC, WRV-BLI II, LLC, WRV-BLI III LLC, WRV-BLI IV, LLC, WRV GP II, LLC, and WRV II, L.P.